UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULAI CONTEH,<br>9113 Littlestone Drive<br>Fort Washington, MD 20744,<br><br>    Plaintiffs,<br><br>v.<br><br>LURITA DOAN,<br>ADMINISTRATOR,<br>U.S. GENERAL SERVICES ADMINISTRATION,<br>301 7th Street, SW<br>Washington, D.C. 20407-0001,<br><br>    Defendant. | Civil Action No. 07-0786 (RWR) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch as counsel for Defendant in the above-captioned case.

                                                  /s/
                                         ALAN BURCH, D.C. Bar # 470655
                                         Assistant United States Attorney
                                         555 4th St., N.W.
                                         Washington, D.C. 20530
                                         (202) 514-7204
                                         alan.burch@usdoj.gov