UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Abdulai Conteh,<br>    Plaintiff,<br><br>  v.<br><br>U.S. General Services Administration,<br><br>    Defendant | )<br>)<br>)<br>)<br>)   Civil Action No.1:07-cv-00786 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

**PARTIES' JOINT 16.3 REPORT**

  Pursuant to Local Civil Rule 16.3, the parties hereby submit their joint report on the matters enumerated in Local Civil Rule 16.3(c). Further, a proposed Scheduling Order incorporating the parties' suggestions is attached. Plaintiff in this case is Abdulai Conteh, an employee at the General Services Administration's Metro Service Center. Plaintiff brings this case under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*, alleging that he was discriminated against based on his race/color, national origin, religion, arising from a failure to promote. Plaintiff also alleges that he was subjected to a hostile work environment and retaliation for engaging in protected activity. Plaintiff seeks compensatory damages and injunctive relief. Defendant contends that Plaintiff's performance did not merit a promotion and denies that Plaintiff was harassed, subjected to a hostile work environment of any kind or retaliated against for engaging in protected activities.

  With regard to the matters to be included in the parties 16.3 report, the parties state the following:

1. <u>Status of Dispositive Motions</u>: The parties believe the case could be decided by motion for summary judgment, after discovery or prior to the completion of discovery at either parties' election.

2. <u>Amended Pleadings</u>: The parties believe that no additional parties may be joined. However, Plaintiff may amend his pleadings as discovery may warrant but limited by the administrative complaint and Plaintiff may not add any other parties.

3. <u>Assignment to Magistrate Judge</u>: The parties do not agree to assignment to a magistrate judge.

4. <u>Settlement Possibility</u>: Plaintiff is interested in pursuing settlement. Defendant believes there is little possibility of settling the case at this point.

5. <u>Alternative Dispute Resolution (ADR)</u>: Plaintiff is interested in pursuing alternative dispute resolution. Defendant will not rule out ADR but believes it is not likely to be productive at this time.

6. <u>Dispositive Motions</u>: The parties believe the case could be decided by motion for summary judgment, after discovery or prior to the completion of discovery at either parties' election.

7. <u>Initial Disclosures</u>: The parties do not wish to dispense with initial disclosures in Rule 26(a)(1).

8. <u>Discovery</u>: The parties anticipate standard discovery, i.e., interrogatories, requests for production of documents, requests for admissions, and depositions. Plaintiff anticipates taking 2 or 3 depositions; Defendant also anticipates the need for 2 or 3 depositions. The parties request 120 days for discovery, in light of the upcoming holidays and counsels' schedules.

<u>Electronically Stored Information ("ESI")</u>: The parties do not anticipate the need for ESI

discovery.

9.  Experts: The parties do not anticipate the use of expert witnesses, but nevertheless agree that the requirements of Rule 26(a)(2) should not be modified except as follows: A party proposing to use an expert witness shall designate any experts (and serve expert reports) thirty (30) calender days before the end of discovery and the opposing party shall name responsive experts within thirty (30) calender days thereafter.  Depositions of experts may be taken within forty-five (45) calender days of service of these reports.

10. Class Action Procedures: Not applicable.

11. Bifurcation of Discovery or Trial: The parties do not recommend bifurcation.

12. Proposed Date for Pretrial Conference: The parties request that scheduling of the pretrial conference wait until completion of discovery or a ruling on any dispositive motions, whichever is later.

13. Trial Date: The parties request that the trial date be set at the pretrial conference, if necessary.

14. Initial Conference: The parties are prepared to proceed as scheduled.


August 22, 2007                             Respectfully submitted,


_____/s/_____        _____/s/_____
Obinna Duruji, Esq., D.C. Bar #435048       JEFFREY A. TAYLOR, D.C. BAR # 498610
Duruji Law Firm, P.C.                       United States Attorney
7600 Georgia Ave., N.W., St. 217
Washington, D.C. 20012
Telephone: (202)722-0961
Facsimile: (202)722-0963

                                            _____/s/_____
                                            RUDOLPH CONTRERAS, D.C. BAR #  434122
                                            Assistant United States Attorney

                                     _____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Abdulai Conteh, | ) | |
|       Plaintiff, | ) | |
| | ) | |
|     v. | ) | Civil Action No.1:07-cv-00786 (RWR) |
| | ) | |
| U.S. General Services Administration, | ) | |
| | ) | |
|       Defendant | ) | |

**INITIAL SCHEDULING ORDER**

UPON CONSIDERATION of the parties Joint Meet and Confer Statement, filed pursuant to Local Rule 16.3, the following deadlines are hereby set in this case:

- The parties shall make initial disclosures, pursuant to Rule 26(a)(1), within thirty days of the date of this Order.

- The parties shall complete discovery within 120 days of the date of this Order.

- Motions for summary judgment shall be filed no later than 45 days after the close of discovery.

- Oppositions to motions for summary judgment shall be filed within 30 days of the deadline for the motions.

- Replies regarding motions for summary judgment shall be filed within 15 days of the deadline for oppositions.

So ordered, this _____ day of _____, 2007.

_____
RICHARD W. ROBERTS
United States District Judge
