UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Abdulai Conteh,<br>   Plaintiff,<br><br>  v.<br><br>U.S. General Services<br>Administration,<br><br>   Defendant | )<br>)<br>)<br>)<br>)  Civil Action No.1:07-cv-00786 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

**INITIAL SCHEDULING ORDER**

UPON CONSIDERATION of the parties Joint Meet and Confer Statement, filed pursuant to Local Rule 16.3, the following deadlines are hereby set in this case:

- The parties shall make initial disclosures, pursuant to Rule 26(a)(1), within thirty days of the date of this Order.

- The parties shall complete discovery within 120 days of the date of this Order.

- Motions for summary judgment shall be filed no later than 45 days after the close of discovery.

- Oppositions to motions for summary judgment shall be filed within 30 days of the deadline for the motions.

- Replies regarding motions for summary judgment shall be filed within 15 days of the deadline for oppositions.

So ordered, this _____ day of _____, 2007.

_____
RICHARD W. ROBERTS
United States District Judge