**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ABDULAI CONTEH** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Civil Action No.1:07-cv-00786 (RWR/AK)** |
| **U.S. GENERAL SERVICES ADMINISTRATION,** | ) |
| **Defendant** | ) |

## MOTION TO ENLARGE TIME TO CONDUCT DISCOVERY

The United States General Services Administration ("Defendant"), through the undersigned, hereby moves for a forty-five day extension of time to conduct discovery up to and including February 11, 2008. Currently, discovery ends on December 27, 2007. Good cause exists to grant this motion.

1. Other than the post-discovery status conference scheduled for January 25, 2008, this request should not affect other dates set forth in the Court's scheduling order.

2. Plaintiff has propounded discovery and Defendant has responded fully. The deposition of the alleged discriminatory official is scheduled for December 18, 2007.

3. Defendant propounded discovery on November 30, 2007, but Plaintiff has refused to respond to same on the grounds that the current discovery deadline does not afford the required thirty day response time. Defendant was unable to serve its discovery earlier because of a very pressing caseload.

4. Defendant contends that, in light of Plaintiff's claims, especially claims related to his physical and mental well-being, responses to its discovery requests are essential to its deposition of Plaintiff.

5. Defendant noticed Plaintiff's deposition for December 18, 2007 and, in any case, expected to take Plaintiff's deposition before the close of discovery. This request for a brief extension will enable Defendant to receive responses to its discovery requests and take Plaintiff's deposition with the benefit of said responses.

6. In addition, opposing counsel has indicated that he will be unavailable from December 21, 2007 until January 21, 2008.

7. Pursuant to Local Rule 7(m), undersigned contacted opposing counsel who opposes this request.

WHEREFORE, Defendant respectfully requests that this enlargement be granted. A minute order is respectfully requested.

Dated: December 14, 2007

Respectfully submitted,

_/s/______________________________________
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

_/s/______________________________________
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_/s/______________________________________
KENNETH ADEBONOJO
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@justice.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of December 2007, I caused the foregoing Motion to Enlarge Discovery, on Plaintiff's attorney, Obinna Duruji, Esq., via the Court's Electronic Case Filing system.