**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| **ABDULAI CONTEH** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No.1:07-cv-00786 (RWR/AK)** |
| | ) | |
| | ) | |
| **U.S. GENERAL SERVICES** | ) | |
| **ADMINISTRATION,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

**AMENDED MOTION TO ENLARGE TIME TO CONDUCT DISCOVERY**

Pending before the Court, is the General Service Administration's ("Defendant") Motion for Extension of Time to Conduct Discovery filed on December 14, 2007. By way of update, the undersigned counsel for Defendant state the following:

1. Prior to filing the pending motion, the parties conferred but Plaintiff refused to consent to said motion.

2. Since filing the motion, the parties discussed further and Plaintiff no longer objects to same.

WHEREFORE, Defendant respectfully requests that this enlargement be granted. A minute order is respectfully requested.

Dated: December 21, 2007                    Respectfully submitted,

                                            _/s/_____
                                            JEFFREY A. TAYLOR, D.C. Bar No. 498610
                                            United States Attorney

_/s/_____

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


_/s/_____

KENNETH ADEBONOJO
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 514-7157
kenneth.adebonojo@justice.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of December 2007, I caused the foregoing Motion to Enlarge Discovery, on Plaintiff's attorney, Obinna Duruji, Esq., via the Court's Electronic Case Filing system.