UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDULAI CONTEH,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>U.S. GENERAL SERVICES  )<br>ADMINISTRATION,  )<br>  )<br>Defendant  ) | Civil Action No.1:07-cv-00786 (RWR/AK) |

**MOTION TO ENLARGE TIME TO CONDUCT PLAINTIFF'S INDEPENDENT
MEDICAL/PSYCHOLOGICAL EXAMINATION**

The United States General Services Administration ("Defendant"), through the undersigned, hereby moves for a thirty day extension of time to conduct discovery up to and including March 10, 2008. Currently, discovery ends on February 11, 2008. Good cause exists to grant this motion.

1.  This request should not affect or have minimal effect on other dates set forth in the Court's scheduling order.

2.  However, in his complaint, Plaintiff alleges, as damages, that he has "suffered mental anguish and emotional distress in the form of job related stress, insomnia, hypertension, restlessness, sleeplessness as detailed in medical record [,] which are incorporated herein by reference and attached as Exhibit 11." Pl. Compl., Docket Entry 1., at 39c. He also alleges that he "suffered physical illness" as detailed in the same Exhibit. *Id*. at 39d.

3.  Furthermore, in a deposition of his supervisor, Plaintiff has attempted to make an issue of knowledge of his medical condition.

4. Although discovery was scheduled to end on February 11, 2008, the parties agreed to take Plaintiff's deposition on February 21 and 22, 2008. Plaintiff has also noticed a deposition for the same day and the deposition notice indicates that medical issues will be raised.

5. Defendant seeks this extension for the express purpose of preserving the right to have Plaintiff examined to verify his allegations.

6. Pursuant to Local Rule 7(m), undersigned contacted opposing counsel who opposes this request.

WHEREFORE, Defendant respectfully requests that this enlargement be granted. A minute order is respectfully requested.

February 11, 2008                      Respectfully submitted,

                                             _/s/_____
                                             JEFFREY A. TAYLOR, D.C. Bar No. 498610
                                             United States Attorney

                                             _/s/_____
                                             RUDOLPH CONTRERAS, D.C. BAR #434122
                                             Assistant United States Attorney

                                             _/s/_____
                                             KENNETH ADEBONOJO
                                             Assistant United States Attorney
                                             555 Fourth Street, N.W.
                                             Washington, D.C. 20530
                                             (202) 514-7157
                                             kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February 2008, I caused the foregoing Motion to Enlarge Discovery, on Plaintiff's attorney, Obinna Duruji, Esq., via the Court's Electronic Case Filing system.