UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
*******************************
ABDULAI CONTEH              *
        Plaintiff          *
                           *
        V                  *      CIVIL ACTION NO. 1:07-cv-00786
                           *
LURITA A. DOAN,            *
ADMINISTRATOR, GSA         *
        Defendant          *
*******************************
```

PLAINTIFF'S STATUS REPORT

Plaintiff hereby submits this separate report pursuant to the Court Order on March 4, 2008, status

conference. Plaintiff reports as follows:

1.      On March 4, 2008, Defendant agreed to provide the requested documents on 03/07/08

and that those it could not send on 03/07/08, it would send on 03/10/08 to enable Plaintiff

determine whether or not to file his intended motion to compel.

2.      On March 7, 2008, Defendant sent Plaintiff a 12-page document as an

an attachment, pages 1 and 7 of which were visibly altered and leaves no doubt

that some of the information had been erased. Exhibit A, attached.

3.      On March 12, 2008, Defendant sent email with a total of 31-page documents which were

not marked in any way to show their relationship with the exhibits that are suspected to have

been altered or created. Of the 31 pages, the first two designated as "Full thread1" were

completely new documents that had not been provided before even during Plaintiff's deposition.

Of the 29 page "Full thread4", pages 7, 10, 11, 14, 17, 19 & 24 were completely new and had not

been produced before. Defendant failed to explain the relationship of these new documents to the

suspected Exhibits. Exhibit B, attached.

4.      On March 13, and 14, 2008, Plaintiff sent several emails to Defendant requesting original copies of the suspected exhibits to ascertain their authenticity arguing that the email copies were confusing and still doubtful given that two of them had been altered.

5.      Plaintiff did not receive the hard copies from defendant until March 19, 2008.

6.      Against the back ground of Defendant's deliberate delay, confusion and/or unwillingness to provide its electronically stored information, originals of suspected deposition exhibits, over 7 altered documents to date, and impermissible objections to clearly discoverable documents, Plaintiff has submits that Defendant either has altered its deposition exhibits as alleged or has no documents responsive to Plaintiff's requests and ipso facto, has no defense to the suit. In either case, Plaintiff is ready to move his case forward to summary judgment or trial with all the preponderance of credible evidence at his disposal, including those altered documents propounded by defendant, and hereby requests the Court to consider the following dates for dispositive motions:

        a.      April 16 through May 16, 2008 for summary judgment motions, any opposition to be due by June 16, 2008, and any replies to be due by June 30, 2008.

        b.      Pretrial and trial dates to be set after disposition of dispositive motions.


                        Respectfully submitted,
                        Abdulai Conteh
                        By his attorneys,


2

<u>/s/Obinna Duruji,</u>
Duruji Law Firm, PC
7600 Georgia Avenue, NW, Suite 217
Washington, DC 20012
202 722 0961/Fax: 815 642 8070

<u>CERTIFICATE OF SERVICE</u>

I, Obinna Duruji, hereby certify that on this 2nd day of April, 2008, I served by email a copy of the foregoing, to Defendant's counsel via his registered ECF email address: Kenneth.adebonojo@usdoj.gov.

<u>/s/Obinna Duruji, Esq.</u>
Obinna Duruji, Esq.

3

Routing Information:

| Originator | Supervisor | Time Keeper |
|---|---|---|
| Bobbie J. Smith | Barbara A. Sisco | |

## APPLICATION FOR LEAVE

**INSTRUCTIONS:** Please complete the following.

| Name *(Print or Type – Last, First, M.I.):* | | Supervisor: | |
|---|---|---|---|
| **Bobbie J. Smith** | | **Barbara A. Sisco** | |
| I hereby request (if more than one box is checked, explain in the Remarks section): | Start Date: | Hour: | Total Number of Hours: |
| | 01/18/2007 | 06:30 AM | |
| Annual Leave | End Date: | Hour: | |
| Sick Leave | 01/18/2007 | 08:30 AM | 2.0 |
| Leave Without Pay | Remarks: | | |
| Compensatory Time | | | |
| Family Friendly Sick Leave | ▉▉▉▉ | | |
| Other (Specify) | | | |

| Signature: | Date: |
|---|---|
| Signed | 01/17/2007 04:25 PM |

*Bobbie J. Smith*

### OFFICIAL ACTION ON APPLICATION

If disapproved, give reason. If annual leave, initiate ation to reschedule.

| ● Approved      ○ Disapproved      ○ Review Required | Date: |
|---|---|
| Reason for denial (if applicable): | 02/05/2007 07:52:39 AM |

| Signature: | Date: |
|---|---|
| Signed | 01/17/2007 04:25 PM |

*Barbara A. Sisco*

### PRIVACY ACT STATEMENT

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Where the employee identification number is your Social Security Number, collection of this information is authorized by Executive Order 9397. Furnishing the information on this form, including your Social Security Number, is voluntary, but failure to do so may result in disapproval of this request.

If your agency uses the information furnished on this form for purposes other than indicated above, it may provide you with an additional statement reflecting those purposes.

# 7

METF ^POLITAN SERVICE CENTER

Date: May 14, 2007

Response to request for documents in the formal complaint of Abdulai Conteh GSA Case No: 07-NCR-WP-AC-05

Item #3 List of individuals issued Performance Appraisals:

**FY2004**

| NAMES | TITLE | GRADE | RATINGS | EEO ACTIVITY |
|---|---|---|---|---|
| Iola Smalls | Budget Analyst | GS-560-13 | SUCCESSFUL | NO |
| Queen Nevils | Lead Program Analyst | GS-560-13 | SUCCESSFUL | NO |
| Roland Caton | Lead Program Analyst | GS-560-13 | SUCCESSFUL | NO |
| Jacqueline Smith | Lead Budget Analyst | GS-560-13 | SUCCESSFUL | NO |
| Carol Vance | Lead Budget Analyst | GS-560-13 | SUCCESSFUL | NO |
| Rhonna Kinslow | Reimburseable Team Leader | GS-1101-13 | SUCCESSFUL | NO |
| Robert Huber | Budget Analyst | GS-560-13 | SUCCESSFUL | NO |
| Evelyn Smith | Program Analyst | GS-343-12 | SUCCESSFUL | NO |
| Jennifer Jenkins | Program Analyst | GS-343-12 | SUCCESSFUL | NO |
| Jamie Johnson | Program Analyst | GS-343-12 | SUCCESSFUL | NO |
| Cynthia Cary | Program Analyst | GS-343-12 | SUCCESSFUL | NO |
| Bobbie Smith | Program Analyst | GS-343-12 | SUCCESSFUL | NO |
| Anthony Marable | Program Analyst | GS-343-12 | SUCCESSFUL | NO |
| Abdulai Conteh | Program Analyst | GS-343-09 | SUCCESSFUL | YES |
| Doris Teele | Program Analyst | GS-343-12 | SUCCESSFUL | NO |
| Kimbereigh Luter | Program Analyst | GS-343-12 | UNSUCCESSFUL | NO |
| Arlena Windie-Dillard | Program Analyst | GS-343-12 | SUCCESSFUL | NO |
| Tracey Jacobs | Program Analyst | GS-343-09 | SUCCESSFUL | NO |
| Patrick Donovan | Program Analyst | GS-343-12 | SUCCESSFUL | NO |
| Gail Murray | Administrative Aide | GS-303-06 | SUCCESSFUL | NO |
| | | | | |

**FY2005**

1

5/16/20071/2:35 PM

Exhibit F6
Page 1 of 4

METROPOLITAN SERVICE CENTER

Date: May 14, 2007

Response to request for documents in the format compliant of of Abdulai Conteh GSA Case No: 07-NCR-WP-AC-05

Item #3  List of individuals issued Performance Appraisals:

| NAMES | TITLE | GRADE | RATINGS | EEO ACTIVITY |
|---|---|---|---|---|
| Queen Nevils | Senior Budget Analyst | GS-560-13 | 3 | NO |
| Roland Caton | Lead Budget Analyst | GS-560-13 | 3 | NO |
| Jacqueline Smith | Lead Budget Analyst | GS-560-13 | 3 | NO |
| Carol Vance | Lead Budget Analyst | GS-560-13 | 5 | NO |
| Evelyn Smith | Program Analyst | GS-343-12 | 3 | NO |
| Jennifer Jenkins | Program Analyst | GS-343-12 | 3 | NO |
| Jamie Johnson | Budget Analyst | GS-560-12 | 3 | NO |
| Cynthia Cary | Budget Analyst | GS-560-12 | 5 | NO |
| Bobbie Smith | Budget Analyst | GS-560-12 | 3 | NO |
| Anthony Marable | Budget Analyst | GS-560-12 | 4 | NO |
| Abdulai Conteh | Budget Analyst | GS-560-11 | 2 | YES |
| Mentwab Mekonnen | Budget Analyst | GS-560-09 | 3 | NO |
| Patrick Donovan | Program Analyst | GS-343-12 | 4 | NO |
| Gail Murray | Administrative Aide | GS-303-06 | 2 | NO |
| Joan Westmass | Administrative Officer | GS303-09 | 4 | NO |

2

5/15/2007 12:35 PM

Exhibit  F-6
Page  2  of  4

005

ME1 POLITAN SERVICE CENTER

Date: May 14, 2007

Response to request for documents in the formal complaint of
of Abdulai Conteh GSA Case No: 07-NCR-WP-AC-05

Item #3   List of Individuals issued Performance Appraisals:

| FY2006 | | | | |
|---|---|---|---|---|
| NAMES | TITLE | GRADE | RATINGS | EEO ACTIVITY |
| Queen Nevils | Senior Budget | GS-560-13 | 3 | NO |
| Roland Caton | Senior Budget | GS-560-13 | 5 | NO |
| Jacqueline Smith | Senior Budget | GS-560-13 | 3 | NO |
| Carol Vance | Senior Budget | GS-560-13 | 5 | NO |
| Evelyn Smith | Program Analyst | GS-343-12 | 3 | NO |
| Jennifer Jenkins | Program Analyst | GS-343-12 | 3 | NO |
| Jamie Johnson | Budget Analyst | GS-560-12 | 4 | NO |
| Cynthia Cary | Budget Analyst | GS-560-12 | 5 | NO |
| Bobbie Smith | Budget Analyst | GS-560-12 | 3 | NO |
| Anthony Marable | Budget Analyst | GS-560-12 | 4 | NO |
| Abdulai Conteh | Budget Analyst | GS-560-11 | 2 | YES |
| Mentwab Mekonnen | Budget Analyst | GS-560-11 | 3 | NO |
| Patrick Donovan | Program Analyst | GS-343-12 | 4 | NO |
| Gail Murray | Administrative Aide | GS-303-06 | 2 | NO |
| Thelma Davis | Budget Analyst | GS-560-09 | 4 | NO |
| Joan Westmass | Budget Analyst | GS-560-09 | 5 | NO |

3

Exhibit F-16
Page 3 of 4

METROPOLITAN SERVICE CENTER

Date: May 14, 2007

## Response to request for documents in the formal complaint of of Abdulai Conteh GSA Case No: 07-NCR-WP-AC-05

### Item #3  List of individuals issued Performance Appraisals:

"I certify that the data retrieved are a true reflection of WPD program records

for FY2004, FY2005 and FY2006. The official documents are maintained on file in the Human

Resources Division of WPD Human Resources Branch".

