UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULAI CONTEH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.1:07-cv-00786 (RWR/AK) |
| U.S. GENERAL SERVICES ADMINISTRATION, | ) |
| Defendant | ) |

**DEFENDANT'S STATUS REPORT**

Lurita Doan, in her official capacity as Administrator of the United States General Services Administration ("Defendant"), submits this status report pursuant to the Court's Order at the conclusion of the March 4, 2008, status conference. Defendant reports the following:

1.  During the March 4, 2008, status conference, Plaintiff made several allegations that certain documents had been altered or modified. Plaintiff also alleged that Defendant had not fully complied with discovery and threatened a Motion to Compel. The Court admonished the parities to stay behind after the conference and come up with a plan to resolve any discovery disputes and thereby avoid a Motion to Compel. After the conference, Plaintiff requested that Defendant reproduce certain documents in order to be able to evaluate his claim of tampering by a certain date to avert a Motion to Compel. Although most of the documents were produced on time, Defendant sought and obtained Plaintiff's consent to produce others later than anticipated. Defendant also agreed that, to the extent that Plaintiff could be prejudiced by the delay, Defendant would not object to Plaintiff filing the possible Motion to Compel later than

anticipated. Defendant has produced all of the documents that Plaintiff requested and the deadline for the filing of the Motion to Compel has come and passed.

2. Defendant does not object to Plaintiff's proposal regarding the scheduling of dispositive briefing as well as the setting of pretrial and trial dates.

3. If the Court is so inclined, Defendant is amenable to mediation after the completion of dispositive briefing.

April 3, 2008                                         Respectfully submitted,

                                                                   /s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

 /s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

 /s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2008, I caused the foregoing Defendant's Status Report to be served on Plaintiff's Counsel, Obinna Duruji, Esq., via the Court's Electronic Case Filing system.

                                      __/s/_____
                                        KENNETH ADEBONOJO