UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
ABDULAI CONTEH,                )
                               )
       Plaintiff,              )
                               )
       v.                      )   Civil Action No. 07-786 (RWR)
                               )
LURITA DOAN,                   )
                               )
       Defendant.              )
_____)
```

## ORDER OF REFERRAL TO MEDIATION

Based on the agreement of the parties, it is hereby

ORDERED that this case be, and hereby is, referred to mediation to commence on the date this Order is filed and to conclude on June 16, 2008.  Counsel and parties, including persons with settlement authority, are directed to attend the mediation sessions.  The Clerk of the Court is directed to furnish a copy of this Order to the Circuit Executive's Office for the purpose of assigning a mediator.  It is further

ORDERED that if this case settles in whole or in part, plaintiff shall advise the Court by promptly filing a stipulation.  It is further

ORDERED that if the case does not settle in whole, a status conference will be held on June 17, 2008 at 10 a.m.

SIGNED this 17th day of April, 2008.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```