JUDGE

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | TYPE H | | |
|---|---|---|---|---|
| CASE NO:<br><br>7-786 | DATE REFERRED:<br><br>4/21/08<br><br>DISPOSITION DATE: | PURPOSE:<br><br>MEDIATION | JUDGE:<br><br>ROBERTS | MAG. JUDGE<br><br>Alan Kay |

| PLAINTIFF(S):<br>CONTEH | DEFENDANT(S):<br>DOAN |
|---|---|

ENTRIES: