UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULAI CONTEH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.1:07-cv-00786 (RWR/AK) |
| ) | |
| U.S. GENERAL SERVICES ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant ) | |

**JOINT MOTION TO EXTEND TIME TO COMPLETE MEDIATION**

Lurita Doan, in her official capacity as Administrator of the United States General Services Administration ("Defendant") and Abdulai Conteh ("Plaintiff") (collectively "the parties"), hereby submit this Motion to Extend Time to Complete Mediation. There are good reasons for this request:

1. On April 17, 2008, the Court assigned this case for mediation.

2. Since that date, the parties met before the mediator and have also had individual contact with the mediator.

3. The parties believe that additional time to complete mediation will be helpful.

4. Accordingly, the parties request an additional thirty (30) days to complete mediation.

June 16, 2008                                    Respectfully submitted,

_/s/_____          __/s/_____
Obinna Duruji, Esq., D.C. Bar #435048     JEFFREY A. TAYLOR, D.C. BAR # 498610
Duruji Law Firm, P.C.                             United States Attorney
7600 Georgia Ave., N.W., St. 217

Washington, D.C. 20012
Telephone: (202)722-0961
Facsimile: (202)722-0963

  COUNSEL FOR PLAINTIFF

_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4210
Washington, D.C. 20530
(202) 514-7157

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2008, I caused the foregoing Joint Motion to Extend Time to Complete Mediation to be served on Plaintiff's Counsel, Obinna Duruji, Esq., via the Court's Electronic Case Filing system.

                                          ___/s/_____
                                          KENNETH ADEBONOJO