REFERRAL TO MAGISTRATE JUDGE

CATEGORY:  H

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | | | |
|---|---|---|---|---|
| CASE NO:<br>07-786 | DATE REFERRED:<br>7/21//08<br><br>DISPOSITION DATE: | PURPOSE:<br>SETTLEMENT | JUDGE:<br>ROBERTS | MAG. JUDGE<br>FACCIOLA |
| PLAINTIFF(S):<br>CONTEH | | DEFENDANT(S):<br>DOAN | | |
| ENTRIES:<br>THIS IS A 60 DAY REFERRAL; PARTIES HAVE BEEN DIRECTED TO FILE A STATUS REPORT BY 9/19/08 | | | | |