**Metropolitan Service Center**
**FY 07 Financial Certification Program**

| Name | Job Title | Financial Certification (Yes/No) | Currently Enrolled in the Certification Program (Yes/No) | Vendor | Date Completed | Anticipated Completion Date |
|---|---|---|---|---|---|---|
| Carol Vance | Lead Program Analyst | No | Yes | MCI | | Spring 2008 |
| Cynthia Cary | Budget Analyst | No | Yes | South MD | | 2009 |
| Patrick Donovan | Budget Analyst | No | Yes | MCI | | 2007 |
| Roland Caton | Budget Team Leader | No | Yes | MCI | | 2007 |
| Jamie Johnson | Budget Analyst | No | | UMUC | | 2009 |
| Abdulai Conteh | Budget Analyst | No | No | | | |
| Mentwab Mekonnen | Budget Analyst | No | Yes | MCI | | 2008 |
| Anthony Marable | Budget Analyst | Yes | | MCI | 2004 | |
| Denisha Quarles | Budget Analyst | No | | | | |
| Angela Watson | Budget Analyst | No | | UMUC | | 2008 |
| Tracey Jacobs | Budget Analyst | No | Yes | USDA | | Spring 2006 |
| Ventrice Westmass | Budget Analyst | No | Yes | MCI | | 2008 |
| Bobbie Smith | Budget Analyst | Yes | | USDA | 2006 | |
| Thelma Davis | Budget Analyst | No | Yes | South MD | | Jan. 2008 |
| Jacqueline Smith | Lead Budget Analyst | No | Yes | MCI | | 2008 |
| Robert Huber | Lead Budget Analyst | Yes | | MCI | 2004 | |
| Jamie Johnson* | Budget Analyst | No | | UMUC | | 2009 |
| Angela Watson* | Budget Analyst | No | | UMUC | | 2008 |

*Note:

Angela Watson and Jamie Johnson are pursuing a Bachelors degree in Business Administration at UMUC.





EX 3A ✓

 Barbara A.
Sisco/WPD/RW/GSA/GOV

03/16/2006 10:19 PM

To  Abdulai Conteh/WPD/RW/GSA/GOV@GSA

cc  Carol A. Vance/WPD/RW/GSA/GOV@GSA

bcc

Subject  Re: Rent est 75% submission

Abdulai,
Please forward the listing or copies of CBR's that are ready for approval. Have you followed up with Mars to determine whether all of the High Profile CBR's received concurrence from the RGA's? Once you have reviewed and receive concurrences they can be submitted for ~                    ~ accomplish over the next two weeks.

Barbara Sisco
Metropolitan Service Cen
Financial Management Br.
202 219 1779 - Desk 202 :

*Note:*
*Did not*
*reach 75%*
*reviewed by*
*3/16.*

Abdulai Conteh/WPD/RW/G

 Abdulai
Conteh/WPD/RW

03/16/2006 05:18

Barbara:

Attach is the Rent estimate pa

Abdulai Conteh
Budget  Analyst
Metropolitan Service center
(202) 219-3338
(202) 692-3305
----- Forwarded by Abdulai Conteh/WPD/RW/GSA/GOV on 03/16/2006 06:15 PM -----

A 2 page(s) fax has been received from 2022192378.

For more information follow this document link to the inbound log entry. ->

C18

c18

EX 3 B

 Abdulai
Conteh/WPD/RW/GSA/GOV
07/08/2005 08:58 AM

To Barbara A. Sisco/WPD/RW/GSA/GOV@GSA
cc
bcc
Subject Re: Promotion☐

Barbara:

Sorry for the miscommunication, I thought you said to wait for Jamie's returned, I stand corrected. I was flabbergasted when I thought her name was mention. Tuesday is fine, thanks for the gratitude and hope to meet with you.

Abdulai Conteh
Budget Analyst
Metropolitan Service center
Fax(202) 219-3338
Efax(202) 692-3305
Barbara A. Sisco/WPD/RW/GSA/GOV

 Barbara A.
Sisco/WPD/RW/GSA/GOV
07/08/2005 08:40 AM

To Abdulai Conteh/WPD/RW/GSA/GOV@GSA
cc
Subject Re: Promotion☐

Good Morning Abdulai.

Abdulai Conteh/WPD/RW/GSA/GOV

Abdulai
Conteh/WPD/RW/GSA/GOV
07/07/2005 04:27 PM

To Barbara A. Sisco/WPD/RW/GSA/GOV@GSA
cc
Subject Promotion

Barbara:

Note: altered version/
copy of EX 3 C

EX 3 C



Abdulai
Conteh/WPD/RW/GSA/GOV
07/08/2005 08:58 AM

To   Barbara A. Sisco/WPD/RW/GSA/GOV@GSA

cc

bcc

Subject   Re: Promotion

Barbara:

Sorry for the miscommunication, I thought you said to wait for Jamie's returned, I stand corrected. I was flabbergasted when I thought her name was mention.
Tuesday is fine, thanks for the gratitude and hope to meet with you.

Abdulai Conteh
Budget Analyst
Metropolitan Service center
Fax(202) 219-3338
Efax(202) 692-3305
Barbara A. Sisco/WPD/RW/GSA/GOV



Barbara A.
Sisco/WPD/RW/GSA/GOV
07/08/2005 08:40 AM

To   Abdulai Conteh/WPD/RW/GSA/GOV@GSA

cc

Subject   Re: Promotion

Good Morning Abdulai,

As discussed I will set up a meeting next week (looks like Tuesday afternoon would be good for me) to discuss my evalution of whether you are ready to be promoted to the next level. I continue to receive feedback from all of my team leaders (Carol and Jackie) regarding all of their subordinate associates so I am not sure where Jamie fits in since she is not a team leader. An invitation for our uncoming meeting will be forthcoming.

Barbara Sisco
Metropolitan Service Center (WPD)
Financial Management Branch Manager
202 219 1779 - Desk 202 219 2317

Abdulai Conteh/WPD/RW/GSA/GOV



Abdulai
Conteh/WPD/RW/GSA/GOV
07/07/2005 04:27 PM

To   Barbara A. Sisco/WPD/RW/GSA/GOV@GSA

cc

Subject   Promotion

Barbara:





 **Barbara A.**
**Sisco/WPD/RW/GSA/GOV**
03/16/2006 10:19 PM

To   Abdulai Conteh/WPD/RW/GSA/GOV@GSA
cc   Carol A. Vance/WPD/RW/GSA/GOV@GSA
bcc
Subject   Re: Rent est 75% submission 📄

Abdulai,
Please forward the listing or copies of CBR's that are ready for approval. Have you followed up with Mars to determine whether all of the High Profile CBR's received concurrence from the RGA's? Once you have reviewed and receive concurrences they can be submitted for approval. We have a lot to accomplish over the next two weeks.