Barbara A. Sisco
Deputy Director, Assets
14-May-07

EEO ACTIVITY:

Abdulai Conteh, Formal Complaint, Case No: 05-NCR-WP-AC-10, Basis: Race (Black), Sex (Male), Nat Origin: African, Religion (Muslim) and Reprisal; Issue: Evaluation and Harassment (Non-Sexual); Pending EEOC Hearing as of Nov 06.

Abdulai Conteh, Formal Complaint, Case No. 07-NCR-WP-AC-5, Basis: Reprisal, Issue: Performance Evaluation, Performance Improvement Notice, Disrespectful; Pending Investigation as of February 07.

I certify that the EEO activity identified above has been retrieved from the Icomplaints Tracking System, maintained in the EEO Office.

Barbara V. Stewart
EEO Specialist; EEO Office
15-May-07

Exhibit F-6
Page 9 of 4

5/15/2007 12:35 PM

4

 **Abdulai Conteh/WPD/RW/GSA/GOV**
07/08/2005 08:58 AM

To  Barbara A. Sisco/WPD/RW/GSA/GOV@GSA
cc
bcc
Subject  Re: Promotion

Barbara:

Sorry for the miscommunication, I thought you said to wait for Jamie's returned, I stand corrected. I was flabbergasted when I thought her name was mention.
Tuesday is fine,  thanks for the gratitude and hope to meet with you.

Abdulai Conteh
Budget Analyst
Metropolitan Service center
Fax(202) 219-3338
Efax(202) 692-3305
Barbara A. Sisco/WPD/RW/GSA/GOV

 **Barbara A. Sisco/WPD/RW/GSA/GOV**
07/08/2005 08:40 AM

To  Abdulai Conteh/WPD/RW/GSA/GOV@GSA
cc
Subject  Re: Promotion

Good Morning Abdulai.

Abdulai Conteh/WPD/RW/GSA/GOV

 **Abdulai Conteh/WPD/RW/GSA/GOV**
07/07/2005 04:27 PM

To  Barbara A. Sisco/WPD/RW/GSA/GOV@GSA
cc
Subject  Promotion

Barbara:

This is a reminder based on our conversation this morning. As I reminded you based on our conversation in May that You might process my promotion base on my performance as you are going to be giving me assignments .

As of this date every assignment you and Jackie gave me has done and I received good comments from Jackie and no comment from you. This morning per our conversation , you said for me to wait until Monday because Jamie is out sick .

Please make our meeting possible Monday, I'll like to know the decision on my promotion.

Abdulai Conteh
Budget Analyst
Metropolitan Service center
Phone (202) 219-3338
Efax  (202) 692-3305



Barbara A.
Sisco/WPD/RW/GSA/GOV
12/12/2005 12:01 PM

To    carol.vance@gsa.gov

cc

bcc

Subject    assignment for Abdulai

i would like to give Abdulai the following assignment with a due date of January 18th.

n conjuction with updating his assigned lease caseload by updating his lease abstracts. I would like him
to also prepare an analysis of the gross margin and discuss in writing the assumptions regarding the
gross margin. (ie. look at revenue associated with the lease versus payments and discuss). This should
be prepared in an excel spreadsheet format. Your concurrence is requested....

Barbara Sisco
Metropolitan Service Center (WPD)
Financial Management Branch Manager
202 219 1779 - Desk 202 219 2317

fEDdesk - Metaframe Presentation Server Client
Contains Privacy Data PL 93-579 Privacy Act - Reports

# ELECTRONIC TIME AND ATTENDANCE MANAGEMENT SYSTEM

GSA
Version 5.00
RW/WF

Contains Privacy Data PL93-579 Privacy Act
Individual Exception Code Report
FOR OFFICIAL USE ONLY

3/6/0
13:51:4
Page 1 of

Starting on: 01/02/2005      Ending on: 03/06/2007
Name: ABDULAI CONTEH        Area / Team: 05/01        AWS: Y

| PP | Pay Period/Beginning Date | Sun | | Mon | | Tue | | Wed | | Thu | | Fri | | Sat | |
|----|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| | Date | Type | Hour | Type | Hour | Type | Hour | Type | Hour | Type | Hour | Type | Hour | Type | Hour |
| 01 | 01/02/2005 | | | | | 50 | 9.0 | | | | | | | | |
| 02 | 01/09/2005 | | | | | | | | | | | | | | |
| | 01/16/2005 | | | | | | | 84 | 3.5 | 84 | 9.0 | | | | |
| 03 | 01/23/2005 | | | | | | | | | | | | | | |
| | 01/30/2005 | | | | | | | | | | | 50 | 9.0 | | |
| 04 | 02/06/2005 | | | | | | | | | | | | | | |
| | 02/13/2005 | | | | | | | | | | | | | | |
| 05 | 02/20/2005 | | | 02 | 9.0 | | | | | | | | | | |
| | 02/27/2005 | | | | | | | | | 40 | 9.0 | 40 | 9.0 | | |
| 06 | 03/06/2005 | | | 40 | 9.0 | 40 | 9.0 | 40 | 9.0 | 40 | 9.0 | 40 | 8.0 | | |
| | 03/13/2005 | | | | | 40 | 9.0 | 40 | 9.0 | 40 | 9.0 | 40 | 9.0 | | |
| 07 | 03/20/2005 | | | 40 | 9.0 | 40 | 9.0 | 40 | 9.0 | 40 | 9.0 | | | | |
| | 03/27/2005 | | | | | | | | | | | | | | |
| 08 | 04/03/2005 | | | | | | | | | | | | | | |
| | 04/10/2005 | | | | | | | | | | | | | | |
| 09 | 04/17/2005 | | | | | | | | | | | | | | |
| | 04/24/2005 | | | | | | | 50 | 2.0 | | | | | | |
| 10 | 05/01/2005 | | | 50 | 4.0 | | | | | | | | | | |
| | 05/08/2005 | | | | | | | | | | | | | | |

FOR OFFICIAL USE ONLY

Zoom In    Zoom Out    Printer Setup    Print    Export    Close

FEDdesk - MetaFrame Presentation Server Client
Contains Privacy Data PL93-579 Privacy Act - Reports

# ELECTRONIC TIME AND ATTENDANCE MANAGEMENT SYSTEM

GSA
Version 5.00
RW/WF

Contains Privacy Data PL93-579 Privacy Act
Individual Exception Code Report
FOR OFFICIAL USE ONLY

3/6/C
13:52:3
Page 2 of

Starting on: 01/02/2005     Ending on: 03/06/2007
Name: ABDULAI CONTEH          Area / Team: 05/01          AWS: Y

| PP | Pay Period/Beginning Date Date | Sun Type | Sun Hour | Mon Type | Mon Hour | Tue Type | Tue Hour | Wed Type | Wed Hour | Thu Type | Thu Hour | Fri Type | Fri Hour | Sat Type | Sat Hour |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 11 | 05/15/2005 | | | 50 | 7.0 | | | | | | | 40 | 6.0 | | |
| | 05/22/2005 | | | | | 50 | 9.0 | | | | | | | | |
| 12 | 05/29/2005 | | | 02 | 9.0 | | | | | 50 | 9.0 | | | | |
| | 06/05/2005 | | | | | | | | | | | | | | |
| 13 | 06/12/2005 | | | | | 40 | 9.0 | 40 | 9.0 | | | | | | |
| | 06/19/2005 | | | | | | | | | | | | | | |
| 14 | 06/26/2005 | | | | | | | | | | | | | | |
| | 07/03/2005 | | | | | | | | | | | | | | |
| 15 | 07/10/2005 | | | | | | | | | | | | | | |
| | 07/17/2005 | | | | | | | | | | | | | | |
| 16 | 07/24/2005 | | | 10 | 1.0 | 10 | 1.0 | 10 | 1.0 | 10 | 1.0 | | | | |
| | 07/31/2005 | 10 | 3.0 | | | | | 50 | 8.0 | | | | | | |
| 17 | 08/07/2005 | | | 50 | 8.0 | | | | | | | | | | |
| | 08/14/2005 | | | | | | | 50 | 8.0 | | | | | | |
| 18 | 08/21/2005 | | | | | | | | | | | | | | |
| | 08/28/2005 | | | | | 50 | 8.0 | | | | | | | | |
| 19 | 09/04/2005 | | | 02 | 9.0 | 40 | 8.0 | | | | | | | | |
| | 09/11/2005 | | | | | | | | | 50 | 1.0 | | | | |
| 20 | 09/18/2005 | | | | | | | | | | | | | | |

FOR OFFICIAL USE ONLY

Zoom In      Zoom Out      Printer Setup      Print      Export      Close

FEDdesk - MetaFrame Presentation Server Client
Contains Privacy Data PL93-579 Privacy Act - Reports