Barbara Sisco
Metropolitan Service Center (WPD)
Financial Management Branch Manager
202 219 1779 - Desk 202 219 2317


Abdulai Conteh/WPD/RW/GSA/GOV

 **Abdulai**
**Conteh/WPD/RW/GSA/GOV**
03/16/2006 05:18 PM

To   Barbara A. Sisco/WPD/RW/GSA/GOV@GSA
cc   Carol A. Vance/WPD/RW/GSA/GOV@GSA
Subject   Rent est 75% submission


Barbara:

Attach is the Rent estimate page, justifying that we made our 75% submission

Abdulai Conteh
Budget  Analyst
Metropolitan Service center
(202) 219-3338
(202) 692-3305
----- Forwarded by Abdulai Conteh/WPD/RW/GSA/GOV on 03/16/2006 06:15 PM -----

A 2 page(s) fax has been received from 2022192378.

For more information follow this document link to the inbound log entry. ->📄

## Return Receipt

| | |
|---|---|
| Your document: | Rent est 75% submission |
| was received by: | Barbara A. Sisco/WPD/RW/GSA/GOV |
| at: | 03/16/2006 09:12:14 PM CST |



**MAIL** Classic

Print - Close Window

| | |
|---|---|
| **Date:** | Mon, 25 Feb 2008 09:25:39 -0800 (PST) |
| **From:** | "obinna duruji" <oduruji@yahoo.com> |
| **Subject:** | Plaintiff's Fourth and Final Third Request for Supplemental Responses to his Requests for Production |
| **To:** | "Adebonojo, Kenneth (USADC)" <Kenneth.Adebonojo@usdoj.gov> |
| **CC:** | oduruji@yahoo.com |

Mr. Adebonojo:



Please refer to my emails to you for the Defendant to
supplement its responses to Plaintiff's discovery
requests; especially its responses to Plaintiff's
Requests for Production of Documents dated 01/22/08,
02/04/08 and 02/07/08. To date you have not
supplemented as requested.

On 02/22/08, during Plaintiff's deposition, you
exhibited several documents that should have been
provided in Defendant's initial disclosures but were
not provided. Several of said documents were also not
provided in GSA's responses to Plaintiff's requests
for production and despite three subsequent requests
for supplementation were not provided until you used
them during Plaintiff's deposition.

It required a Court order before you obliged Plaintiff
and counsel the opportunity to review those you had
not exhibited.

Against this background, this if Plaintiff's 4Th and
final request for supplementation prior to filing a
motion to compel.

1. Under FRCP 26(a)(1)(B) GSA must disclose
electronically stored information as well as documents
that it may use to support its claims or defenses. GSA
must, without waiting for a discovery request, provide
to Plaintiff a copy of, or description by category and
location of, electronically stored information. GSA
failed to do so.

2. Under FRCP 26(e), GSA must mandatorily supplement
its initial disclosures as well as its responses to
other discovery requests. Accordingly, Plaintiff
hereby requests that GSA supplements it initial
disclosures as well as its responses to Plaintiff's
discovery requests in light of their deficiencies
which were elaborated in my email of 01/22/08. These
supplementation must reach Plaintiff's counsel on or
before 03/03/08, failing which Plaintiff will file a
motion to compel and seek for costs and attorney's
fees.

3. To avoid repetition and doubt, I am forwarding to
you my emails dated 01/22/08 and 02/04/08. These
emails contain specific requests for documents that
must be produced on or before 03/03/08.

4. Plaintiff believes that Ms. Sisco and her agents have altered his work products in the past. During her deposition on 01/31/08, she admitted under oath that Exhibits 6 & 7 attached to Plaintiff's Complaint were altered by her. During Plaintiff's deposition, he discovered that Exhibit C18 was an altered version of Exhibit 21(I) during Sisco's deposition.

5. Against this background, and pursuant to FRCP 34(a) and (b), Plaintiff wants to inspect, copy, test or sample electronically stored information, (emails) stored in any medium from which the under listed Exhibits that you tendered during Plaintiff's deposition on 02/22/08 were obtained:

Exhibits "C" for Conteh: C6, C9, C12, C13, C15, C16, C17, C18, C23, C25, C26, and C27.

6. Please contact me immediately to arrange for the date, time and place of the inspection, copying, testing or sampling of the aforesaid Exhibits. Due to the post discovery conference on 03/04/08, Plaintiff wants to do the inspection on or before 03/03/08. Plaintiff will be available to inspect, copy, test or sample them on 02/29/08 or 03/01/08 due to its urgency.

7. Notice of Intent to Seek Criminal Prosecution.

To date three vital Exhibits have been confirmed to have been willfully altered as part of an orchestrated pattern of intentional discrimination, retaliation and hostile work environment against the Plaintiff. You are hereby notified of Plaintiff's intention to refer these unlawful alterations by high level management personnel of GSA for investigation, criminal prosecution and appropriate penalties.

Please contact me if you have any questions or wish to discuss these matters further.

Thank you.


Obinna Duruji, Esq.
  DURUJI LAW FIRM, PC
  Attorneys & Counselors at Law
  7600 Georgia Avenue, NW, Suite 217
  Washington, DC 20012
  202 722 0961
  www.durujilaw.com
  Email: o.duruji@amheritageuniv.net

Looking for last minute shopping deals?
Find them fast with Yahoo! Search.
  http://tools.search.yahoo.com/newsearch/category.php?category=shopping

 **MAIL** Classic

Print - Close Window

**Subject:** RE: Conteh

**Date:** Wed, 12 Mar 2008 10:59:50 -0400

**From:** "Adebonojo, Kenneth (USADC)" <Kenneth.Adebonojo@usdoj.gov>

**To:** "obinna duruji" <oduruji@yahoo.com>

You indicated to me yesterday that you were ready to proceed with your
motion, which lead me to assume that all you needed to do is sign the
motion and file it.  As I indicated, I will be providing you full
threads as requested.  Since will be fully responses to your request
from 3/4/08, you will not need to file a motion anyway so this is a
 moot
point.  I indicated to you in my letters dated 3/3 and 3/7 that we will
need time to get those email.  The time it has taken to obtain them is
not unreasonable.  If you're saying you still need time beyond 3/14 we
can talk further but I didn't think you'll need more time if I got you
the email today.