# ELECTRONIC TIME AND ATTENDANCE MANAGEMENT SYSTEM

GSA
Version 5.00
RW/WF

Contains Privacy Data PL93-579 Privacy Act
Individual Exception Code Report
FOR OFFICIAL USE ONLY

3/6/C
13:53:3
Page 3 of

Starting on: 01/02/2005     Ending on: 03/06/2007
Name: ABDULAI CONTEH     Area / Team: 05/01     AWS: Y

| PP | Pay Period/Beginning Date | Sun Type | Sun Hour | Mon Type | Mon Hour | Tue Type | Tue Hour | Wed Type | Wed Hour | Thu Type | Thu Hour | Fri Type | Fri Hour | Sat Type | Sat Hour |
|----|------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 10/02/2005 | | | 40 | 9.0 | 40 | 9.0 | 40 | 9.0 | 40 | 9.0 | 40 | 8.0 | | |
| | 10/09/2005 | | | | | | | 40 | 9.0 | 40 | 9.0 | | | | |
| 22 | 10/16/2005 | | | | | 50 | 3.5 | | | | | | | | |
| | 10/23/2005 | | | | | | | | | | | | | | |
| 23 | 10/30/2005 | | | | | | | | | | | | | | |
| | 11/06/2005 | | | | | | | | | | | 02 | 9.0 | | |
| 24 | 11/13/2005 | | | | | | | | | | | | | | |
| | 11/20/2005 | | | | | | | | | 02 | 9.0 | | | | |
| 25 | 11/27/2005 | | | | | | | | | | | | | | |
| | 12/04/2005 | | | | | | | | | | | | | | |
| 26 | 12/11/2005 | | | | | | | | | | | | | | |
| | 12/18/2005 | | | 40 | 9.0 | 40 | 9.0 | 40 | 9.0 | 40 | 9.0 | | | | |
| 01 | 12/25/2005 | | | 02 | 9.0 | 40 | 9.0 | 40 | 9.0 | 40 | 3.0 | | | | |
| | | | | | | | | | | 50 | 5.0 | 50 | 8.0 | | |
| | 01/01/2006 | | | | | | | 50 | 9.0 | 50 | 9.0 | 50 | 9.0 | | |
| 02 | 01/08/2006 | | | 40 | 9.0 | 50 | 3.0 | | | | | | | | |
| | | | | | | 60 | 6.0 | 60 | 9.0 | 60 | 9.0 | 60 | 8.0 | | |
| | 01/15/2006 | | | | | | | | | | | | | | |
| 03 | 01/22/2006 | | | | | | | | | | | 40 | 1.0 | | |

FOR OFFICIAL USE ONLY

[ Zoom In ]   [ Zoom Out ]   [ Printer Setup ]   [ Print ]   [ Export ]   [ Close ]



Carol A. Vance/WPD/RW/GSA/GOV
04/18/2006 08:02 AM

To    Abdulai Conteh/WPD/RW/GSA/GOV@GSA

cc

bcc    Barbara A. Sisco/WPD/RW/GSA/GOV@GSA

Subject

Abdulai: See list below. There are several CPI due between November to March that have not been finalized as of today.   Please follow up and have all outstanding CPIs completed by April 30, 2006.  Let's meet on April 25, 2006 to discuss status.

Thanks!

| | Lease Number | Location Code | Location Name | Building State | Building Zip | CPI Done? | Lease Eff Date |
|---|---|---|---|---|---|---|---|
| 1 | LDC01481 | DC1105 | 1222 22ND ST NW | DC | 20037-1202 | 1 | Expired | 1-Jan-02 |
| 2 | LDC01823 | DC0343 | 370 L'ENFANT PROMENADE | DC | 20024-2169 | 1 | no | 1-Jan-05 |
| 3 | LDC70201 | DC0421 | WORLD TRADE CENTER | DC | 20024-2730 | 2 | pending | 7-Feb-97 |
| 4 | LDC70311 | DC1147 | 1291 TAYLOR ST NW | DC | 20011-0000 | 2 | Expired | 1-Feb-01 |
| 5 | LDC01739 | DC0713 | FORT LINCOLN SENIOR VILLAGE | DC | 20018-4340 | 3 | no | 25-Mar-04 |
| 6 | LDC70211 | DC0512 | SHEPHERD PARK PLAZA | DC | 20012-1303 | 3 | no | 10-Mar-98 |
| 7 | LDC01275 | DC0571 | 122 C STREET, NW | DC | 20001-2109 | 4 | due by 4/30 | 5-Apr-01 |
| 8 | LDC01509 | DC1178 | NATIONAL PRESS | DC | 20045-1000 | 5 | | 1-May-02 |
| 9 | LDC01824 | DC0373 | UNION CTR PLZ 2 | DC | 20002-4243 | 5 | | 17-May-05 |
| 10 | LDC90306 | DC0011 | POSTAL SQUARE | DC | 20001-0000 | 5 | | 15-May-92 |
| 11 | LDC51065 | DC0373 | UNION CTR PLZ 2 | DC | 20002-4243 | 6 | Expired | 5-Jun-96 |
| 12 | LDC01536 | DC0343 | 370 L'ENFANT PROMENADE | DC | 20024-2169 | 7 | Expired | 15-Jul-02 |
| 13 | LDC01636 | DC1222 | 2100 M ST NW | DC | 20037-1207 | 7 | | 1-Jul-03 |
| 14 | LDC01479 | DC0366 | TECHWORLD PLAZA I | DC | 20001-8000 | 8 | Expired | 2-Aug-01 |
| 15 | LDC01600 | DC0406 | 800 N CAPITOL ST NW | DC | 20002-4244 | 8 | | 1-Aug-03 |
| 16 | LDC60283 | DC0467 | ANACOSTIA PROF BUILDING | DC | 20020-7024 | 8 | | 15-Aug-97 |
| 17 | LDC70304 | DC0331 | 500 E STREET SW | DC | 20024-2760 | 8 | | 11-Aug-97 |
| 18 | LDC80656 | DC0011 | POSTAL SQUARE | DC | 20001-0000 | 8 | | 1-Aug-99 |
| 19 | LDC00199 | DC0436 | POSTAL PLZ SHOP CTR | DC | 20018-1014 | 9 | | 1-Sep-00 |
| 20 | LDC01490 | DC0398 | ONE MASS AVE | DC | 20001-0000 | 9 | | 19-Sep-02 |
| 21 | LDC01744 | DC0811 | COLORADO BUILDING | DC | 20005-3105 | 9 | | 15-Sep-04 |
| 22 | LDC01747 | DC0811 | COLORADO BUILDING | DC | 20005-3105 | 9 | | 15-Sep-04 |
| 23 | LDC01512 | DC1178 | NATIONAL PRESS | DC | 20045-1000 | 11 | no | 26-Nov-02 |
| 24 | LDC01513 | DC0813 | 1220 L STREET, NW | DC | 20005-4018 | 11 | no | 12-Nov-02 |
| 25 | LDC01562 | DC0406 | 800 N CAPITOL ST NW | DC | 20002-4244 | 11 | no | 1-Nov-02 |

Carol A. Vance
Metropolitan Services Division
1099 14th Street, NW, Suite 200W
Washington, DC 20005
202 219 1937 - Desk / 202 208 6019 or 202 692 3343 - Fax
Have a Blessed day!!

CREATING A SUCCESSFUL FUTURE AT GSA
by living our values everyday and working together to achieve our goals!



| | | |
|---|---|---|
| Jacqueline D. Smith/WPD/RW/GSA/GOV | To | Abdulai Conteh/WPD/RW/GSA/GOV@GSA, Cynthia S. Cary/WPD/RW/GSA/GOV@GSA, Vicky L. Taylor/CONTRACTOR/WPD/RW/GSA/GOV@GSA, Jamie E. |
| 05/26/2005 08:15 AM | cc | Barbara A. Sisco/WPD/RW/GSA/GOV@GSA, Carol A. Vance/WPD/RW/GSA/GOV@GSA |
| | bcc | |
| | Subject | Fw: DC caseload [correction] |

After a brief discussion with Barbara this morning, effective June 1st, Abdulai will assume full responsibility of the DC caseload.

Effective July 1st, in addition to the delegated leases, Jamie will assume full responsibility of the MD caseload.

If you have any questions, please let me know.

thanks

Jacqueline D. Smith
Lead Budget Analyst, Metropolitan Service Center
Phone No: (202) 219-3233/Fax No: (202) 219-2378
Efax No:    (202) 692-3344
Never let a bleak past overshadow a bright future.
----- Forwarded by Jacqueline D. Smith/WPD/RW/GSA/GOV on 05/26/2005 07:58 AM -----



| | | |
|---|---|---|
| Jacqueline D. Smith/WPD/RW/GSA/GOV | To | jamie johnson |
| 05/20/2005 01:15 PM | cc | Barbara A. Sisco/WPD/RW/GSA/GOV@GSA, Cynthia S. Cary/WPD/RW/GSA/GOV@GSA, Vicky L. Taylor/CONTRACTOR/WPD/RW/GSA/GOV@GSA, Abdulai Conteh/WPD/RW/GSA/GOV@GSA, Carol A. Vance/WPD/RW/GSA/GOV@GSA |
| | Subject | DC caseload |

In addition to the delegated leases, effective May 23, 2005, you will assume full responsibility of the DC caseload.

Let me know if you have any questions.

thanks

Jacqueline D. Smith
Lead Budget Analyst, Metropolitan Service Center
Phone No: (202) 219-3233/Fax No: (202) 219-2378
Efax No:    (202) 692-3344
Never let a bleak past overshadow a bright future.



**Abdulai
Conteh/WPD/RW/GSA/GOV**
08/10/2005 01:39 PM

To   Barbara A. Sisco/WPD/RW/GSA/GOV@GSA
cc
bcc
Subject   Fw: July CPIs

Carol :

I misunderstood the CPI in question. The July's CPI is complete and R620 sent to Finance.