Let talk if need be.

Kenneth

-----Original Message-----
From: obinna duruji [mailto:oduruji@yahoo.com]
Sent: Wednesday, March 12, 2008 10:47 AM
To: Adebonojo, Kenneth (USADC)
Subject: RE: Conteh

Mr. Adebonojo:

I am disappointed that you cannot keep your word.

The Court gave me 10 days to file a motion to compel.
We reached an agreement that you will provide
everything on 3/1/12. Today is 3/12/08, the 8th day
and you still have not provided everything you ordered
to provide.

Today is 3/12/08. You have as usual not kept your word
or honored our agreement. Still you tell me that I
will not need beyond 3/14/08 to file the motion.

By COB today, I will have barely 24 hours to do what
the Court allowed me 14 days to do and you still can't
figure that I will need additional time under the
circumstances. If that's the case, I will take it up
with the Court and fairness and reasonableness will
prevail. I will seek appropriate costs.

As you are well aware, I have given the Court notice
of my intent to file not only motion to compel but for
sanctions against you. All these games you are playing
will back fire. If you are in any doubt as to what
that portends for you, see Zubulake v. UBS Warburg,
LLC 229 FRD 422 (SDNY 2004).

Thank you.

Obinna Duruji, Esq.


--- "Adebonojo, Kenneth (USADC)"
<Kenneth.Adebonojo@usdoj.gov> wrote:

> After our brief discussion yesterday regarding the
> only outstanding
> issue from our post-status meeting on 3/4/08, you
> indicated that I
> should expect an email from you but I have not
> received one yet.  The
> only outstanding issue is the full email threads.  I
> should have most,
> if not all, of those to you by the end of the day.
> Accordingly,
> although we discussed that you should have more time
> to determine
> whether a motion to compel is necessary, I don't
> think more time will be
> necessary if we provide the full thread by COB
> today.  Therefore, you
> should not need beyond 3/14 to determine whether to
> file the motion.
>
> Thanks!
>
> Kenneth
>


Obinna Duruji, Esq.
  DURUJI LAW FIRM, PC
  Attorneys & Counselors at Law
  7600 Georgia Avenue, NW, Suite 217
  Washington, DC 20012
  202 722 0961
  www.durujilaw.com
  Email: o.duruji@amheritageuniv.net


Never miss a thing.  Make Yahoo your home page.
http://www.yahoo.com/r/hs





| | | |
|---|---|---|
| | Barbara A.<br>Sisco/WPD/RW/GSA/GOV<br>04/04/2006 07:59 AM | To abdulai.conteh@gsa.gov<br>cc carol.vance@gsa.gov, sharon.banks@gsa.gov<br>bcc<br>Subject FY08 Rent Est Project |

Abdulai,

As of today, please stop all work related to the FY08 Rent Est. We did not make the target, nor were the required reports submitted to the BRB for Central Office as requested from you. Too many of the CBR's that you submitted for approval were not thoroughly researched. Please continue to review your DC caseload and process all necessary actions associated with this caseload or any other assignments given by your team leader.

Barbara Sisco
Metropolitan Service Center (WPD)
Financial Management Branch Manager
202 219 1779 - Desk 202 219 2317

*Ex 7*

Return Receipt

| | |
|---|---|
| Your document: | Re: Rent Est |
| was received by: | Barbara A. Sisco/WPD/RW/GSA/GOV |
| at: | 03/06/2008 10:10:13 AM |

Return Receipt

| | |
|---|---|
| Your document: | Re: Rent Est |
| was received by: | Barbara A. Sisco/WPD/RW/GSA/GOV |
| at: | 03/06/2008 10:13:27 AM |

Notice of proposed Removal of Mr. Conteh in the Middle of Litigation - Yahoo! Mail       Page 1 of 1

Case 1:07-cv-00786-RWR       Document 23       Filed 08/03/2008       Page 14 of 18

 MAIL                                                    

**Notice of proposed Removal of Mr. Conteh in the Middle of Litigation**       Thursday, July 24, 2008 5:45 PM

From: "obinna duruji" <oduruji@yahoo.com>
To: "Kenneth Adebonojo" <kenneth.adebonojo@usdoj.gov>
Cc: oduruji@yahoo.com
Bcc: "Abdul Conteh" <aconteh21@yahoo.com>

Mr. Adebonojo:

On 7/23/08, Karen E. Smith, (Supervisory Program Analyst, Metropolitan Service Center (WPD) who reports directly to Ms. Sisco) issued a 9 page Notice of Proposed Removal to Mr. Conteh recanting baseless or concocted allegations dating back to December 4, 2006 to the present and gave him 15 days to show cause why he should not be terminated.

Now, you know and should know that this is continuing retaliatory harassment especially considering that most of these allegations had been addressed previously and proven to be false in the presence of Union reps. This rekindled intimidation aggravates existing hostile work environment and compounds Plaintiff's case against GSA for discrimination, retaliation and hostile work environment.

Please withdraw or cause this Notice of Proposed Removal to be withdrawn, rescinded or quashed on or before 7/3/08. If it's not rescinded by 7/30/08, Plaintiff will file apprpriate motions in Court to enjoin GSA and/or to quash the Removal Notice and seek costs, attorney's fees and sanctions against both you and your client. I hope that you will not allow the situation to get to that point.

Please call me if you have any questions or wish to discuss this matter further.


Thank you.




Obinna Duruji, Esq.  DURUJI LAW FIRM, PC  Attorneys & Counselors at Law  7600 Georgia Avenue, NW, Suite 217  Washington, DC 20012  Toll Free: 1-800-659-8059  Local Tel: 202-722-0961  Facsimile: 815-642-8070  www.durujilaw.com  Email: obi@durujilaw.com

*Exhibit I*

EX 16

## Job Performance Appraisal Evaluation for Abdulai Conteh

*Performed by: Cynthia Cary, "Acting" BA 53 Team Leader*
*Date: May 3, 2005*

During my current tenure as the "Acting" BA 53 Team Leader from December 27, 2004 to present, my overall performance evaluation for Mr. Abdulai Conteh exceeds the standards.  Mr. Conteh is definitely a team player and participates with others to accomplish the task at hand.  Not only do I find him pleasing to work with, I observed that he also demonstrates the same positive relationship with other colleagues and always helps out to achieve overall functions of the BA 53 program.

Mr. Conteh has assisted in completing Real Estate Taxes (RETs) and CPIs with little guidance.  Whenever guidance is needed, he listens effectively and accepts constructive criticism positively.  His commitment to self-improvement has grown and he can be counted on for consistent quality performance.