Below is the status of the July CPI.

LVA 80651 R620 sent to finance on 7/29/2005
LVA 80568 R 620 sent to finance on 7/29/2005
LVA 80557 R 620 Sent to finance on 7/27/2005
LVA 60779 R 620 sent to finance on 7/27/2005
LVA 01269 R 620 Sent to finance on 7/27/2005

Abdulai Conteh
Budget  Analyst
Metropolitan Service center
Phone (202) 219-3338
Efax (202) 692-3305
Carol A. Vance/WPD/RW/GSA/GOV



**Carol A.
Vance/WPD/RW/GSA/GOV**
08/10/2005 12:56 PM

To   Abdulai Conteh/WPD/RW/GSA/GOV@GSA
cc   Barbara A. Sisco/WPD/RW/GSA/GOV@GSA
Subject   Re: July CPIs

Hey, Abdulai:

The July index should be used for August CPIs.

The July CPIs use the June index and should already be complete or pending in BRB.  Can I get a lease
by lease status of each cpi (ie: has the r620 been signed? etc.)?

Thanks much!

Carol A. Vance
Metropolitan Services Division
1099 14th Street, NW, Suite 200W
Washington, DC  20005
202 219 1937 - Desk  /  202 208 6019 or 202 692 3343 - Fax
Have a Blessed day!!

CREATING A SUCCESSFUL FUTURE AT GSA
by living our values everyday and working together to achieve our goals!
Abdulai Conteh/WPD/RW/GSA/GOV

 **Abdulai Conteh/WPD/RW/GSA/GOV**
08/10/2005 12:42 PM

To  Carol A. Vance/WPD/RW/GSA/GOV@GSA

cc  Barbara A. Sisco/WPD/RW/GSA/GOV@GSA

Subject  Re: July CPIs

Carol:

As I indicated to you the morning , I am working on the reconciliation report, however, I am  waiting on the July index
to complete the CPI's for July.

Abdulai Conteh
Budget  Analyst
Metropolitan Service center
Phone (202) 219-3338
Efax(202) 692-3305
Carol A. Vance/WPD/RW/GSA/GOV

 **Carol A. Vance/WPD/RW/GSA/GOV**
08/10/2005 10:51 AM

To  Abdulai Conteh/WPD/RW/GSA/GOV@GSA

cc  Barbara A. Sisco/WPD/RW/GSA/GOV@GSA

Subject  July CPIs

Abdulai, please provide a summary of the July CPIs.

Thanks!

Carol A. Vance
Metropolitan Services Division
1099 14th Street, NW, Suite 200W
Washington, DC  20005
202 219 1937 - Desk  /  202 208 6019 or 202 692 3343 - Fax
Have a Blessed day!!

CREATING A SUCCESSFUL FUTURE AT GSA
by living our values everyday and working together to achieve our goals!



**Abdulai
Conteh/WPD/RW/GSA/GOV**
07/08/2005 12:19 PM

To    Barbara A. Sisco/WPD/RW/GSA/GOV@GSA

cc    Jacqueline D. Smith/WPD/RW/GSA/GOV@GSA

bcc

Subject    Re: May Recon

Barbara:

According to the financial aspect of the delegated leases, DOD makes payment, and we enter the information into STAR only for  record keeping purposes. The r620 is then generated  and send to DOD only. The r620,s aren't  forwarded to, nor tracked by finance. Therefore delegated leases will always have variances, because there will be no posting in finance with which to compare.
As I indicated to you regarding some of the variances the report reflects that the variance cleared itself upon close out, which is the 15th of the month

You also mention 2004  CPI reflected in STAR, however, you did not specify the lease number. Please let me know which lease is in question, and I will be able to identify where the problem is.
     Evelyn Cash in finance indicated to me of not have r620 for some of the CPI's and I faxed copies to her which should reflect the change.


Abdulai Conteh
Budget  Analyst
Metropolitan Service center
Phone (202) 219-3338
Efax (202) 692-3305
Barbara A. Sisco/WPD/RW/GSA/GOV



**Barbara A.
Sisco/WPD/RW/GSA/GOV**
07/08/2005 10:43 AM

To    Abdulai Conteh/WPD/RW/GSA/GOV@GSA

cc    Jacqueline D. Smith/WPD/RW/GSA/GOV@GSA

Subject    Re: May Recon


Abdulai,
Please take another look at the variance report. There a several delegated leases with variance +/-10K that have not been addressed.
For example, I still have the following questions regarding the 1st 4 responses.  Again, please review your responses and update accordingly.

1. Shouldnt the December 2004 CPI be reflected in STAR? What needs to be accomplished to eliminate the variance?
2. Same question.
3. What were the lump sum payment amounts and when were they processed?
4. Is the fact that it is a delegated lease causing the variance?


Barbara Sisco
Metropolitan Service Center (WPD)
Financial Management Branch Manager
202 219 1779 - Desk 202 219 2317

Abdulai Conteh/WPD/RW/GSA/GOV



**Abdulai
Conteh/WPD/RW/GSA/GOV**

07/01/2005 09:51 AM

To    Barbara A. Sisco/WPD/RW/GSA/GOV@GSA

cc

Subject   May Recon

Barbara:

Attach is the May reconciliation report , as you can see  some of the April leases reconciled are off the
May report. This is going be a consistence pattern as stipulated by accounting principals.
 It was also told to me by finance, because of the interim transactions within the month and the cut off
date is the fifteen, it is always going to be variances that are going to rectify  the following month.



Recon - Mayl 05xls.xls

Abdulai Conteh
Budget  Analyst
Metropolitan Service center
Phone (202) 219-3338
Fax    (202) 692-3305



**Carol A.
Vance/WPD/RW/GSA/GOV**

12/06/2005 04:56 PM

To   Abdulai Conteh/WPD/RW/GSA/GOV@GSA

cc

bcc  Barbara A. Sisco/WPD/RW/GSA/GOV

Subject  RENT ESTIMATE 2008: Project Review

**Abdulai:** I need your assistance with the RentEst 2008. We need to prepare for the upcoming rent estimate review. To begin we need to verify the validity of the active projects in STAR. I want to begin with the active projects in DC, and then continue with Maryland and finish with Virginia.

I need you to review and research the validity of the active projects for DC. I've attached a electronic spreadsheet listing every active project in STAR. The spreadsheet has been filtered to list just the projects for DC. Talk with the RGA as indicated on the spreadsheet and verify if the project is still valid. If the RGA confirms the project is valid, annotate the spreadsheet in column "M" as follows:

     a. for valid projects, mark column "M" as **"VALID"**
     b. for projects that are no longer valid, mark column "M" as indicated by the RGA
           (for example:  if the RGA states that the project is closed, mark column "M" as **"CLOSED"**
                       if the project is cancelled, mark column "M" as **"CANCELLED"**
                       if the project belongs to another team, indicate in column M the appropriate
team, etc.)

As you speak with the specialist, mention to them that they should make sure the contents of the project is accurate by reviewing STAR and making request through BRB as necessary. As you complete each state, I will have you begin with the next state. The DC portion of this project should be completed by **December 14, 2005**. Once the DC portion is complete, forward the updated spreadsheet (see attached) back to me via email and I will advise you on how to proceed with Maryland, then Virginia.



20051118_activeProjectsCONTEH.xls

Thanks much!

Carol A. Vance
Metropolitan Services Division
1099 14th Street, NW, Suite 200W
Washington, DC  20005
202 219 1937 - Desk  /  202 208 6019 or 202 692 3343 - Fax
Have a Blessed day!!

CREATING A SUCCESSFUL FUTURE AT GSA
by living our values everyday and working together to achieve our goals!



**Carol A.
Vance**/WPD/RW/GSA/GOV
12/06/2005 04:34 PM

To    Barbara A. Sisco/WPD/RW/GSA/GOV@GSA

cc

bcc

Subject    Re: Fw: New Leave Request From Abdulai Conteh for
12/27/2005

Hey Barbara:  Looks like Abdulai will be off through January 7??

Carol A. Vance
Metropolitan Services Division
1099 14th Street, NW, Suite 200W
Washington, DC  20005
202 219 1937 - Desk  /  202 208 6019 or 202 692 3343 - Fax
Have a Blessed day!!

CREATING A SUCCESSFUL FUTURE AT GSA
by living our values everyday and working together to achieve our goals!
Barbara A. Sisco/WPD/RW/GSA/GOV



**Barbara A.
Sisco**/WPD/RW/GSA/GOV
12/02/2005 11:04 AM

To    carol.vance@gsa.gov

cc

Subject    Fw: New Leave Request From Abdulai Conteh for
12/27/2005

Additional request for leave from12/27 to1/3
----- Forwarded by Barbara A. Sisco/WPD/RW/GSA/GOV on 12/02/2005 11:04 AM -----



**Abdulai
Conteh**/WPD/RW/GSA/GOV
12/02/2005 10:35 AM

To    Barbara A. Sisco/WPD/RW/GSA/GOV@GSA

cc

Subject    New Leave Request From Abdulai Conteh for 12/27/2005

Abdulai Conteh has entered a new Leave Request for 12/27/2005.  You may click on the DocLink below to review the request.



**Barbara A.
Sisco/WPD/RW/GSA/GOV**
02/02/2006 12:59 PM

To   Abdulai Conteh/WPD/RW/GSA/GOV@GSA

cc   Carol A. Vance/WPD/RW/GSA/GOV@GSA

bcc

Subject   Re: Gross Margin report

Where is your analysis?
Abdulai Conteh/WPD/RW/GSA/GOV



**Abdulai
Conteh/WPD/RW/GSA/GOV**
02/02/2006 09:59 AM

To   Barbara A. Sisco/WPD/RW/GSA/GOV@GSA

cc   Carol A. Vance/WPD/RW/GSA/GOV@GSA

Subject   Gross Margin report

Barbara:

Attached is the gross margin report.