In my opinion, Mr. Conteh exceeds the standards and is definitely an asset to the BA 53 Team.

**Deliverable Products:**

- CPIs
- RETs

**Problems encountered:**  N/A

**Weak points:**      Proof-reading material for grammatical errors

**Strong points:**      Great team player, Willingness to assist others

**Overall Performance:**      Exceeds the Standards

I

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| **Conteh, Abdulai NMN** | | | **05-30-2004** |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code **702** | 5-B. Nature of Action **Promotion** | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code **N6M** | 5-D. Legal Authority **Reg 335.102 Career Prom** | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| **Program Analyst** | **Program Analyst** |
| **WW29505 - 271** | **WW29702 - 45** |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0343 | 09 | 10 | $54,360.00 | PA | GS | 0343 | 11 | 05 | $57,338.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $47,422.00 | $6,938.00 | $54,360.00 | | $50,020.00 | $7,318.00 | $57,338.00 | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| **Public Buildings Service** **Metropolitan Service Center** | **Public Buildings Service** **Metropolitan Service Center** |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1 - None  3 - 10-Point/Disability  5 - 10-Point/Other  2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30% | 2 — 0 - None  2 - Conditional  1 - Permanent  3 - Indefinite | | YES | X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  **Basic only** | 9  **Not Applicable** | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  **K - FERS and FICA** | **03-05-2000** | F  **Full-Time** | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 — 1 - Competitive Service  3 - SES General  2 - Excepted Service  4 - SES Career Reserved | E — E - Exempt  N - Nonexempt | 192.P1126001.61.11.000.001 | 0052 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 110010001 | **WASHINGTON / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA** |

| 40. Agency Data **WPD** | 41. **W2500** | 42. **0000** | 43. **14.63** | 44. **Noncritical-Sensitive (NCS) National Security Risk** |
|---|---|---|---|---|

**45. Remarks**

**Full performance level of employee's position is GS-12.**

**CONGRATULATIONS ON YOUR PROMOTION!!.**

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| **General Services Administration** | **Electronically Signed by: Frances L. Stephens** **Director, Consolidated Processing Center** |

| 47. Agency Code **GS03** | 48. Personnel Office ID **1909** | 49. Approval Date **06-04-2004** | |
|---|---|---|---|

5-Part 50-316

TURN OVER FOR IMPORTANT INFORMATION

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

*1 0*

sisko-21M

8 G

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| Conteh, Abdulai NMN | | ████4 | ████8 | 05-28-2006 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 893 | Reg WRI | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| Q7M | Reg 531.404 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | | | | | 15. TO: Position Title and Number | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Budget Analyst | | | | | Budget Analyst | | | | |
| WW0M143 - 106 | | | | | WW0M143 - 106 | | | | |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19.Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0560 | 11 | 05 | $61,510.00 | PA | GS | 0560 | 11 | 06 | $63,320.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $52,349.00 | $9,161.00 | $61,510.00 | | $53,889.00 | $9,431.00 | $63,320.00 | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| Public Buildings Service<br>Metropolitan Service Center | Public Buildings Service<br>Metropolitan Service Center |

## EMPLOYEE DATA

| 23. Veterans Preference | | | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 - None  3 - 10-Point/Disability  5 - 10-Point/Other<br>2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30% | | | 1 | 0 - None   2 - Conditional<br>1 - Permanent   3 - Indefinite | | YES X | | NO |

| 27. FEGLI | | 28. Annuitant Indicator | | 29. Pay Rate Determinant |
|---|---|---|---|---|
| C0 | Basic only | 9 | Not Applicable | 0 |

| 30. Retirement Plan | | 31. Service Comp. Date (Leave) | 32. Work Schedule | | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|---|---|
| K | K - FERS and FICA | 03-05-2000 | F | Full-Time | |

## POSITION DATA

| 34. Position Occupied | | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|---|
| 1 | 1 - Competitive Service  3 - SES General<br>2 - Excepted Service  4 - SES Career Reserved | E  E - Exempt  N - Nonexempt | 192.P1126001.61.11.000.001 | 0052 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| WPD | W2500 | 0000 | 17.5 | Nonsensitive (NS) National Security Risk |

**45. Remarks**

Work performance is at an acceptable level of competence.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| General Services Administration | Electronically Signed by:  Frances L. Stephens |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | Director, Consolidated Processing Center |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| GS03 | 1909 | 05-25-2006 |

5-Part 50-316

Editions Prior to 7/91 Are Not Usable
NSN 754-

EXHIBIT

Sisco-35
1/31/08
KE

*EX 17*

**ABDULAI CONTEH**

## LOST WAGES AND INCOME ANALYSIS

| | | 2005 | 2006 | 2007 | 2008 | Total |
|---|---|---|---|---|---|---|
| Salary | $ | 59,464 $ | 61,510 $ | 63,135 $ | 28,295 | 212,404 |
| Salary If Promoted | | 71,269 | 73,720 | 75,671 | 31,007 | 251,667 |
| | | | | | | - |
| Difference in Pay | | 11,805 | 12,210 | 12,536 | 2,712 | 39,263 |
| Interest on the | | | | | | - |
| Under Payments 7% for 3years | | 2,758 | 1,834.65 | 908.87 | 79.09 | 5,581 |
| | | | | | | - |
| Total Lost Wages and Interest | | 14,563 | 14,045 | 13,445 | 2,791 | 44,843 |
| | | | | | | - |
| Leave Without Pay | | 2,741 | 2,835.20 | 2,910.40 | - | 8,486 |
| | | | | | | - |
| Lost of income from Thrift savings | | - | 25,846.40 | - | - | 25,846 |
| | | | | | | - |
| Performance Bonus Award | | 300 | 300.00 | 300.00 | 300.00 | 1,200 |
| | | | | | | - |
| Total Lost Wages and Income | $ | 17,604 $ | 43,026 $ | 16,655 $ | 3,091 | 80,376 |

*******

| Pay Rates | 2005 | 34.26/hr |
|---|---|---|
| | 2006 | 35.44/hr |
| | 2007 | 36.38/hr |
| | 2008 | |

Lost of Thrift saving plan
$17,000 Withdrawals due to lost of Income
$8846.40 Contribution interruption due to withdraws

| | | |
|---|---|---|
| 2008 Wages From January to May (5 months) | .= | 28,295.00 |
| Salary if promoted for 2008 5 Months | | 31,006.67 |

Analysis and Compilation by

*Ojobuike N Okeh, CPA*

**O N OKEH & ASSOCIATES, PC**
**9208 Annapolis Rd**
**Lanham MD 20706**
**Ph: 301-918-0555**
**Fax: 301-918-0577**



GSA National Capital Region

July 23, 2008

MEMORANDUM FOR ABDULAI CONTEH
                BUDGET ANALYST
                METROPOLITAN SERVICE CENTER (WPD)

FROM:           KAREN E. SMITH *Karen E. Smith*
                SUPERVISORY PROGRAM ANALYST
                METROPOLITAN SERVICE CENTER (WPD)

SUBJECT:        Notice of Proposed Removal

This memorandum is to notify you that I propose to remove you from your position of Budget Analyst, GS-0560-11, Metropolitan Service Center (WPD), Public Buildings Service (PBS), General Services Administration (GSA) no sooner than thirty (30) calendar days from the date you receive this notice, because of unacceptable performance.