Gross margin report.xls

Abdulai Conteh
Program Analyst
Metropolitan Service center
(202) 219-3338
(202) 692-3305

| LEASE | NAME | City | TEAM CODE | EFFECTIVE DATE | END DATE | RSF | Total Billable sf | Total YTD Rent Revenue | Total YTD Rent Revenue collected | Gross Margin | Mark Up Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LDC01275 | 122 C STREET, NW | WASHINGTON | 6001 | 05-Apr-01 | 04-Apr-11 | 22,552 | 22,552 | $263,864 | $244,315 | $19,549 | 8.00% |
| LDC01479 | TECHWORLD PLAZA I | WASHINGTON | 6001 | 02-Aug-01 | 01-Aug-06 | 39,282 | 39,281 | $554,884 | $482,517 | $72,367 | 15.00% |
| LDC01481 | 1222 22ND ST NW | WASHINGTON | 6001 | 01-Jan-02 | 31-Jan-06 | 49,560 | 49,560 | $265,367 | $228,000 | $37,367 | 16.39% |
| LDC01490 | ONE MASS AVE | WASHINGTON | 6001 | 19-Sep-02 | 18-Sep-12 | 45,614 | 45,614 | $561,158 | $520,043 | $41,115 | 7.91% |
| LDC01509 | NATIONAL PRESS | WASHINGTON | 6001 | 01-May-02 | 30-Apr-12 | 2,731 | 2,731 | $29,480 | $27,296 | $2,184 | 8.00% |
| LDC01512 | NATIONAL PRESS | WASHINGTON | 6001 | 26-Nov-02 | 25-Nov-12 | 16,581 | 16,581 | $128,460 | $118,944 | $9,516 | 8.00% |
| LDC01513 | 1220 L STREET, NW | WASHINGTON | 6001 | 12-Nov-02 | 11-Nov-07 | 12,191 | 12,191 | $145,268 | $134,538 | $10,730 | 7.98% |
| LDC01536 | 370 L'ENFANT PROMENADE | WASHINGTON | 6001 | 15-Jul-02 | 31-Jan-06 | 13,588 | 13,588 | $166,104 | $153,798 | $12,306 | 8.00% |
| LDC01562 | 800 N CAPITOL ST NW | WASHINGTON | 6001 | 01-Nov-02 | 31-Oct-12 | 59,776 | 60,200 | $844,044 | $774,751 | $69,293 | 8.94% |
| LDC01600 | 800 N CAPITOL ST NW | WASHINGTON | 6001 | 01-Aug-03 | 31-Jul-13 | 29,520 | 30,305 | $428,540 | $399,214 | $29,326 | 7.35% |
| LDC01636 | 2100 M ST NW | WASHINGTON | 6001 | 01-Jul-03 | 30-Jun-13 | 16,468 | 16,468 | $226,852 | $210,048 | $16,804 | 8.00% |
| LDC01744 | COLORADO BUILDING | WASHINGTON | 6001 | 15-Sep-04 | 14-Sep-09 | 7,472 | 7,472 | ($50,066) | $83,918 | ($133,984) | -159.66% |
| LDC01747 | COLORADO BUILDING | WASHINGTON | 6001 | 15-Sep-04 | 14-Sep-09 | 2,822 | 2,822 | $37,592 | $35,085 | $2,507 | 7.14% |
| LDC01824 | UNION CTR PLZ 2 | WASHINGTON | 6001 | 17-May-05 | 16-May-10 | 8,818 | 8,818 | $69,104 | $51,764 | $17,340 | 33.50% |
| LDC51065 | UNION CTR PLZ 2 | WASHINGTON | 6001 | 05-Jun-96 | 04-Jun-06 | 23,520 | 23,520 | $237,397 | $220,051 | $17,346 | 7.88% |
| LDC80283 | ANACOSTIA PROF BUILDING | WASHINGTON | 6001 | 15-Aug-97 | 14-Aug-07 | 8,697 | 8,697 | $61,616 | $57,490 | $4,126 | 7.18% |
| LDC70201 | WORLD TRADE CENTER | WASHINGTON | 6001 | 07-Feb-97 | 06-Feb-07 | 24,503 | 24,502 | $336,104 | $290,634 | $45,470 | 15.65% |
| LDC70211 | SHEPHERD PARK PLAZA | WASHINGTON | 6001 | 10-Mar-98 | 09-Mar-08 | 6,654 | 6,654 | $49,444 | $45,782 | $3,662 | 8.00% |
| LDC70304 | 500 E STREET SW | WASHINGTON | 6001 | 11-Aug-97 | 10-Aug-07 | 52,087 | 52,087 | $632,740 | $583,936 | $48,804 | 8.36% |
| LDC70311 | 1291 TAYLOR ST NW | WASHINGTON | 6001 | 01-Feb-01 | 31-Jan-06 | 88,629 | 88,629 | $265,880 | $246,187 | $19,693 | 8.00% |
| LDC80656 | POSTAL SQUARE | WASHINGTON | 6001 | 01-Aug-99 | 31-Jul-09 | 12,684 | 13,041 | $139,160 | $105,700 | $33,460 | 31.66% |
| LDC90306 | POSTAL SQUARE | WASHINGTON | 6001 | 15-May-92 | 14-May-22 | 990,611 | 874,721 | $9,312,002 | $8,731,811 | $580,191 | 6.64% |

 **Barbara A.
Sisco/WPD/RW/GSA/GOV**
02/02/2006 09:40 PM

To   Abdulai Conteh/WPD/RW/GSA/GOV@GSA
cc   carol.vance@gsa.gov
bcc
Subject   Re: Gross Margin report

Abdulai,
As discussed on several occassions and in our meeting today, the data for the gross margin should be pulled from the financial system and validated with the source documents.  Please rework the spreadsheet and provide an analysis of the data.

  Barbara Sisco
Metropolitan Service Center (WPD)
Financial Management Branch Manager
202 219 1779 - Desk 202 219 2317


Abdulai Conteh/WPD/RW/GSA/GOV


 **Abdulai
Conteh/WPD/RW/GSA/GOV**
02/02/2006 02:59 PM

To   Barbara A. Sisco/WPD/RW/GSA/GOV@GSA
cc
Subject   Re: Gross Margin report


I was planning to explain to you when we meet. The YTD Rent Revenue is from the OA and the rent revenue collected is from the SF2
and the Finance page.
 The Gross Margin divided by Rent  Revenue give you the Mark up fee percent.

Abdulai Conteh
Program Analyst
Metropolitan Service center
(202) 219-3338
(202) 692-3305
Barbara A. Sisco/WPD/RW/GSA/GOV


 **Barbara A.
Sisco/WPD/RW/GSA/GOV**
02/02/2006 12:59 PM

To   Abdulai Conteh/WPD/RW/GSA/GOV@GSA
cc   Carol A. Vance/WPD/RW/GSA/GOV@GSA
Subject   Re: Gross Margin report


 Where is your analysis?
Abdulai Conteh/WPD/RW/GSA/GOV


 **Abdulai
Conteh/WPD/RW/GSA/GOV**

To   Barbara A. Sisco/WPD/RW/GSA/GOV@GSA
cc   Carol A. Vance/WPD/RW/GSA/GOV@GSA

02/02/2006 09:59 AM

 GSA

Subject  Gross Margin report

Barbara:

Attached is the gross margin report.

Gross margin report.xls

Abdulai Conteh
Program Analyst
Metropolitan Service center
(202) 219-3338
(202) 692-3305



**Abdulai
Conteh/WPD/RW/GSA/GOV**
02/23/2006 08:55 AM

To  Mary L. Hewson/WPD/RW/GSA/GOV@GSA

cc  Barbara A. Sisco/WPD/RW/GSA/GOV@GSA, Carol A.
Vance/WPD/RW/GSA/GOV@GSA, peter.arend@gsa.gov

bcc

Subject  Re: CBR's

Mary :

The spread sheet I gave you is just for you to have  an Idea of what the excess entails. I had review all of
the CBR's I gave you
I just want you to Initial and agreed or disagreed with the CBR's.
My focus  is 2006 and 2008  square footage and  rates  should match the OA, if there is a variance or
lease
expiration within  the period ( 2008) in question I need to know if there is a superseding project.
If there is a termination, I need to know if  the termination is a  move  to another  GSA office space or a
true termination

Abdulai Conteh
Budget  Analyst
Metropolitan Service center
(202) 219-3338
(202) 692-3305
Mary L. Hewson/WPD/RW/GSA/GOV



**Mary L.
Hewson/WPD/RW/GSA/GOV**
02/23/2006 07:53 AM

To  Abdulai Conteh/WPD/RW/GSA/GOV@GSA

cc  Barbara A. Sisco/WPD/RW/GSA/GOV@GSA, Carol A.
Vance/WPD/RW/GSA/GOV@GSA, peter.arend@gsa.gov

Subject  Re: CBR's

Abdul,

This spreadsheet is not accurate.  I took the entire package you gave me yesterday to my all-day meeting.
I was able to review each one in detail.

The spreadsheet you gave me showed I only had 26 CBR's to review.   The attached spreadsheet shows
I have 28 CBR's to review.  (I don't know where the difference is.)  It turns out, the package  you gave me
actually contains 74 CBR's for review.  In that entire package, you only provided me with one copy of an
OA.

Yesterday I was able to complete the review on 10 of the CBR's because I do not need a copy of the OA to
complete the review because the lease has terminated, is terminating, or some other reason.  I have
spelled out the reasons on each sheet.  I will have these brought over to you this morning.

I am working on the rest but they all require that I print out OA's or SLA's for your Rentest.

I will submit them to you as I complete them.