On December 4, 2006 you were issued an Associate Performance Planning Worksheet for Non-supervisory Associates which identified six (6) critical elements for your position; Developing and Monitoring Operating Budget, Customer Service, Budgetary/Financial Analysis, Internal Process Improvement, Learning and Growing, and Pegasys Support. At your mid-year review held on or about May 23, 2007 you were informed that your performance remained at an unacceptable level in Critical elements 3 (Budgetary/Financial Analyst) and 6 (Pegasys Support), and had declined to an unacceptable level in element 2 (Customer Service).

On November 28, 2007 you were given written notice that you were being placed on a Performance Improvement Plan (PIP). The notice communicated the performance standards for critical elements 3 and 4 and allowed 60 days in which to raise your level of performance from an unacceptable level and to demonstrate an acceptable performance level. The notice also informed you that meetings were to be held every Thursday morning starting at 10:00 a.m. with Roland Caton, Lead Budget Analyst; Anthony Marable, Budget Analyst (Team Leader) and myself.

U.S. General Services Administration
301 7th Street, SW
Washington, DC 20407-0001
www.gsa.gov

- 2 -

During the PIP period you participated in one (1) of the eight (8) PIP meetings held from December 6, 2007 through January 29, 2008. After the period of the PIP ended, you and your representative agreed to a meeting on February 5, 2008.

During the PIP period you performed at an unacceptable level in both Critical Elements 3 and 6.

Critical Element 3 –Budgetary/Financial Analyst
(See attachment for full description)

**In order to meet the performance expectations for this critical element you must generally assist in managing the implementation of new programs, policies and procedures. You must compile accurate routine and special reports and monthly tracking reports within established timeframes.** Monthly fund status reports must be accurate, complete and submitted within the established timeframes. Fund status reports must be submitted to the Team Leader within established timeframes and/or no more than 2 days prior to the 4th Tuesday business review meeting. Few, if any formatting errors will be contained in the fund status reports. Few, if any mathematical errors will be present on fund status reports submitted. Variances to Plan +/- $100K should be thoroughly researched and documented in the remarks column of the reports. Few, if any follow-up actions will remain to be resolved by the next reporting cycle or provide a target resolution date. Below are the specific instances in which you failed to meet the performance expectations for this critical element.

1. On December 20, 2007 you submitted a November 2007 Fund Status Analysis (FSA). You sent an e-mail message saying that attached was your first draft of the November fund status report. Attached were two files pertaining to Operations and Maintenance (PGA) 40 funds that appeared to be identical. Your Team Leader provided comments on your submission by e-mail message. Afterward, you sent a second e-mail message saying that you thought you had sent the spread sheet and with an attachment pertaining to PGA 10 funds. These attachments contained the following errors.

   a. In PGA 40 funds, for the Approved Operating Plan (AOP) for Fiscal Year 2008 you failed to include the additional $2.2M that Metropolitan Service Center received at the end of Fiscal Year 2007 as a supplemental. You should have added $1.1M to the AOP for building number DC0011ZZ and $1.1M to the AOP for building number DC0086ZZ as place holders.

   b. In PGA 40 funds you entered "($1,966,195.00)" as the anticipated income for building MD0804ZZ for fiscal year 2008. However, that figure was the anticipated obligation--the Operations and Maintenance portion of the

**U.S. General Services Administration**
301 7th Street, SW
Washington, DC 20407-0001
www.gsa.gov

contract which was estimated to be $1,966,195.00. You then projected this figure to the end of the fiscal year as a credit.

c. In PGA 40 funds you used an incorrect projection formula. There are 262 total workdays in Fiscal Year 2008. You incorrectly identified the total number of workdays in Fiscal Year 2008 as 217. Anthony Marable had sent the staff (including you) an updated Fiscal Year 2008 schedule of workdays reflecting that the total number of days for fiscal year 2008 was 262.

d. In PGA 40 funds for building MD0334ZZ you stated in the remarks area of the document that the reason for the variance was continuing resolution which was incorrect. The correct justification was that the variance was due to the fact that we had not yet collected the R-type RWA funding.

e. In PGA 40 funds you entered remarks of "change in the contract multiply distribution lines" for buildings number VA0506AN and VA0507AN, where it should have said "multiple," and it is not clear what you meant by this. You should have explained how/why the multiple distribution lines caused the variance and what corrective action you were going to take to correct the variance.

f. In PGA 10 funds your analysis was submitted late. The report is due to your team leader on the third Tuesday of each month, which was November 18th. Roland sent you an e-mail on December 20, 2007 informing you to send the analysis.

g. In PGA 10 funds you failed to post the anticipated income for any of the buildings on the report. You are required to enter this information for the buildings on the FSA. By failing to enter the anticipated income, the anticipated obligations are overstated.

h. In PGA 10 funds you used the wrong projection formula. You used 217 as the total number of workdays for Fiscal Year 2008. This was incorrect; Anthony Marable had sent the staff (including you) an updated Fiscal Year 2008 schedule of workdays reflecting that the total number of days for fiscal year 2008 was 262.

i. In PGA 10 funds you entered in the remarks section for buildings DC0011ZZ "Commercial Facilities Management (CFM) contract not yet posted due to continuing resolution (CR), variance would be reduced when posted in Pegasys". For building MD0334ZZ you entered "new option year not yet posted in Pegasys due to CR". In both cases, the remarks were incorrect. In

**U.S. General Services Administration**
301 7th Street, SW
Washington, DC 20407-0001
www.gsa.gov

the case of DC001ZZ, a CFM contract was in place, but needed to be modified. In the case of MD0334ZZ, a CFM contract was in place, but the RWA R type income had not been collected.

j. In PGA 10 funds your remarks for buildings MD0331ZZ ("new option year not yet posted into Pegasys due to CR"), MD0765ZZ ("investigating, However, CR could also be a factor causing the variance"), , MD0804ZZ ("New option year not yet posted into Pegasys due to CR"), MD0811ZZ ("New option year not yet posted into Pegasys due to CR"), and MD0816ZZ ("New option year not yet posted into Pegasys due to CR") were incorrect. You did not include the multiple sources of the anticipated income (direct, reimbursable, or multiple contracts) which resulted in a larger variance.

k. In PGA 10 funds your remarks for building MD0709ZZ ("investigating, However, CR could also be a factor of the variance") were incorrect. You did not account for the anticipated income which resulted in a larger variance. This building is a White Oak building and it is completely reimbursable. The CR has no effect on this building.