Mary L. Hewson, RPA, FMA, CCIM
Contracting Officer/Senior Realty Specialist
Metropolitan Service Center (WPD)

General Services Administration
1099 14th Street, NW, Suite 200W
Washington, DC  20005
202/219-2497
202/438-8732 (Cell)
202/219-2371 FAX

"WE CANNOT CONTROL THE STIMULI, ONLY OUR RESPONSE TO IT."

Creating a successful future at GSA by living our values everyday and working together to achieve our goals.

Abdulai Conteh/WPD/RW/GSA/GOV



| Abdulai Conteh/WPD/RW/GSA/GOV | To | Mary L. Hewson/WPD/RW/GSA/GOV@GSA |
|---|---|---|
| 02/22/2006 09:33 AM | cc | Carol A. Vance/WPD/RW/GSA/GOV@GSA, Barbara A. Sisco/WPD/RW/GSA/GOV@GSA |
| | Subject | CBR's |

Mary:

Per our discussion, attach is an excel spread sheet I created. I'll like you
to agreed to my finding regarding the discrepancy on the CBR's and the OA.
Please just pencil your comments and I'll update my sheet, this is due
to time constraints.
If you have any comments and concerns let me know.


Mary Hewson CBr's.xls

Abdulai Conteh
Budget  Analyst
Metropolitan Service center
Phone (202) 219-3338
Efax (202) 692-3305

**RENT ESTIMATE 2008**

**Metropolitan Service Center CBRs**

| # | Lease # | CBR Number | Building Name | Agency | Sq. Ft. (RSF)2006 | Sq. Ft. (RSF) 2008 | Shell Rate 2006 | Shell Rate 2008 | Annual Rent 200 | Annual Rent 200 | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LMD01200 | MO0004613 | The Tower Building | HHS | 25,030 | 25,030 | $20.83 | $20.63 | $797,946.48 | $964,492.00 | |
| 2 | LMD01504 | MO0010693 | The Tower Building | HHS | 64,423 | 64,423 | $21.07 | $21.07 | $2,135,178.00 | $2,135,178.00 | |
| 3 | LMD01684 | MO0072439 | Twinbrook metro Plaza | HHS | 24,410 | 24,410 | $18.69 | $18.68 | $726,172.55 | $748,035.00 | |
| 4 | LMD01504 | MO0077940 | The Tower Building | HHS | 30,519 | 30,520 | $21.58 | $21.58 | $1,028,940.60 | $1,077,067.00 | |
| 5 | LMD01872 | MO0081166 | 370 Tech Center | HHS | 115,383 | 115,383 | $12.24 | $12.24 | $1,794,897.19 | $1,983,117.00 | |
| 6 | LDC01513 | DC074335 | 1220 L Street, NW | HHS | 222,851 | 281,489 | $18.28 | $22.00 | $435,810.00 | $471,895.00 | |
| 7 | LMD00327 | MO0018969 | Woodmont Office Ctr | HHS | 91,662 | 91,662 | $16.73 | $16.68 | $2,376,493.44 | $2,612,498.00 | |
| 8 | LMD04088 | MO0019019 | Calverton Off Park 7 | HHS | 12,765 | 12,765 | $18.28 | $17.09 | $228,148.06 | $320,222.00 | |
| 9 | LMD06532 | MO0019039 | Church St | HHS | 10,005 | 10,005 | $14.44 | $24.87 | $482,533.20 | $491,079.00 | |
| 10 | | MO0019040 | MO011 | HHS | 82,100 | 82,100 | $34.19 | $7.78 | $260,762.57 | $2,091,097.00 | |
| 11 | | MO0019041 | B1- Animal caretakers | HHS | 3,348 | 3,348 | $34.19 | $7.78 | $114,468.12 | $36,128.00 | |
| 12 | | MO0019042 | B2-Research FAC Dogs | HHS | 8,355 | 8,355 | $34.19 | $7.78 | $285,687.45 | $90,155.00 | |
| 13 | | MO0019043 | B3-Research Fac Lamb | HHS | 5,189 | 5,189 | $34.19 | $7.78 | $177,411.98 | $55,992.00 | |
| 14 | | MO0019044 | B4-Research FAC Swin | HHS | 5,189 | 5,189 | $34.19 | $7.78 | $177,411.96 | $55,992.00 | |
| 15 | | MO0019045 | C1Animal Caretakers | HHS | 5,021 | 5,021 | $34.19 | $7.78 | $171,668.04 | $54,179.00 | |
| 16 | | MO0019046 | 8501 G Munkrk Rd | HHS | 5,197 | 5,197 | $34.19 | $7.78 | $177,685.44 | $56,079.00 | |
| 17 | | MO0019047 | C3 Research FAC Cows | HHS | 6,828 | 6,828 | $34.19 | $7.78 | $233,409.92 | $73,655.00 | |
| 18 | | MO0019048 | C4-Research FAC/SHEE | HHS | 4,730 | 4,730 | $34.19 | $7.78 | $161,718.72 | $51,039.00 | |
| 19 | | MO0019049 | C5-Research FAC-CATT | HHS | 5,571 | 5,571 | $34.19 | $7.78 | $190,472.52 | $60,114.00 | |
| 20 | | MO0019050 | 8501 Lmuirkirk RD | HHS | 12,299 | 12,299 | $34.19 | $8.31 | $420,502.82 | $65,306.00 | |
| 21 | | MO0019051 | D2-Feed Mix | HHS | 9,157 | 9,157 | $34.19 | $7.78 | $310,077.64 | $88,809.00 | |
| 22 | | MO0019052 | E1-Research FAC-POUL | HHS | 11,334 | 11,334 | $34.19 | $7.78 | $387,509.52 | $122,301.00 | |
| 23 | | MO0019053 | F1-Quarantine | HHS | 6,520 | 6,520 | $34.19 | $7.78 | $222,918.94 | $70,355.00 | |
| 24 | | MO0019054 | H-Aquaculture | HHS | 13,528 | 13,528 | $34.19 | $7.78 | $462,522.38 | $145,070.00 | |
| 25 | | MO0019055 | I-Hay Storage | HHS | 0.00 | 2,828 | $0.00 | 2.87 | $0.00 | $9,040.00 | |
| 26 | | MO0019056 | M-Animal Loafing | HHS | 0.00 | 990 | $0.00 | $5.65 | $0.00 | $6,490.00 | |
| 27 | | MO0019057 | 8501 T Muirkrk Rd | HHS | 0 | 0 | $0.00 | $0.00 | | | |
| 28 | | MO0019058 | N-Pump Equipment | HHS | 0 | 0 | | 5.65 | | | 992 |



Barbara A.
Sisco/WPD/RW/GSA/GOV
03/16/2006 11:19 PM

To   Abdulai Conteh/WPD/RW/GSA/GOV@GSA

cc   Carol A. Vance/WPD/RW/GSA/GOV@GSA

bcc

Subject   Re: Rent est 75% submission

Abdulai,
Please forward the listing or copies of CBR's that are ready for approval. Have you followed up with Mars to determine whether all of the High Profile CBR's received concurrence from the RGA's? Once you have reviewed and receive concurrences they can be submitted for approval. We have a lot to accomplish over the next two weeks.

Barbara Sisco
Metropolitan Service Center (WPD)
Financial Management Branch Manager
202 219 1779 - Desk 202 219 2317


Abdulai Conteh/WPD/RW/GSA/GOV




Abdulai
Conteh/WPD/RW/GSA/GOV
03/16/2006 05:18 PM

To   Barbara A. Sisco/WPD/RW/GSA/GOV@GSA

cc   Carol A. Vance/WPD/RW/GSA/GOV@GSA

Subject   Rent est 75% submission


Barbara:

Attach is the Rent estimate page, justifying that we made our 75% submission

Abdulai Conteh
Budget Analyst
Metropolitan Service center
(202) 219-3338
(202) 692-3305
----- Forwarded by Abdulai Conteh/WPD/RW/GSA/GOV on 03/16/2006 06:15 PM -----

A 2 page(s) fax has been received from 2022192378.