2. In January 2008, you submitted the December 2007 Fund Status Report with the following errors.

a. You used the incorrect projection formula for PGA40. There are 262 total workdays in Fiscal Year 2008. You incorrectly identified the total number of workdays in Fiscal Year 2008 as 217. Anthony Marable had sent the staff (including you) an updated Fiscal Year 2008 schedule of workdays reflecting that the total number of days for fiscal year 2008 was 262.

b. You did not include the anticipated income for any of the PGA 40 funded buildings. The anticipated income should have been presented and prorated ($447,765.00) by building. The anticipated income was provided to you on January 9, 2008.

c. You did not enter credits in the fourth column under lump sum actions for PGA 40 funds as you should have. The lump sum actions were provided to you on January 9, 2008.

d. The remarks entered for buildings DC0086ZZ ("the anticipating budget requested is reduced"), MD0709ZZ ("investigating"), and MD0804ZZ ("Option year not yet posted") were incorrect. Any variance of $100K has to be explained in the remarks section of the Fund Status Analysis. The reason for

**U.S. General Services Administration**
301 7th Street, SW
Washington, DC 20407-0001
www.gsa.gov

the variance is that you did not put in the anticipated income. Yet your explanations indicate other reasons that have nothing to do with the variance.

   e. You failed to include $1.9M in the anticipated obligations analysis for building MD0804ZZ.

   f. You did not include an anticipated income for any buildings in the Fiscal Year 08 on the December 2007 PGA10 Fund Status Analysis when that should have been presented and prorated ($181,248.00) by building.

   g. You incorrectly noted a debt of a lump sum action amount for building MD0334ZZ on the December 2007 FSA in the column marked "FY 08 ADJST BK DEC." This column is the FY 08 adjusted book month for December and is a subtotal of the first four columns. This amount should have been a credit of about $14,679.00 and should have been added back into the projection formula. As a result the end of year projected obligations were overstated.

   h. In the remarks section for buildings MD0334ZZ, MD0709ZZ, MD0765ZZ, MD0804ZZ, MD0811ZZ, MD0816ZZ, and MD0818ZZ you entered incorrect explanations. In the remarks section of building MD0331ZZ you stated "New option year not yet posted." This was not correct. The contract was a multiple distribution line contract to other buildings on the FDA White Oak Campus.

3. On around February 20, 2008 you submitted the January 2008 Fund Status Report with the following errors.

   a. For PGA40 funds your beginning obligation numbers were incorrect. You did not include obligations and income for building number VA0882ZZ. After December the staff was told that they would have to get the anticipated income on their own as it would no longer be provide by Roland Caton. Anyone of the staff can download the income and obligations for their inventory off Financial Management Information System (FMIS). The correct anticipated obligation numbers were provided to the entire staff (including you) prior to your submission of the FSA to your team leader on February 20, 2008.

   b. For PGA40 funds you failed to include an explanation in the remarks section for what you noted to be above a $100K variance on building VA0349ZZ. You are required to do so.

**U.S. General Services Administration**
301 7th Street, SW
Washington, DC 20407-0001
www.gsa.gov

- 6 -

    c. For PGA10 funds your beginning income and anticipated incomes were incorrect because your report was missing incomes that were posted in January for buildings VA0347ZZ, VA0839ZZ, VA1287ZZ, and VA1447ZZ. These omission of the incomes for these buildings meant that the income was understated resulting in overstating the obligations.

    d. For the PGA10 Fund Status Analysis for building VA0325ZZ you did not include the amount of $6,600 in the lump sum obligation reflected in the column, "FY 08 ADJST BK JAN." This resulted in overstating the obligations. This amount was reflected in the FY 07 BA61 Lump Sum Actions for that building, which was provided to you prior to your submission of the FSA on February 20, 2008.

Critical Element 6—Pegasys Support
(See Attachment for full description)

**In order to meet performance expectations for this critical element you must generally manage the Pegasys process for the Service Center. You must adhere to policies and procedures. You must compile accurate routine and special reports and monthly tracking reports within established timeframes**. Entries into Pegasys must be accurate, coded correctly and completed within 48 hours. All documents should be reviewed and rejected as needed in accordance with our internal control deadlines. Below are the specific instances in which you failed to meet the performance expectation of this critical element. .

Pegasys is the official financial system for GSA. It tracks obligations and expenses. Into this system all of GSA's financial data is entered. The quality control process for entries into Pegasys is as follows. Completed documents are placed in the quality control box and then reviewed for errors by our Quality Control Analyst. Documents containing errors are returned to the analyst who prepared them to correct the errors.

1. In December 2007 you only signed for twenty-one (21) documents to process into Pegasys. Of those 21 documents, you only processed seventeen (17) documents into Pegasys. Four (4) documents had to be reassigned to another analyst. As identified below, these documents contained numerous errors.

    a. On December 3, 2007 you failed to submit a payment in the amount of $7,500 for account number PN5N02351 and the information package did not include the necessary fax confirmation for that account.