For more information follow this document link to the inbound log entry. ->



Attach1.tif

# 2008 Rent Estimate
## View CBRs for Metropolitan Services Division

### Not Reviewed (97)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DC0018403 | DC0018404 | DC0018656 | DC0018801 | DC0060760 | DC0063292 | DC0064326 | DC0064979 |
| DC0064983 | DC0066878 | DC0068332 | DC0068333 | DC0068334 | DC0068335 | DC0078028 | DC0079323 |
| DC0079482 | DC0080215 | DC0080268 | DC0080281 | DC0080283 | DC0080286 | DC0080287 | DC0080288 |
| DC0080290 | DC0080334 | MD0018876 | MD0018969 | MD0018974 | MD0018982 | MD0019019 | MD0019039 |
| MD0019052 | MD0019107 | MD0019111 | MD0050812 | MD0051573 | MD0052523 | MD0060488 | MD0061253 |
| MD0061500 | MD0062372 | MD0067321 | MD0068174 | MD0069065 | MD0069557 | MD0069985 | MD0071039 |
| MD0078009 | MD0079589 | MD0080411 | MD0080627 | MD0081611 | VA0019251 | VA0019338 | VA0019361 |
| VA0019448 | VA0052567 | VA0058344 | VA0060947 | VA0062747 | VA0064411 | VA0064891 | VA0065728 |
| VA0065734 | VA0066461 | VA0067255 | VA0067337 | VA0068930 | VA0069282 | VA0069361 | VA0069684 |
| VA0071980 | VA0073223 | VA0074216 | VA0074680 | VA0076316 | VA0076331 | VA0077271 | VA0078218 |
| VA0078293 | VA0079581 | VA0079632 | VA0079786 | VA0079821 | VA0079859 | VA0079891 | VA0079957 |
| VA0080330 | VA0081287 | VA0081313 | VA0081354 | VA0081408 | VA0081411 | VA0081429 | VA0081442 |
| VA0081609 | | | | | | | |

### Needs Research (26)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DC0018189 | DC0018769 | DC0052978 | DC0057247 | DC0057730 | DC0075066 | MD0019034 | MD0019035 |
| MD0019090 | MD0053255 | MD0073211 | MD0074206 | MD0077457 | VA0019531 | VA0051625 | VA0060341 |
| VA0060343 | VA0060522 | VA0061427 | VA0061478 | VA0073103 | VA0074110 | VA0075959 | VA0076689 |
| VA0079853 | VA0080596 | | | | | | |

### Reviewed (292)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DC0018188 | DC0018202 | DC0018205 | DC0018206 | DC0018304 | DC0018328 | DC0018329 | DC0018330 |
| DC0018383 | DC0018703 | DC0050308 | DC0051638 | DC0052428 | DC0055441 | DC0055689 | DC0055982 |
| DC0056695 | DC0058978 | DC0060996 | DC0061487 | DC0061972 | DC0065915 | DC0068192 | DC0068331 |
| DC0068437 | DC0069613 | DC0070177 | DC0071590 | DC0071664 | DC0071982 | DC0073210 | DC0074335 |
| DC0075056 | DC0079027 | DC0079086 | DC0079283 | DC0079612 | DC0079822 | DC0079866 | DC0080612 |
| MD0018875 | MD0018877 | MD0018878 | MD0018879 | MD0018880 | MD0018881 | MD0018884 | MD0018902 |
| MD0018909 | MD0018945 | MD0018965 | MD0018978 | MD0018998 | MD0019002 | MD0019018 | MD0019040 |
| MD0019041 | MD0019042 | MD0019043 | MD0019044 | MD0019045 | MD0019046 | MD0019047 | MD0019048 |
| MD0019049 | MD0019050 | MD0019051 | MD0019053 | MD0019054 | MD0019055 | MD0019056 | MD0019057 |
| MD0019058 | MD0019059 | MD0019060 | MD0019061 | MD0019099 | MD0019121 | MD0050495 | MD0051260 |
| MD0053954 | MD0054540 | MD0055509 | MD0055648 | MD0056866 | MD0058415 | MD0059635 | MD0060197 |
| MD0060215 | MD0061299 | MD0062264 | MD0062265 | MD0062266 | MD0064590 | MD0064813 | MD0065742 |
| MD0068933 | MD0068948 | MD0069047 | MD0069052 | MD0069631 | MD0069634 | MD0070292 | MD0070294 |
| MD0070373 | MD0070593 | MD0070603 | MD0070780 | MD0070915 | MD0071379 | MD0071637 | MD0072417 |
| MD0072439 | MD0072599 | MD0072733 | MD0073371 | MD0073505 | MD0073523 | MD0073542 | MD0073894 |
| MD0075662 | MD0075679 | MD0075690 | MD0076553 | MD0076591 | MD0076655 | MD0077140 | MD0077173 |
| MD0077253 | MD0077254 | MD0077358 | MD0077430 | MD0077825 | MD0077940 | MD0078017 | MD0078194 |
| MD0078474 | MD0079696 | MD0079704 | MD0079978 | MD0080071 | MD0080120 | MD0081166 | MD0081168 |
| MD0081447 | VA0019147 | VA0019180 | VA0019184 | VA0019313 | VA0019317 | VA0019363 | VA0019364 |
| VA0019369 | VA0019382 | VA0019402 | VA0019404 | VA0019421 | VA0019426 | VA0019433 | VA0019436 |
| VA0019499 | VA0019545 | VA0019571 | VA0050660 | VA0051221 | VA0051274 | VA0051320 | VA0052007 |
| VA0052016 | VA0052047 | VA0052510 | VA0052408 | VA0052409 | VA0052464 | VA0052554 | VA0053123 |
| VA0053147 | VA0053552 | VA0054129 | VA0054465 | VA0054589 | VA0054672 | VA0055070 | VA0055111 |
| VA0055347 | VA0055453 | VA0055935 | VA0056479 | VA0056745 | VA0057116 | VA0057161 | VA0057202 |
| VA0057723 | VA0057912 | VA0058158 | VA0058218 | VA0058330 | VA0058345 | VA0058350 | VA0058441 |
| VA0058553 | VA0058569 | VA0058583 | VA0058630 | VA0058700 | VA0059574 | VA0059598 | VA0060258 |
| VA0060336 | VA0060359 | VA0060514 | VA0060634 | VA0061694 | VA0061711 | VA0062298 | VA0062374 |
| VA0062380 | VA0062832 | VA0063990 | VA0063991 | VA0064257 | VA0064723 | VA0065488 | VA0065496 |
| VA0066752 | VA0067350 | VA0067884 | VA0068004 | VA0068126 | VA0068569 | VA0068572 | VA0069340 |
| VA0069654 | VA0070566 | VA0070987 | VA0071335 | VA0072243 | VA0073007 | VA0073344 | VA0073429 |

| VA0073564 | VA0074109 | VA0074385 | VA0074437 | VA0074459 | VA0074719 | VA0074825 | VA0075028 |
|---|---|---|---|---|---|---|---|
| VA0075053 | VA0075175 | VA0075399 | VA0075530 | VA0075703 | VA0076000 | VA0076026 | VA0076318 |
| VA0076377 | VA0077270 | VA0077916 | VA0077944 | VA0077945 | VA0077982 | VA0077983 | VA0078182 |
| VA0078442 | VA0078928 | VA0079001 | VA0079187 | VA0079301 | VA0079414 | VA0079415 | VA0079510 |
| VA0079618 | VA0079784 | VA0079808 | VA0079833 | VA0079842 | VA0079843 | VA0079844 | VA0079846 |
| VA0079847 | VA0079850 | VA0079870 | VA0079958 | VA0080336 | VA0080386 | VA0080387 | VA0080586 |
| VA0080701 | VA0080871 | VA0081266 | VA0081839 | | | | |

## Main

Show All CBRs    Show Owned CBRs    Show Leased CBRs
Show Priority CBRs    Priority Owned CBRs    Priority Leased CBRs

Business Resources Primer Site

Page Load Time: 0.42 seconds.
Function Call Time: 0.23 seconds.
Last Modified: 03/16/2006 18:10:22



Roland H.
Caton/WPD/RW/GSA/GOV
12/13/2006 09:10 AM

To   Barbara A. Sisco/WPD/RW/GSA/GOV@GSA
cc
bcc
Subject   Notes on AC



Here you go.  FYI.  RC



BA61 Team leader notes on A Conteh .doc

**BA61 Team**
**Team Leader Notes**
**On**
**Abdulai Conteh**

Abdulai Conteh became a member of the Metropolitan Services Center BA61 Team at the end of May, 2006.

I began meeting with him on 05-31-06, at which time I described his duties and responsibilities. I sent him email confirming this meeting.

In the first weeks of June 06, I gave him formal one-on-one training on how to prepare the fund status analysis, understanding the findings, do research, annotate findings, and take corrective action when/where necessary. I followed up these meetings with emails which contained electronic copies of all training documents we had reviewed together, as well as templates of the various fund status analysis documents he would need to create the monthly fund status analysis by function and building.

He was assigned the A10 Cleaning and A40 O&M functions. By mid July, we had finished all training. We agreed that he would perform his first fund status analysis during calendar month July on book month June data.

The team reports out the last Tuesday of every month. Each team member reports on their program/ functional area. To ensure the best analysis possible, and to make corrections where possible before the end of the book month; team members prepare and forward drafts of their work to me, at least one draft per function, per week.

Calendar July for June Data
Abdulai's first drafts for both A10 and A40 contained numerous errors (see email dated 07-13, 9:58 am) in format, formulae, income, adjustments, AND did not contain any remarks/corrective action. I sent him emails with detailed explanations and corrections. His second draft showed improvement in formatting but no annotated corrective action/remarks.

In a 07-19; 9:45 AM email, I restated that he was responsible for downloading, formatting and analysis on his own. He was supposed to report out on the last Tuesday, but instead took MCI training. He emailed another member of the BA61 team and told her to report out for him. I spoke to the associate and told her I would report out.

Each analyst must account for any variances above/below $100K. For the June A10 fund status by building, according to Abdulai's document, there were 8 buildings with variances above/below the $100K threshold. Abdulai remarked/noted actions for 3 of these buildings. All 3 action/remarks were given to him by me; they were not based on his own research. The other 5 buildings received no annotations from Abdulai.

1

For the June A40 fund status by building, according to Abdulai's document, there were 13 buildings with variances above/below the $100K threshold. Abdulai remarked/noted actions for 7 of these buildings. Of the 7, 2 action/remarks came directly from me, and the other 5 were vague and needed further explanation. The remaining 6 buildings received no remarks/corrective action.

At a minimum, a budget analysis must be proficient in doing research, and taking corrective action. Abdulai did not show such proficiency.

Note: As budget team leader, my job is to encourage and train. My forte is positive reinforcement and motivation. I see progress in his format mechanics skills (being able to format cells and download data); however I see no progress in his comprehension skills. Once he gets a number, he does not know what it means, or how to research or resolve issues.

Calendar August for July Data
Abdulai was on sick leave and did not prepare reports for this book month.

Calendar September for August Data
Since Abdulai did not return until mid September, and since he was needed by the Pegasys team for end of year processing of documents, I decided to give him a pass on preparing fund status analysis for this month. I reported out on A10 and A40 August data.

Calendar October for September Data
I advised Abdulai to prepare the A10 and A40 fund status analysis by building for the end of the fiscal year. In an email dated 10-26-06, I reminded him that from now on he had to work solo, do his own work. I reiterated this because several members of the BA61 team had told me confidentially that he continued to ask for one on one training from them.

In an email dated 11-01-06 09:15 AM; I again gave him a detailed list of format errors. In an email dated 11-06-06, I reviewed his final numbers for end of year. And I told him that the numbers were correct.

Note; September is the easiest fund status to prepare – in terms of number crunching – because there are no adjustments for anticipated income, anticipated obligations, or lump sum actions.

Further review of his analysis; showed that he did not address any variances above or below $100K. He did not insert a remarks/corrective action column.

Calendar November for October Data
Review of Abdulai's fund status analysis by building for A10 and A40 for book month October showed that the bottom-line numbers did tie to the overall fund status analysis numbers for A10 and A40.