**U.S. General Services Administration**
301 7th Street, SW
Washington, DC 20407-0001
www.gsa.gov

b.  On December 5, 2007 you entered the incorrect address for the vendors physical and remit to addresses on PJ8N00105.  You reversed the vendor's physical and remit addresses in Pegasys.

c.  On December 5, 2007 you did not input the office address in Pegasys as required for document number PJ8N00104.

d.  On December 11, 2007 you entered the incorrect invoice number in Pegasys for document number 1B7N01171.

e.  On December 11, 2007 you entered the incorrect period of performance into Pegasys for document number 1B5N02316.

f.  On December 11, 2007 you signed for document number PJ6NA3385-CCA INC for $87,932.00.  On December 12, 2007 you were instructed to enter information for document number PJ6NA3385 into Pegasys.  On December 20, 2007 an e-mail was received informing me that the document had not been processed in Pegasys.  You were asked to process the document but could not locate it.  A copy was given to you and processed in Pegasys on December 20, 2007 which was not incompliance with the 48-hour processing requirement.

g.  On December 15, 2007 you entered the incorrect date for document number 1B8N00025.  You entered a date of December 15, 2007 when the actual date of the invoice was December 12, 2007.  .

h.  On December 20, 2007 you entered the incorrect invoice number in Pegasys for account number 1B8N00331.  You entered invoice number 4658A instead of 4658.

i.  On December 19, 2007 you entered the incorrect date for account number PJ8N00053.  You entered a date of December 15, 2007 when the actual date of the invoice was December 12, 2007.

j.  On December 27, 2007 you entered the incorrect period of performance for document number 1B4N01797.  You entered 3.1.05 – 2.28.06 on accounting line 1, instead of 11.1.07-11.30.07.

2.  In January 2008 you signed for twenty-two (22) documents to process into Pegasys. You only processed thirteen (13) of those documents.  In the thirteen (13) that you processed, you made the following errors that had to be corrected in Pegasys:

U.S. General Services Administration
301 7th Street, SW
Washington, DC 20407-0001
www.gsa.gov

- 8 -

    a.  On January 16, 2008 you entered the incorrect invoice number into Pegasys for document number PJ7N02973.  You entered invoice number 122007.101917.01 instead of 122007.10197.01.

    b.  On January 22, 2008 you entered the incorrect invoice number into Pegasys for document number 1B4N03720.  You entered invoice number 1113720 instead of 111378-21.

    c.  On January 25, 2008 you entered the incorrect invoice date into Pegasys for document number PJ7N02636.  You entered invoice date 12/05/2007 instead of 10/17/2007.

    d.  On January 25, 2008 you entered the incorrect invoice date into Pegasys for document number PJ8N00053.  You entered invoice date of 1/16/2008 instead of 1/14/2008.

The procedures governing this action, as well as the rights extended to you are set forth in 5 C. F. R. Part 432 (January 1, 2008) and Article 15 (Performance Appraisal Systems), Section 7 (Unacceptable Performance) in the Memorandum of Understanding (MOU) between the GSA and the National Federation of Federal Employees (NFFE) on the GSA Associate Performance Plan and Appraisal System (APPAS) signed in August 2004.

This is a proposal, not a decision.  Therefore, you have fifteen (15) calendar days from the date you receive this memorandum to reply.  Your answer may be made orally, in writing, or both.  You may also submit affidavits and other documentary evidence in support of your answer.  Any reply you make will be fully considered in making a decision.  Your written reply should be made to the following person, or to the official who may be acting in her capacity at the address below:

                Sharon J. Banks
                Director, Metropolitan Service Center
                Public Buildings Service
                National Capital Region
                General Services Administration
                1099 Fourteenth Street, N.W., Room 200W
                Washington, D.C.  20005

If you wish to make a personal reply, please contact Ms. Banks at (202) 219-3367 to schedule an appointment.

**U.S. General Services Administration**
301 7th Street, SW
Washington, DC 20407-0001
www.gsa.gov

- 9 -

You have the right to be represented by any person of your choice, or you may represent yourself. You must designate your representative in writing, to Ms. Banks before he/she can represent you. A Designation of Representative form is provided in the event you wish to designate someone to represent you.

During this time you will remain in an active duty status. You are entitled to arrange with your supervisor for a reasonable amount of official time to prepare your reply, meet with a designated representative, secure affidavits or other documents, and review the material relied upon supporting the reasons for the proposed removal. If you do not reply within the fifteen (15) calendar day period allowed for your reply, Ms. Banks or her designee will make a decision based on the evidence then available. If you do reply to this notice, the decision will be based on careful consideration of the evidence of record, and any written and/or oral replies to this notice.

As soon as possible after your reply, or after fifteen (15) calendar days from receipt of this notice if you do not reply, a written notice of decision will be given to you that: 1) takes the proposed action; 2) does not take the proposed action; 3) reduces your grade; or 4) reassigns you to another position for which you are qualified. A final decision will be made within thirty (30) calendar days after expiration of the advance notice period.

If you have any questions regarding your rights or the procedures involved in proposing this action, or would like to review or obtain a copy of the material relied upon supporting the reason for the proposed removal, you may contact Beverly C. Howard, Human Resources Specialist, Employee and Labor Relations Branch, Human Resources Division at (202) 708-5321.

_____          _____
Abdulai Conteh                                                              Date

Your signature indicates you received the original of this memorandum.

Attachment:  Performance Plan
                      Designation of Representative Form

cc:    Employee/union copy (w/o attachment)
         Beverly C. Howard, HRD, WCPR (w/o attachment)
         Sharon J. Banks, WPD (w/o attachment)

**U.S. General Services Administration**
301 7th Street, SW
Washington, DC 20407-0001
www.gsa.gov

## Associate Performance Planning Worksheet – Non-supervisory Associates

**Employee Name: Conteh, Abdulai**

**Main Appraiser:Howard-Sisco, Barbara A**

**Position: Budget Analyst, GS-0560-11**

**Date Developed: 29-NOV-2006**

**Organization: WPD**

**Date Issued: 04-DEC-2006**

| Derived From | General Measure | Specific Measure | Standards/Exception | | | | | Feedback Source For Monitoring |
|---|---|---|---|---|---|---|---|---|
| | | | Level 1 | Level 2 | Level3 | Level4 | Level5 | |
| | | and special projects prepared as needed. | | | | | | |

This worksheet is only intended to assist you in completing the OFFICIAL Associate Performance Plan and Appraisal documents as identified by GSA Order CPO P 9430.1

Ø003/004

07/23/2008 WED 13:46   FAX 8179782741

## Associate Performance Planning Worksheet – Non-supervisory Associates

**Employee Name: Conteh, Abdulai**

**Position: Budget Analyst, GS-0560-11**

**Organization: WPD**

**Main Appraiser: Howard-Sisco, Barbara A**

**Date Developed: 28-NOV-2006**

**Date Issued: 04-DEC-2006**

**Description:** Internal Process Improvement 5%

| Derived From | General Measure | Specific Measure | Level 1 | Level 2 | Level3 | Level4 | Level5 | Feedback Source For Monitoring |
|---|---|---|---|---|---|---|---|---|
| PD,PBS Business Plan, GSA Goal "Operate efficiently and effectively" | Quality and Timeliness | Successful program and project management. Reports and analyses lead to savings or efficiencies | | Seldom manages projects and processes for best results. Identifies opportunities to improve resource utilization. Rarely ensures compliance with management controls or the use of best practices. | Generally manages projects and processes for best results. Identifies opportunities to improve resource utilization. Ensures compliance with management controls. Use of best practices. | Proactively manages projects and processes for best results. Identifies opportunities to improve resource utilization. Ensures compliance with management controls. Use of best practices. | | Customer Feedback Supervisor Observation |