As to the remarks/actions column, he did place remarks in the column for most of the positive numbers, but again did not address the negative variances over $100K. I am still uncertain that he understands the concept. Many of the remarks need further clarification and research. Some of the remarks do NOT address the issue or could be the cause.

In A10, 12 buildings required remarks/corrective action, but only 6 were addressed. Of the 6 buildings annotated with remarks, none addressed the issue and some remarks were simply incorrect. In A40, 14 buildings required remarks/corrective action, and 11 were addressed. Of the 11 buildings annotated with remarks, 3 remarks were given to Abdulai by me; 2 remarks were incorrect and the other 6 required further research.

Conclusions
The associate has been given numerous training sessions, both one on one with me, and with other members of the BA61 team. While the associate has rudimentary skills in downloading of data and excel software format mechanics; still, he does NOT grasp nor understand the research and corrective action skills necessary to be a proficient GS-11 budget analyst.



**Carol A.
Vance/WPD/RW/GSA/GOV**
02/10/2006 03:20 PM

To  Abdulai Conteh/WPD/RW/GSA/GOV@GSA

cc  Barbara A. Sisco/WPD/RW/GSA/GOV@GSA

bcc

Subject  Fw: Rent Est

Abdulai:

One more thing.  Think about how you want to approach the review of the remaining CBRs.  We have 385 more CBRs to review.  Let me know your thoughts on Monday.

Thanks!

Carol A. Vance
Metropolitan Services Division
1099 14th Street, NW, Suite 200W
Washington, DC  20005
202 219 1937 - Desk  /  202 208 6019 or 202 692 3343 - Fax
Have a Blessed day!!

CREATING A SUCCESSFUL FUTURE AT GSA
by living our values everyday and working together to achieve our goals!
----- Forwarded by Carol A. Vance/WPD/RW/GSA/GOV on 02/10/2006 03:16 PM -----



**Carol A.
Vance/WPD/RW/GSA/GOV**
02/10/2006 03:13 PM

To  Abdulai Conteh/WPD/RW/GSA/GOV

cc  Barbara A. Sisco/WPD/RW/GSA/GOV@GSA

Subject  Fw: Rent Est

Thanks Abdulai for reviewing and moving the High Profile CBRs to the appropriate categories.

1.)  Please finalize, before you leave today, the High Profile spreadsheet by updating the comments, ensuring the data is entered correctly and ensuring that all CBRs are accounted for.

2.)  Please prepare a coversheet for the RGAs to concur on the High Profile CBRs.  The coversheet should include (not necessarily in this order):

      CBR number
      Building name
      2006 annual cost and rate compared to the 2008 annual cost and rent
      Project number (if applicable)
      - annual cost and rate
      RGA
      Lease number
      OA number that supports the rate

Thanks again!

Carol A. Vance
Metropolitan Services Division

1099 14th Street, NW, Suite 200W
Washington, DC  20005
202 219 1937 - Desk  /  202 208 6019 or 202 692 3343 - Fax
Have a Blessed day!!

CREATING A SUCCESSFUL FUTURE AT GSA
by living our values everyday and working together to achieve our goals!
----- Forwarded by Carol A. Vance/WPD/RW/GSA/GOV on 02/10/2006 03:03 PM -----



Carol A.
Vance/WPD/RW/GSA/GOV

02/09/2006 03:30 PM

To  Barbara A. Sisco/WPD/RW/GSA/GOV

cc  Abdulai Conteh/WPD/RW/GSA/GOV@GSA

Subject  Rent Est

Barbara:

We will need to reschedule the 4:00pm review meeting to 9:30 tomorrow morning.  Currently we have 4
CBRs for possible approval.  The balance still needs to be reviewed.  Suzette has given us an extension
until 12:00n tomorrow.  This is the final extension, the BRB has to prepare a report for upper management
on Monday.

Abdulai:

Please be prepared for tomorrow morning's meeting.

We need to begin moving the CBRs.  Currently all CBRs are in the "not reviewed" bucket.  All high profile
CBRs must be moved from "not reviewed" by 12:00n tomorrow.   Once you've finished your review, begin
moving the CBRs to the appropriate buckets as follows.

        For CBRs that require intense review or discussion with the RGA, move the CBR to the  "needs
research" bucket
        For CBRs where the RGA has verbally concurred, move to the "review" bucket; once the RGA
signs and concurs, move to the "approved" bucket.

If you have questions, let me know.

Thanks much!


Carol A. Vance
Metropolitan Services Division
1099 14th Street, NW, Suite 200W
Washington, DC  20005
202 219 1937 - Desk  /  202 208 6019 or 202 692 3343 - Fax
Have a Blessed day!!

CREATING A SUCCESSFUL FUTURE AT GSA
by living our values everyday and working together to achieve our goals!



**Barbara A. Sisco/WPD/RW/GSA/GOV**
02/09/2006 07:12 PM

To   Carol A. Vance/WPD/RW/GSA/GOV@GSA
cc   sharon.banks@gsa.gov
bcc
Subject   Re: Workload

Carol,

Please do not distribute the delegated caseload between Jamie and Abdulai. Abdulai is unable to effectively manage his existing caseload of 25 DC leases. Jamie will need to manage all of the delegated leases. Thanks.

Barbara Sisco
Metropolitan Service Center (WPD)
Financial Management Branch Manager
202 219 1779 - Desk 202 219 2317

Carol A. Vance/WPD/RW/GSA/GOV



**Carol A. Vance/WPD/RW/GSA/GOV**
02/09/2006 01:42 PM

To   Barbara A. Sisco/WPD/RW/GSA/GOV@GSA
cc
Subject   Workload

Here's the workload assignment. Cynthia has 123 Virginia lease; Jamie has 90 Maryland leases; Abdulai has 25 DC Leases. I'm going to redistribute the delegated caseload and split it between Jamie and Abdulai.    Doing this will balance out the caseload between Cynthia and Jamie.

Cynthia will be responsible for **45%** of the Metropolitan lease workload (123 Virginia leases)
 - In addition,  to Data Accuracy

Jamie will be responsible **40%** of the Metropolitan lease workload (90 MD leases and 19 Delegated leases)
 - In addition to FFO

Abdulai will be responsible for **15%** of the Metropolitan lease workload (25 DC lease and 18 Delegated Leases)
 - In addition to the 2008 Rent Est, and Federal Assignments as needed.



Metro Lease as of Feb 2006.xls

Carol A. Vance
Metropolitan Services Division
1099 14th Street, NW, Suite 200W

Washington, DC  20005
202 219 1937 - Desk  /  202 208 6019 or 202 692 3343 - Fax
Have a Blessed day!!

CREATING A SUCCESSFUL FUTURE AT GSA
by living our values everyday and working together to achieve our goals!



| | |
|---|---|
| Carol A.<br>Vance/WPD/RW/GSA/GOV<br>04/27/2006 08:09 AM | To   Barbara A. Sisco/WPD/RW/GSA/GOV@GSA |
| | cc |
| | bcc |
| | Subject   SLA Error |

Barbara: Here's an example of an CPI SLA from Abdulai that was calculated incorrectly even after we had discussion about how to interpret the SFO.


Carol A. Vance
Metropolitan Services Division
1099 14th Street, NW, Suite 200W
Washington, DC  20005
202 219 1937 - Desk  /  202 208 6019 or 202 692 3343 - Fax
Have a Blessed day!!

CREATING A SUCCESSFUL FUTURE AT GSA
by living our values everyday and working together to achieve our goals!
----- Forwarded by Carol A. Vance/WPD/RW/GSA/GOV on 04/27/2006 08:08 AM -----



| **2022192378** | |
|---|---|
| 04/27/2006 08:09 AM | To   Carol A. Vance/WPD/RW/GSA/GOV |
| Please respond to<br>2022192378@FAX | cc |
| | Subject   Fax Received: 2022192378 [3343] 1 page(s) |


A 1 page(s) fax has been received from 2022192378.

For more information follow this document link to the inbound log entry. ->



Attach1.tif

| GENERAL SERVICES ADMINISTRATION<br>PUBLIC BUILDINGS SERVICE<br>SUPPLEMENTAL LEASE AGREEMENT | SUPPLEMENTAL AGREEMENT<br>No. 12 | DATE |
|---|---|---|
| ADDRESS OF PREMISES | TO LEASE NO. GS-11B-01275 | |
| | 122 C Street, NW | |
| | Washington, DC 20001 | |

THIS AGREEMENT, made and entered into this date by and between   ZG 122 C Street, LLC

whose address is:

C/O Zuckerman Gravely Development, Inc
Chevy Chase, MD 20815

Hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WHEREAS, the parties hereto desire to amend the above Lease.

NOW THEREFORE, these parties for the considerations hereinafter covenant and agree that the said lease is
hereby amended effective      **March 1,2006**      as follows:

Issued to reflect the annual ~~provided for~~ in the basic lease agreement.

| | |
|---|---|
| Base (CPI-W-U.S. City | 181.90 |
| Corresponding Index | 194.20 |
| Base Operating Cost F | $180,416.00 |
| % Increase in CPI-W | 0.067619571 |
| Annual Increase in Op | $12,199.65 |
| Less Previous Escala | $5,355.95 |
| Annual Increase in Op | $6,843.70 |

*Abdulai* (signature)

Effective      **March 1,2006**
The new   annual rent is                                              per month.

*Please reread the
SLO Clause, Inc
SLA is not calculated
properly.*

All other terms and condition

IN WITNESS WHEREOF, t

LESSOR:   ZG 122 C Street,

*Carol* (signature)
*4/29*

BY _____
(Signature)                                                          (Title)

IN THE PRESENCE OF

_____
(Signature)                                                          (Address)

UNITED STATES OF A

BY _____
(Signature)                              !.Metro metropolitan services Division
                                                (Official Title)

GSA FORM 276