## Critical Element: Learning and Growing 5%(5%)

**Description:** Learning and Growing 5%

| Derived From | General Measure | Specific Measure | Level 1 | Level 2 | Level3 | Level4 | Level5 | Feedback Source For Monitoring |
|---|---|---|---|---|---|---|---|---|
| PBS Human Capital Strategy | Quality | Self Development | | Completes training assignments or activities as assigned. Plays a relatively passive role in the development of performance goals and individual development plans (IDPs). Frequently abuses opportunities for developmental assignments or other challenges offered by supervisors and managers. | Participates in the development of performance goals and individual development plans (IDPs). Plays an active role in the execution of the IDP by pursing training and other opportunities or assignments for growth and development. | In partnership with supervisor, plays an active role in the career planning and development process. Takes the initiative in seeking and creating developmental opportunities. Actively pursues formal training and challenging work assignments. Embraces change as a catalyst for learning and growth. Collaborates with supervisor to develop performance standards that are connected to work unit goals and objectives. | | IDP and Supervisor Feedback |

## Critical Element: Pegasys Support 20%(20%)

**Description:** Pegasys Support 20%

| Derived From | General Measure | Specific Measure | Level 1 | Level 2 | Level3 | Level4 | Level5 | Feedback Source For Monitoring |
|---|---|---|---|---|---|---|---|---|
| PD,PBS Financial Directives, GSA Goal "Financial Accountability" | Quality, Timeliness and Accuracy | Pegasys Support activities. Resolution of financial issues. Financial reports, special analysis | Does not meet performance expectations as defined in Level 2 | Seldom manages the Pegasys process for the Service Center. Policies and procedures are seldom adhered to. Seldom compiles accurate routine and special reports and monthly tracking reports within established timeframes. | Generally manages the Pegasys process for the Service Center. Policies and procedures are adhered to. Compilation of accurate routine and special reports and monthly tracking reports within established timeframes. Meets performance expectations. | Proactively manages the Pegasys process for the Service Center. Develops internal policies and procedures based on regional policy guidelines. Consistently provides accurate routine and special reports and monthly tracking reports within established timeframes. | Meets and consistently exceeds performance expectations as defined in Level 4 | Customer Feedback Supervisor Observation |

This worksheet is only intended to assist you in completing the OFFICIAL Associate Performance Plan and Appraisal documents as identified by GSA Order CPO P 9430.1

## Associate Performance Planning Worksheet – Non-supervisory Associates

**Employee Name:** Conteh, Abdulai

**Main Appraiser:** Howard-Sisco, Barbara A

**Position:** Budget Analyst, GS-0560-11

**Date Developed:** 29-NOV-2006

**Organization:** WPD

**Date Issued:** 04-DEC-2006

### Critical Element: Developing and Monitoring Operating Budget 20%(20%)
Description: Developing and Monitoring Operating Budget 20%

| Derived From | General Measure | Specific Measure | Level 1 | Level 2 | Level3 | Level4 | Level5 | Feedback Source For Monitoring |
|---|---|---|---|---|---|---|---|---|
| PD,PBS Financial Directives, GSA Goal "Financial Accountability | Timeliness, Accuracy | Action/products contributed to PBS attaining budgetary targets. Help resolve budgetary issues. | | Assists in the preparation and submission of the Annual Budget Call. Monitors spending against an element of the approved operating plan throughout the fiscal year. Seldom insures accurate and timely processing of assigned budgetary transactions. Budget reports are seldom timely and accurate. | Assists in the preparation and submission of the Annual Budget Call. Monitors spending against an element of the approved operating plans throughout the fiscal year. Generally insures accurate and timely processing of assigned budgetary transactions. Budget reports are generally timely and accurate. | Assists in the preparation and submission of the Annual Budget Call. Monitors spending against an element of the approved operating plans throughout the fiscal year. Insures accurate and timely processing of assigned budgetary transactions. Budget reports are consistently timely and accurate. | | Customer Feedback Supervisor Observation |

### Critical Element: Customer Service 30%(30%)
Description: Customer Service 30%

| Derived From | General Measure | Specific Measure | Level 1 | Level 2 | Level3 | Level4 | Level5 | Feedback Source For Monitoring |
|---|---|---|---|---|---|---|---|---|
| Business Plan and PBS Human Capital Strategy | Quality and Timliness | Customer Service | | Usually reacts and responds effectively to customer requests or emergencies but is either not courteous, not proactive in addressing needs or does not adequately balance competing needs in call cases. | Responds to customer concerns and provides courteous, timely service; explains actions and decisions in a manner which instills confidence and cooperation from the customer; where necessary follows up to ensure customer needs are met. | In addition to responding to customer requests in a courteous and effective manner, associate is proactive in identifying and resolving/minimizing potential problems that may arise. | | Customer Feedback Supervisor Observation |

### Critical Element: Budgetary/Financial Analysis 20%(20%)
Description: Budgetary/Financial Analysis 20%

| Derived From | General Measure | Specific Measure | Level 1 | Level 2 | Level3 | Level4 | Level5 | Feedback Source For Monitoring |
|---|---|---|---|---|---|---|---|---|
| PD,PBS Financial Directives, GSA Goal "Financial Accountability | Quality, Timeliness and Accuracy | Resolution of financial issues. Financial reports, special analysis and special projects prepared as needed. | | Seldom assists in managing the implementation of new programs, policies and procedures. Seldom prepares accurate routine and special reports and monthly tracking reports within established timeframes. | Generally assists in managing the implementation of new programs, policies and procedures. Compilation of accurate routine and special reports and monthly tracking reports within established timeframes. | Proactively assists in managing the implementation of new programs, policies and procedures. Consistently compiles accurate routine and special reports and monthly tracking reports within established timeframes. | | Customer Feedback Supervisor Observation |

### Critical Element: Internal Process Improvement 5%(5%)

This worksheet is only intended to assist you in completing the OFFICIAL Associate Performance Plan and Appraisal documents as identified by GSA Order CPO P 9430.1

Signature of Authorized Union Official

for purposes of initiating a grievance under the negotiated grievance procedure in the collective bargaining agreement, you may be represented by a union-designated representative.