

<karen.smith@gsa.gov>
09/28/2007 08:15 AM

To   <abdulai.conteh@gsa.gov>
cc
bcc
Subject   Thanks Program: Award Notification

History:          ⤷ This message has been forwarded.

Congratulation! Smith.Karen has just given you a THANKS award to recognize you
for your outstanding work!
To view details please click on this link and then select "View Awards" from
the menu on the right side of the screen:
http://dotnetweb.pbsncr.gsa.gov/ThanksProgram/YourAward.aspx?AwardID=19958



**Karen E.
Smith/WPD/RW/GSA/GOV**
12/04/2007 03:29 PM

To   Robert A. O'Brycki/WPJ/RW/GSA/GOV@GSA
cc   Abdulai Conteh/WPD/RW/GSA/GOV@GSA, Barbara A.
     Sisco/WPD/RW/GSA/GOV@GSA, John M.
     Hanley/NFFE/CO/GSA/GOV@GSA
bcc
Subject   Re: Request to Meet

Mr. O'Brycki,

Thank you for the information.

Karen Smith

Karen E. Smith
Chief
Financial Management Branch
Metropolitan Service Center (WPD)
1099 14th Street, NW
Suite 200W
Washington, DC  20005
Office: 202-208-2341
Fax:    202-208-0201

Robert A. O'Brycki/WPJ/RW/GSA/GOV



**Robert A.
O'Brycki/WPJ/RW/GSA/GOV**
12/04/2007 02:29 PM

To   Karen E. Smith/WPD/RW/GSA/GOV@GSA
cc   Barbara A. Sisco/WPD/RW/GSA/GOV@GSA, John M.
     Hanley/NFFE/CO/GSA/GOV@GSA, Abdulai
     Conteh/WPD/RW/GSA/GOV@GSA
Subject   Request to Meet

Ms. Smith,

In accordance with the MOU between GSA and NFFE on the APPAS system, Mr. Conteh forwarded a
request to Ms. Sisco for a follow-up meeting on his rating in the presence of his NFFE representative. Ms.
Sisco said that she would get back to him. To date, there has been no response. Consequently, Mr.
Conteh is not comfortable in signing his Performance Plan until this meeting takes place.

I anxiously await your response.

Thank you.



**Karen E.
Smith/WPD/RW/GSA/GOV**
01/17/2008 12:49 PM

To   Abdulai Conteh/WPD/RW/GSA/GOV@GSA

cc   Anthony Marable/WPD/RW/GSA/GOV@GSA, Roland H.
Caton/WPD/RW/GSA/GOV@GSA

bcc

Subject   Re: PIP MEETINGS

History:          ↪ This message has been forwarded.

Good Morning Abdulai,

I regret that I will have to postpone our meeting today at 3:00pm.  I know you will not be in tomorrow and Monday is a holiday, but I will be available Tuesday at 11:30am.  This gives you time to have a Union representative present.  Please let me know if you will be able to make the Monday meeting.

Thanks,
Karen

Karen E. Smith
Chief
Financial Management Branch
Metropolitan Service Center (WPD)
1099 14th Street, NW
Suite 200W
Washington, DC  20005
Office: 202-208-2341
Fax:    202-208-0201

Abdulai Conteh/WPD/RW/GSA/GOV



**Abdulai
Conteh/WPD/RW/GSA/GOV**
01/16/2008 04:51 PM

To   Karen E. Smith/WPD/RW/GSA/GOV@GSA

cc   Anthony Marable/WPD/RW/GSA/GOV@GSA, Roland H.
Caton/WPD/RW/GSA/GOV@GSA

Subject   Re: PIP MEETINGS

Karen:

I am confirming to meet at 3:00 P.M tomorrow January 17th, 2007, Please provide me the room number. As you can see, because of the late response I can't provide a  name of a NEFFE representative who would be in attendance. However I left a message for Mr. O'brycki.

Abdulai Conteh
Budget  Analyst
Metropolitan Service center
(202) 219-3338
(202) 692-3305

Karen E. Smith/WPD/RW/GSA/GOV



**Karen E.**
**Smith/WPD/RW/GSA/GOV**
01/16/2008 04:29 PM

To  Abdulai Conteh/WPD/RW/GSA/GOV@GSA

cc  Roland H. Caton/WPD/RW/GSA/GOV@GSA, Anthony Marable/WPD/RW/GSA/GOV@GSA

Subject  Re: PIP MEETINGS

Good Afternoon Abdulai,

      I too believe there has been a very serious breakdown in communication regarding your attendance at  your weekly performance meetings.  Your Performance Improvement Plan (PIP) is a formal document which instructed me to hold a weekly performance meeting with you and in the same formal document you were instructed to attend  these performance meetings.  You  have told me  on every occasion that I asked about your attendance at these meetings that you were instructed by your Union representation not to attend these meetings.  You have always been welcome to have representation at these meetings, but that has never been the issue. Your performance meeting has always been held at the same time (10:00 a.m.) and in the same place (my office) every week, therefore your representation has had plenty of notice in time to attend these meetings.

      What concerns me is that these meetings are for your benefit to assess how you are currently performing your duties in relation to bringing your performance up to an acceptable level. I would like to reschedule the meeting since you will not be available tomorrow morning.  Please let me know if you will be available tomorrow afternoon at 3:00 p.m. You are welcome to bring to meeting whomever you wish.  Please let me know by 9:00 tomorrow morning if this time is acceptable and please advise who will be in attendance so that I can secure adequate meeting space.

Thank you,
Karen

Karen E. Smith
Chief
Financial Management Branch
Metropolitan Service Center (WPD)
1099 14th Street, NW
Suite 200W
Washington, DC  20005
Office: 202-208-2341
Fax:    202-208-0201

Abdulai Conteh/WPD/RW/GSA/GOV

 **GSA**

**Abdulai
Conteh/WPD/RW/GSA/GOV**

01/16/2008 01:08 PM

To  Karen E. Smith/WPD/RW/GSA/GOV@GSA

cc  Barbara A. Sisco/WPD/RW/GSA/GOV@GSA, Robert A.
O'Brycki/WPJ/RW/GSA/GOV@GSA

Subject  PIP MEETINGS

Karen:

    I think that there has been a serious breakdown in communication regarding my  attending weekly performance meetings.
Although I strongly disagree with the issuance of the PIP and I do not feel it was warranted, I never refused to attend these meetings.
In accordance with the  MOU between GSA and NFFE, I am entitled to Union representation at these meetings. Believe me,I take this
matter very seriously and I feel like my job is in jeopardy. For that very reason, it is imperative that my representative be present at these
meetings.

In regards to your proposal to meet tomorrow at 10:00 am, I have a schedule conflict. I will be in attendance at ROB with Ms. Sisco on a grievance
meeting on this subject issue.

Please provide me an alternative time tomorrow afternoon  so that I can inform my NFFE representative. If tomorrow afternoon is not convenient,
please propose dates / times when you will be available to meet next week, Friday is my AWS day.


Abdulai Conteh
Budget  Analyst
Metropolitan Service center
Phone (202) 219-3338
Efax (202) 692-3305



**Karen E.**
**Smith/WPD/RW/GSA/GOV**

01/29/2008 12:03 PM

To   Robert A. O'Brycki/WPJ/RW/GSA/GOV@GSA

cc   Abdulai Conteh/WPD/RW/GSA/GOV@GSA, Latannya E.
     Bell/WPD/RW/GSA/GOV@GSA

bcc

Subject   Re: Performance Meeting🗋

History:          🖅 This message has been replied to.

Good Morning Bob,

I apologize for not getting back to you yesterday evening, but things are really jumping here. I will not be available Wednesday or the remainder of the week. That's why I suggested Monday or Tuesday.  You mentioned your deposition on today, but you did not give me the time frame,  I am available at 3:00 pm today.  Please let me know if you are able to make this appointment.  If you can't  make this appointment, please fill free to send LaTanya or any of your other representatives.

Thanks,
Karen

Karen E. Smith
Chief
Financial Management Branch
Metropolitan Service Center (WPD)
1099 14th Street, NW
Suite 200W
Washington, DC  20005
Office: 202-208-2341
Fax:    202-208-0201

Robert A. O'Brycki/WPJ/RW/GSA/GOV



**Robert A.**
**O'Brycki/WPJ/RW/GSA/GOV**

01/28/2008 03:26 PM

To   Karen E. Smith/WPD/RW/GSA/GOV@GSA

cc   Abdulai Conteh/WPD/RW/GSA/GOV@GSA

Subject   Re: Performance Meeting🗋

Karen:

Thank you for the reminder to schedule the performance meeting. My attempts to reach Abdulai today have been unsuccessful. Perhaps he is on leave.

Unfortunately, Tuesday I am committed to giving a deposition on another case.

Therefore, we are proposing Wednesday 11am or later as an alternative.

Will this date/time suit your schedule ?

Karen E. Smith/WPD/RW/GSA/GOV



| | Karen E. Smith/WPD/RW/GSA/GOV 01/28/2008 09:41 AM | To | Robert A. O'Brycki/WPJ/RW/GSA/GOV@GSA |
|---|---|---|---|
| | | cc | Abdulai Conteh/WPD/RW/GSA/GOV@GSA |
| | | Subject | Performance Meeting |

Good Morning Bob,

I have not heard from you about rescheduling another Performance Meeting for Abdulai. Since you said your schedule is difficult, I can try to make time this afternoon or come to a mutual time for tomorrow. Please let me know.

Thanks,
Karen

Karen E. Smith
Chief
Financial Management Branch
Metropolitan Service Center (WPD)
1099 14th Street, NW
Suite 200W
Washington, DC 20005
Office: 202-208-2341
Fax:    202-208-0201



**Karen E.
Smith/WPD/RW/GSA/GOV**
01/30/2008 01:13 PM

To   Robert A. O'Brycki/WPJ/RW/GSA/GOV@GSA

cc   Abdulai Conteh/WPD/RW/GSA/GOV@GSA

bcc

Subject   Performance Meeting

Good Afternoon Bob,

I am sorry that we could not meet today due to scheduling conflicts and Abdulai said that he had to go to ROB today for his deposition. To accommodate you I will rework my schedule to fit this meeting in . I can change most appointments except Thursday afternoon 1:00 - 4:00 and Friday morning 7:00 - 12:00. Times other than those I will adhere to your availability. Since I agreed to give Abdulai another meeting to execute Pegasys documents in the system, I want to ensure this meeting takes place, but I want you both to understand that this in no way extends the time frame of the Performance Improvement Period (PIP) as stated in the November 28th letter. I am not in a position to do this. I just want to ensure I have given Abdulai every opportunity to improve his performance. Please let me know what day and time fits your schedule.

Thanks,
Karen

Karen E. Smith
Chief
Financial Management Branch
Metropolitan Service Center (WPD)
1099 14th Street, NW
Suite 200W
Washington, DC  20005
Office: 202-208-2341
Fax:    202-208-0201





| | |
|---|---|
| **Karen E. Smith/WPD/RW/GSA/GOV** 01/30/2008 05:01 PM | To Robert A. O'Brycki/WPJ/RW/GSA/GOV@GSA |
| | cc Abdulai Conteh/WPD/RW/GSA/GOV@GSA, Latannya E. Bell/WPD/RW/GSA/GOV@GSA |
| | bcc |
| | Subject Re: Performance Meeting |

Bob,

In the same room as last time.  It is the only one with a screen for the computer.

Thanks,
Karen

Karen E. Smith
Chief
Financial Management Branch
Metropolitan Service Center (WPD)
1099 14th Street, NW
Suite 200W
Washington, DC 20005
Office: 202-208-2341
Fax:    202-208-0201

Robert A. O'Brycki/WPJ/RW/GSA/GOV



| | |
|---|---|
| **Robert A. O'Brycki/WPJ/RW/GSA/GOV** 01/30/2008 04:35 PM | To Karen E. Smith/WPD/RW/GSA/GOV@GSA |
| | cc Abdulai Conteh/WPD/RW/GSA/GOV@GSA, Latannya E. Bell/WPD/RW/GSA/GOV@GSA |
| | Subject Re: Performance Meeting |

Karen:

11:30 works for me. Please provide me a conference room number.

Thanks.
Karen E. Smith/WPD/RW/GSA/GOV



| | |
|---|---|
| **Karen E. Smith/WPD/RW/GSA/GOV** 01/30/2008 04:02 PM | To Robert A. O'Brycki/WPJ/RW/GSA/GOV@GSA |
| | cc Abdulai Conteh/WPD/RW/GSA/GOV@GSA |
| | Subject Re: Performance Meeting |

Bob,

Tuesday, I have a standing 10:00 meeting in the events room. Let's say 11:30 to make sure the room is available.

Thanks,
Karen

Karen E. Smith
Chief
Financial Management Branch
Metropolitan Service Center (WPD)
1099 14th Street, NW
Suite 200W
Washington, DC 20005
Office: 202-208-2341
Fax:    202-208-0201

Robert A. O'Brycki/WPJ/RW/GSA/GOV



| | Robert A. O'Brycki/WPJ/RW/GSA/GOV 01/30/2008 03:45 PM | To | Karen E. Smith/WPD/RW/GSA/GOV@GSA |
|---|---|---|---|
| | | cc | Abdulai Conteh/WPD/RW/GSA/GOV@GSA |
| | | Subject | Re: Performance Meeting |

Karen:

Thank you for your willingness to work with us and your offer of flexibility in scheduling these meetings. I too am disappointed that we could not meet today, but it seems we are all on very tight schedules.

Abdulai is most anxious to demonstate his ability to execute Pegasys documents and I think we can agree that we want him to be successful.

I am proposing next Tuesday (2/5) at 11am for our next meeting. Please let me know if you can comply. If not, please propose alternatives.

Thank you again.

Bob
Karen E. Smith/WPD/RW/GSA/GOV



| | Karen E. Smith/WPD/RW/GSA/GOV | To | Robert A. O'Brycki/WPJ/RW/GSA/GOV@GSA |
|---|---|---|---|
| | | cc | Abdulai Conteh/WPD/RW/GSA/GOV@GSA |



01/30/2008 01:13 PM

**GSA**

Subject  Performance Meeting

Good Afternoon Bob,

I am sorry that we could not meet  today due to  scheduling conflicts and Abdulai said that he had to go to ROB today for his deposition.  To accommodate you I will rework my  schedule to fit this  meeting in .  I can change most appointments except Thursday afternoon 1:00 - 4:00 and Friday morning 7:00 - 12:00.  Times other than those I will adhere to your availability.  Since I agreed to give Abdulai another meeting to execute Pegasys documents in the system,  I want to ensure this meeting  takes place, but I want you both to understand that this in  no way extends the time frame  of the Performance Improvement Period (PIP)  as stated in the November 28th letter.  I am not in a position to do this.  I just want to ensure I have given Abdulai every opportunity to improve his performance.  Please let me know what day and time fits your schedule.

Thanks,
Karen

Karen E. Smith
Chief
Financial Management Branch
Metropolitan Service Center (WPD)
1099 14th Street, NW
Suite 200W
Washington, DC  20005
Office: 202-208-2341
Fax:    202-208-0201





| | Roland H. | **To** Abdulai Conteh/WPD/RW/GSA/GOV@GSA |
|---|---|---|
| | Caton/WPD/RW/GSA/GOV | **cc** Anthony Marable/WPD/RW/GSA/GOV@GSA, Karen E. |
| | 12/20/2007 03:08 PM | Smith/WPD/RW/GSA/GOV@GSA |
| | | **bcc** |
| | | **Subject** Re: Fist draft for A10 & A40 |

History:        ✍ This message has been replied to.

## PGA40

1. Approved Operating Plan FY08 - need to include the additional $2.2M WPD received at the end of FY07 as a supplemental. Add $1.1M to the AOP for DC0011ZZ and $1.1M to the AOP for DC0086ZZ (as place holders). Remember, this will increase your overall PGA40 budget to $6,514,836.00.

2. Anticipated income is incorrect - the <u>number you show is for the FY08 anticipated obligation</u> to MD0804ZZ - the O&M portion of the ESPC contract which is estimated to be $1,966.195.00. Moreover, you have projected this figure to the end of the fiscal year as a credit.    You need to:

        a.  Put in the correct anticipated income by building. We sent everyone the updated Anticipated Baseline analysis for November. Look up the PGA40 buildings. The overall PGA40 anticipated pro-rated income for bk Nov is $403,131.00. You need to apply by building.
        b.  Place the <u>anticipated obligation</u> of $1,966,195.00 in the projection formula cell - like we do lump sum adjustments.

3. Projection formulae is incorrect. The total number of work days in FY08 is 262, not 217. Anthony sent everyone an updated FY08 Schedule of Paid Days. Please review.

4. Lump Sum Adjustment for MD0334ZZ not accounted for correctly. You adjusted it out of the projection; but you need to account for it. Place it back in the projection formula cell. Check your lump sum adjustment for VA0506AN. You correctly accounted for that action.

5. Remarks  for MD0334ZZ. The reason for the variance is not due to CR.

6. Remarks for VA0506AN and VA0507AN.  Unclear what your justifications/remarks mean.


## PGA10
1. You did not submit a PGA10 analysis. Please send.  Thanks.

RC


Abdulai Conteh/WPD/RW/GSA/GOV



| | **Abdulai** | **To** Roland H. Caton/WPD/RW/GSA/GOV@GSA, Anthony |
|---|---|---|
| | **Conteh/WPD/RW/GSA/GOV** | Marable/WPD/RW/GSA/GOV@GSA |
| | 12/20/2007 02:18 PM | **cc** Karen E. Smith/WPD/RW/GSA/GOV@GSA, Mentwab |
| | | Mekonnen/WPD/RW/GSA/GOV@GSA, Shirley A. |
| | | Graham/WPD/RW/GSA/GOV@GSA |
| | | **Subject** Fist draft for A10 & A40 |


Roland :

**Attached is my first draft for the November fund status**



Fund status for November A 40.xls



Fund status for November A 40.xls

**Abdulai Conteh**
**Budget Analyst**
**Metropolitan Service center**
**(202) 219-3338**
**(202) 692-3305**





**Roland H.
Caton/WPD/RW/GSA/GOV**

01/09/2008 02:02 PM

To   Robert C. Huber/WPD/RW/GSA/GOV@GSA, Kevinn A.
      Mair/CONTRACTOR/WPD/RW/GSA/GOV@GSA, Hanh
      On/CONTRACTOR/WPD/RW/GSA/GOV@GSA, Elizabeth
cc   Anthony Marable, Karen E.
      Smith/WPD/RW/GSA/GOV@GSA
bcc

Subject   RE: FY08 WPD BA61 - Anticipated Obligations - bk Dec



FYI. RC



FY08 BA61 Anticipated Obligations - BK Dec.XLS





| | Roland H. Caton/WPD/RW/GSA/GOV | To | Abdulai Conteh/WPD/RW/GSA/GOV@GSA |
| --- | --- | --- | --- |
| | 01/23/2008 01:33 PM | cc | Anthony Marable |
| | | bcc | |
| | | Subject | Fw: FY08 FSA BA61 bk Dec |

History:          ⤷ This message has been forwarded.



## PGA10

1. Anticipated Income - No anticipated income is included. There should be prorated ($181,248.00) by building. Check email I sent everyone on 01-09-08.
2. Lump Sum Actions - the amount noted at MD0334ZZ should be a credit, i.e. ($14,679.00). Also, you need to add back into the projection formula.
3. Remarks - DC0011ZZ - once you add in the anticipated income, this variance will reduce to approx. ($20K). The new contract does appear to have been posted in bk Dec.
4. Remarks - MD0331ZZ - not a contract option year issue. The contract was MDL'd to other buildings on the FDA White Oak Campus. FY08 RWA R type needs to increase to cover.
5. Remarks - MD0334ZZ - double check remarks, it looks like the option year has posted and increased.
6. Remarks - MD0709ZZ - check with RWA team. This could be an MDL issue on the RWA.
7. Remarks - MD0765ZZ - see number "4" above, part of FDA White Oak Complex.
8. Remarks - MD0804ZZ - see number "4" above, part of FDA White Oak Complex. Also, check FY07 approved operating plan verses FY07 budget call, NCR might have reduced our request.
9. Remarks - MD0811ZZ, MD8016ZZ, MD0818ZZ - see number "4" above, part of FDA White Oak Complex.

## PGA40

1. Projection formula is wrong - should be x/66*262
2. Anticipated Income - No anticipated income is included. There should be prorated ($447,765.00) by building. Check email I sent everyone on 01-09-08.
3. Lump Sum Actions - the amounts in the fourth column should be credits, i.e. ($).
4. Remarks - DC0086ZZ - see your own remarks for DC0011ZZ. DC0086ZZ is the same scenario.
5. Remarks - MD0709ZZ - see my notes under PGA10 above, number "6". We may have collected the RWA and posted to another building number.
6. Remarks - MD0804ZZ - double check with the contracting officer, has the option year started?
7. Anticipated obligations - check the email I send on 01-09-08. Your analysis does not include the $1.9M for MD0804ZZ.

FYI. RC

----- Forwarded by Roland H. Caton/WPD/RW/GSA/GOV on 01/23/2008 01:06 PM -----



| | Abdulai Conteh/WPD/RW/GSA/GOV | To | Roland H. Caton/WPD/RW/GSA/GOV@GSA |
| --- | --- | --- | --- |
| | 01/23/2008 11:10 AM | cc | Anthony Marable/WPD/RW/GSA/GOV@GSA, Mentwab Mekonnen/WPD/RW/GSA/GOV@GSA, Karen E. Smith/WPD/RW/GSA/GOV@GSA |
| | | Subject | re: FY08 FSA BA61 bk Dec |

Roland :

Attached Is my first dart of my A10 and A40



Fund status for December A10.xls



Fund status for December A 40.xls

Abdulai Conteh
Budget Analyst
Metropolitan Service center
(202) 219-3338
(202) 692-3305
Roland H. Caton/WPD/RW/GSA/GOV



**Roland H.
Caton/WPD/RW/GSA/GOV**

01/23/2008 10:00 AM

To  Abdulai Conteh/WPD/RW/GSA/GOV@GSA, Mentwab
    Mekonnen/WPD/RW/GSA/GOV@GSA
cc  Anthony Marable

Subject  re: FY08 FSA BA61 bk Dec



Please send Anthony and I your FY08 FSAs for bookmonth Dec:  A10 & A40 for Abdulai and A30 for
Menty, so we can review..  RC




| | | To | Abdulai Conteh/WPD/RW/GSA/GOV@GSA |
|---|---|---|---|
| **GSA** | **Roland H.** **Caton/WPD/RW/GSA/GOV** 01/23/2008 01:33 PM | cc | Anthony Marable |
| | | bcc | |
| | | Subject | Fw: FY08 FSA BA61 bk Dec |



## PGA10

1. Anticipated Income - No anticipated income is included.  There should be prorated ($181,248.00) by building.  Check email I sent everyone on 01-09-08.

2. Lump Sum Actions - the amount noted at MD0334ZZ should be a credit, i.e. ($14,679.00).  Also, you need to add back into the projection formula.

3. Remarks - DC0011ZZ - once you add in the anticipated income, this variance will reduce to approx. ($20K).  The new contract does appear to have been posted in bk Dec.

4. Remarks - MD0331ZZ - not a contract option year issue.  The contract was MDL'd to other buildings on the FDA White Oak Campus.  FY08 RWA R type needs to increase to cover.

5. Remarks - MD0334ZZ - double check remarks, it looks like the option year has posted and increased.

6. Remarks - MD0709ZZ - check with RWA team.  This could be an MDL issue on the RWA.

7. Remarks - MD0765ZZ - see number "4" above, part of FDA White Oak Complex.

8. Remarks - MD0804ZZ - see number "4" above, part of FDA White Oak Complex.  Also, check FY07 approved operating plan verses FY07 budget call, NCR might have reduced our request.

9. Remarks - MD0811ZZ, MD8016ZZ, MD0818ZZ - see number "4" above, part of FDA White Oak Complex.

## PGA40

1. Projection formula is wrong - should be x/66*262

2. Anticipated Income - No anticipated income is included.  There should be prorated ($447,765.00) by building.  Check email I sent everyone on 01-09-08.

3. Lump Sum Actions - the amounts in the fourth column should be credits, i.e. ($).

4. Remarks - DC0086ZZ - see your own remarks for DC0011ZZ.  DC0086ZZ is the same scenario.

5. Remarks - MD0709ZZ - see my notes under PGA10 above, number "6".  We may have collected the RWA and posted to another building number.

6. Remarks - MD0804ZZ - double check with the contracting officer, has the option year started?

7. Anticipated obligations - check the email I send on 01-09-08.  Your analysis does not include the $1.9M for MD0804ZZ.

FYI.  RC

----- Forwarded by Roland H. Caton/WPD/RW/GSA/GOV on 01/23/2008 01:06 PM -----



| | | To | Roland H. Caton/WPD/RW/GSA/GOV@GSA |
|---|---|---|---|
| **GSA** | **Abdulai** **Conteh/WPD/RW/GSA/GOV** 01/23/2008 11:10 AM | cc | Anthony Marable/WPD/RW/GSA/GOV@GSA, Mentwab Mekonnen/WPD/RW/GSA/GOV@GSA, Karen E. Smith/WPD/RW/GSA/GOV@GSA |
| | | Subject | re: FY08 FSA BA61 bk Dec |

Roland :

Attached Is my first dart of my A10 and A40



Fund status for December A10.xls



Fund status for December A 40.xls

Abdulai Conteh
Budget Analyst
Metropolitan Service center
(202) 219-3338
(202) 692-3305
Roland H. Caton/WPD/RW/GSA/GOV



| | Roland H. Caton/WPD/RW/GSA/GOV | To | Abdulai Conteh/WPD/RW/GSA/GOV@GSA, Mentwab Mekonnen/WPD/RW/GSA/GOV@GSA |
|---|---|---|---|
| | 01/23/2008 10:00 AM | cc | Anthony Marable |
| | | Subject | re: FY08 FSA BA61 bk Dec |



Please send Anthony and I your FY08 FSAs for bookmonth Dec: A10 & A40 for Abdulai and A30 for
Menty, so we can review.. RC



| | Roland H. Caton/WPD/RW/GSA/GOV 02/07/2008 12:01 PM | To | Hanh On/CONTRACTOR/WPD/RW/GSA/GOV@GSA, Elizabeth Asefaw/CONTRACTOR/WPD/RW/GSA/GOV@GSA, Robert |
|---|---|---|---|
| | | cc | Anthony Marable, Karen E. Smith/WPD/RW/GSA/GOV@GSA |
| | | bcc | |
| | | Subject | re: FYI |



Friendly Reminder, your first draft FSAs are do to Karen, Anthony and myself on Tuesday, February 19th, 2008. Per Karen, you are to prepare your own Anticipated Income Analysis per the training I gave you. If anyone needs a refresher, let me know. Attached is the bookmonth December analysis as a sample.

I will continue to provide you with the lump sum analysis and anticipated obligations reports.

RC

see example below:

FY08 ANTICIPATED INCOME - by fucntion and building - bk Dec.xls



| | |
|---|---|
| **Roland H. Caton/WPD/RW/GSA/GOV** 02/20/2008 09:56 AM | To   Robert C. Huber/WPD/RW/GSA/GOV@GSA, Kevinn A. Mair/CONTRACTOR/WPD/RW/GSA/GOV@GSA, Shirley A. Graham/WPD/RW/GSA/GOV@GSA, Mentwab |
| | cc   Anthony Marable |
| | bcc |
| | Subject   RE: FY08 - Lump Sum Actions - BK Jan |

FYI. Sorry for the delay.  RC

FY07 BA61 LUMP SUM ACTIONS - BK Jan.XLS

FY07 BA61 LUMP SUM ACTIONS - BK Jan.XLS

| | | | | 1st & 2nd QTR | ENTIRE FY08 |
|---|---|---|---|---|---|
| PGA40 | 25 | DC003022 | PJ8N00550 | $3,000.00 | |
| PGA40 | 25 | DC003022 | PJ8N00795 | $13,421.00 | |
| PGA40 | 25 | DC005322 | PJ8N00669 | $6,667.00 | |
| PGA40 | 25 | MD03342Z | PJ8N00181 | $26,539.00 | |
| PGA40 | 25 | MD076522 | PJ8N00277 | $4,000.00 | |
| PGA40 | 25 | VA0506AN | PJ8N00302 | $4,024.00 | |
| PGA40 | 25 | VA0506AN | PJ8N00680 | $5,739.00 | |
| PGA40 | 25 | VA0506AN | PJ8N00681 | $2,983.00 | |
| PGA40 | 25 | VA0507AN | PJ8N00627 | $3,996.00 | |
| PGA40 | 25 | VA13202Z | PJ8N00538 | $10,432.00 | $102,191.00 |
| | | | | | |
| PGA50 | 25 | VA13202Z | COST TRANS | $16,663.00 | $16,663.00 |
| | | | | | |
| PGA60 | 25 | DC001122 | COST TRANS | $18,352.00 | |
| PGA60 | 25 | MD02732Z | PJN03466 | $17,635.00 | |
| PGA60 | 25 | VA03252Z | PJ8N00123 | $4,560.00 | $40,547.00 |
| | | | | | |
| PGK00 | 25 | DC0006SE | PX0010362 | $160,385.00 | |
| PGK00 | 25 | DC008622 | PX0010363 | $122,561.00 | $282,946.00 |
| | | | | | |
| **DC WATER** | | | | | |
| PGA32 | 23 | DC001122 | (blank) | $119,898.00 | $239,796.00 |
| PGA32 | 23 | DC001622 | (blank) | $4,274.00 | $8,548.00 |
| PGA32 | 23 | DC003022 | (blank) | $22,594.00 | $45,188.00 |
| PGA32 | 23 | DC005322 | (blank) | $212.00 | $424.00 |
| PGA32 | 23 | DC008622 | (blank) | $65,970.00 | $131,940.00 |
| PGA32 | 23 | DC011522 | (blank) | $91,082.00 | $182,164.00 |
| PGA32 | 23 | DC011622 | (blank) | $104,382.00 | $208,764.00 |
| PGA32 | 23 | DC114722 | (blank) | $1,936.00 | $3,872.00 |
| | | | | $410,348.00 | $820,696.00 |

NOTES:
1. PG982 FEES COLLECTED = ($299k)
2. PC&6 COLLECTED = ($365k)

FY07 BA61 LUMP SUM ACTIONS - BK Jan.XLS

| F/C | O/C | BLDG | TITLE | FY08 LUMP SUM OBLS - YTD BK JAN AMOUNT | NOTES |
|---|---|---|---|---|---|
| PG900 | 25 | N/A | FY07 EAP POP SUR | $3,172.00 | |
| PG900 | 25 | N/A | PJBN00311 | $5,246.00 | |
| PG900 | 25 | N/A | PX0010549 | $3,876.00 | |
| PG900 | 25 | N/A | PX0010562 | $3,876.00 | |
| PG900 | 25 | N/A | GP0102717 | $12,004.00 | |
| PG900 | 25 | N/A | COST TRANS | $116,550.00 | |
| PG900 | 11 | N/A | COST TRANS | $10,478.00 | |
| PG900 | 12 | N/A | | $155,202.00 | |
| PGA10 | 25 | MD033422 | PJ7N03378 | $14,679.00 | |
| PGA10 | 25 | MD078622 | PJ6NA3321 | $9,491.00 | |
| PGA10 | 25 | MD078622 | PJ7N03552 | $15,988.00 | |
| PGA10 | 25 | VA032622 | PJBN00550 | $11,625.00 | |
| PGA10 | 25 | DC008622 | B8N00540 | $6,600.00 | |
| PGA10 | 25 | DC003022 | PJBN00851 | $16,876.00 | |
| PGA10 | 25 | MD078622 | PJBN00595 | $47,980.00 | |
| PGA10 | | | | $123,239.00 | |
| PGA32 | 23 | DC001122 | (blank) | $119,898.00 | DC WATER BILLS - 1ST & 2ND QUARTER FY08 |
| PGA32 | 23 | DC001622 | (blank) | $4,274.00 | DC WATER BILLS - 1ST & 2ND QUARTER FY08 |
| PGA32 | 23 | DC003022 | (blank) | $22,594.00 | DC WATER BILLS - 1ST & 2ND QUARTER FY08 |
| PGA32 | 23 | DC005322 | (blank) | $212.00 | DC WATER BILLS - 1ST & 2ND QUARTER FY08 |
| PGA32 | 23 | DC008622 | (blank) | $65,970.00 | DC WATER BILLS - 1ST & 2ND QUARTER FY08 |
| PGA32 | 23 | DC011522 | (blank) | $91,082.00 | DC WATER BILLS - 1ST & 2ND QUARTER FY08 |
| PGA32 | 23 | DC011622 | (blank) | $104,382.00 | DC WATER BILLS - 1ST & 2ND QUARTER FY08 |
| PGA32 | 23 | DC114722 | (blank) | $1,936.00 | DC WATER BILLS - 1ST & 2ND QUARTER FY08 |
| PGA32 | 23 | | | $410,348.00 | |
| PGA32 | 23 | MDO79622 | B7NO2615 | $8,345.00 | |
| PGA34 | 23 | DC001122 | AOC | $128,178.00 | |
| PGA34 | 23 | DC003022 | HOTD | $86,574.00 | |
| PGA34 | 23 | DC008622 | HOTD | $54,725.00 | |
| PGA34 | 23 | dc05918E | HOTD | $72,291.00 | |
| PGA34 | | | | $341,768.00 | |
| PGA40 | 25 | DC001122 | PJ7N03620 | $6,013.00 | |
| PGA40 | 25 | DC003022 | PJ7N03552 | $7,275.00 | |
| PGA40 | 25 | DC003022 | PJBN00428 | $8,102.00 | |

 **GSA**

**Roland H.
Caton/WPD/RW/GSA/GOV**

02/20/2008 10:07 AM

To Robert C. Huber/WPD/RW/GSA/GOV@GSA, Kevinn A. Mair/CONTRACTOR/WPD/RW/GSA/GOV@GSA, Patrick Donovan/WPD/RW/GSA/GOV@GSA, Bobbie J.
cc Anthony Marable

bcc

Subject re: FY08 bk Jan - Anticipated Obligations



FYI.  RC

FY08 BA61 Anticipated Obligations - BK Jan.XLS

FY08 BA61 Anticipated Obligations - BK Jan.XLS

| FIC | OIC | BLDG | TITLE | YTD BK JAN AMOUNT | TOTAL EOY ANTICIPATED OBLIGATION | $VAR | NOTES |
|---|---|---|---|---|---|---|---|
| PG900 | 11 | N/A | AWARDS | $268,816.00 | $350,567.00 | $81,751.00 | INCLUDES L82P & APPAS |
| PG900 | 25 | N/A | TRAINING | $102,676.00 | $213,956.00 | $111,280.00 | REGULAR & ACQUISITION |
| PGA32 | 23 | DC0011ZZ | (blank) | $119,898.00 | $239,796.00 | $119,898.00 | DC WATER BILLED QUARTERLY |
| PGA32 | 23 | DC0016ZZ | (blank) | $4,274.00 | $8,548.00 | $4,274.00 | DC WATER BILLED QUARTERLY |
| PGA32 | 23 | DC0030ZZ | (blank) | $22,594.00 | $45,188.00 | $22,594.00 | DC WATER BILLED QUARTERLY |
| PGA32 | 23 | DC0053ZZ | (blank) | $212.00 | $424.00 | $212.00 | DC WATER BILLED QUARTERLY |
| PGA32 | 23 | DC0086ZZ | (blank) | $65,970.00 | $131,940.00 | $65,970.00 | DC WATER BILLED QUARTERLY |
| PGA32 | 23 | DC0115ZZ | (blank) | $91,082.00 | $182,164.00 | $91,082.00 | DC WATER BILLED QUARTERLY |
| PGA32 | 23 | DC0116ZZ | (blank) | $104,382.00 | $208,764.00 | $104,382.00 | DC WATER BILLED QUARTERLY |
| PGA32 | 23 | DC1147ZZ | (blank) | $1,936.00 | $3,872.00 | $1,936.00 | DC WATER BILLED QUARTERLY |
| PGA34 | 23 | DC0011ZZ | AOC | $128,178.00 | $295,457.00 | $167,279.00 | OBLIGATIONAL AUTHORITYY CONDITIONED BY CR |
| PGA34 | 23 | DC0030ZZ | HOTD | $8,657.00 | $294,084.00 | $285,427.00 | TO BE BILLED |
| PGA34 | 23 | DC0086ZZ | HOTD | $54,725.00 | $133,949.00 | $79,224.00 | TO BE BILLED |
| PGA34 | 23 | DC0991BE | HOTD | $72,291.00 | $349,456.00 | $277,165.00 | TO BE BILLED |
| PGA38 | 23 | MD0804ZZ 1B4N01435 & PJ6NA2704 | | $0.00 | $3,517,398.00 | $3,517,398.00 | FY07 OB ACCRUALS & FY08 OBLS |
| PGA40 | 25 | MD0804ZZ 1B4N01435 & PJ6NA2704 | | $0.00 | $1,966,195.00 | $1,966,195.00 | FY07 OB ACCRUALS & FY08 OBLS |
| PGK20 | 25 | DC0066SE | PX0010362 | $160,385.00 | $1,077,012.00 | $916,627.00 | OBLIGATIONAL AUTHORITYY CONDITIONED BY CR |
| PGK20 | 25 | DC0066SE | PX0010363 | $122,561.00 | $673,157.00 | $550,596.00 | OBLIGATIONAL AUTHORITYY CONDITIONED BY CR |
| | | | | $1,328,637.00 | $9,691,927.00 | $8,363,290.00 | |

Page 1 of 1

## Return Receipt

| | |
|---|---|
| Your document: | **Fund Status for A!) A40** |
| was received by: | **Roland H. Caton/WPD/RW/GSA/GOV** |
| at: | **02/20/2008 10:32:39 AM** |



**Roland H.
Caton/WPD/RW/GSA/GOV**

02/21/2008 08:24 AM

To  Abdulai Conteh/WPD/RW/GSA/GOV@GSA

cc  Anthony Marable/WPD/RW/GSA/GOV@GSA, Jamie E.
Johnson/WPD/RW/GSA/GOV@GSA, Karen E.
Smith/WPD/RW/GSA/GOV@GSA

bcc

Subject  Re: Fund Status Arlington - A10 and A40



## PGA10

1.  Beginning obligation number is correct!

2.  Income and anticipated income numbers are not correct.

Specifically, you're missing income that posted in January for the following buildings:  VA0347ZZ,
VA0839ZZ, VA1287ZZ, VA1447ZZ.  Make sure to look at all the R type income that is posted YTD for
Virginia buildings.  The PGA10, PGA30, and PGA40 templates list your buildings.  That list is not set in
stone.  New buildings will need to be added from time to time as obligation/income actions are posted.

3.  Lump sum action needs to be included for  VA0325ZZ in the amount of $6,600.00.  See the lump sum
analysis I sent everyone yesterday.

## PGA40

1.  Beginning obligation number does not match my number.

You need to include VA0882ZZ, One Liberty Center obligations and income.  Again, the template building
lists are not set in stone.  They will evolve each month.  You need to pull down all the obligations, and
income for Virginia buildings, and review/decide if the building is part of your inventory.  Since One Liberty
Center is located in Arlington, One Liberty Center is part of your inventory.

2.  Your anticipated obligations are close to mine, however, recheck your numbers for VA0325ZZ,
VA0329ZZ, and again, please include VA0882ZZ, One Liberty Center - both obligations, income, and
anticipated income (if any).

3.  No remarks are included.  You should have a remark for VA0349ZZ, Stafford Place.  The variance falls
above the $100K threshold.  Compare the RWA R types for this building, FY07 compared to FY08.  See if
the service requirements were the same, but the function code MDLs changed.  That could explain the
variance.

4.  Overall your variance projection and mine are close, within $7K.

Again, every month review all the Virginia building's obligations/income, to see if new buildings under your
team's responsibility hit FMIS.   If you're not sure which team gets the new building, see Anthony or
myself.

Any other questions, let me know.  RC

Abdulai Conteh/WPD/RW/GSA/GOV



**Abdulai**

To  Karen E. Smith/WPD/RW/GSA/GOV@GSA, Roland H.



**Conteh/WPD/RW/GSA/GOV**
02/20/2008 10:27 AM

Caton/WPD/RW/GSA/GOV@GSA, Anthony
Marable/WPD/RW/GSA/GOV@GSA
cc  Jamie E. Johnson/WPD/RW/GSA/GOV@GSA

Subject  Fund Status for A!) A40

Attached is my  first draft fund status for A10 and A40 for the month of January

Arlington - FY08 PGA10 FSA - bk Jan.xls

Arlington - FY08 PGA40 FSA - bk Jan.xls

**Abdulai Conteh**
**Program Analyst**
**Metropolitan Service center**
**(202) 219-3338**
**(202) 692-3305**



# Form/Document Selection

## Search Criteria

| | |
|---|---|
| Subsystem: | [                    ▼] |
| Document Type: | [    ] [                    ] ✎ |
| Document Number: | [                    ] |
| Amendment Number: | [        ] |
| Document Category: | [                    ▼] |
| From Accounting Period: | [        ] |
| To Accounting Period: | [        ] |
| From Date: | 12/01/2007 |
| To Date: | 12/31/2007 |

### Document Status

| | | | |
|---|---|---|---|
| Processed: | ☑ | Rejected: | ☑ |
| Cancelled: | ☑ | Archived: | ☐ |
| Scheduled: | ☑ | Pending Approval: | ☑ |
| Held: | ☑ | | |

User ID: abdulaiconteh ✎

Title: [                    ]

### Vendor

Code: [                    ] [                    ] ✎

[Search]  [Clear]

## Additional Criteria

## Accounting

[Correct] [View] [Delete] [Cancel] [Reference Query] [Amend] [Route]

Item Page: **1** 2 3                              Items 1-10 of 23 ▣

| Document Document | Amendment Title | Document Document |
|---|---|---|

| Type | Number | Number | | Date | Status | |
|------|--------|--------|--|------|--------|--|
| 📄 ⌒ RO | RO200711050367 | | 1B4N01797 | 12/27/2007 | Processed | a |
| 📄 ⌒ RA | RA200711050367 | | 1B4N01797 | 12/27/2007 | Processed | a |
| 📄 ⌒ RW | RW200712030040 | | PN5N02351 | 12/03/2007 | Processed | a |
| 📄 ⌒ RW | RW200712030172 | | PJ6NA2082 | 12/03/2007 | Processed | a |
| 📄 ⌒ RW | RW200712030179 | | PN7N02484 | 12/03/2007 | Processed | a |
| 📄 ⌒ RW | RW200712050037 | | PJ7N03451 | 12/05/2007 | Processed | a |
| 📄 ⌒ PJ | PJ8N00104 | | PJ8N00104 | 12/19/2007 | Processed | a |
| 📄 ⌒ RW | RW200712060153 | | 1B7N01004 | 12/06/2007 | Processed | a |
| 📄 ⌒ RW | RW200712110023 | | 1B7N01171 | 12/19/2007 | Processed | a |
| 📄 ⌒ RW | RW200712110163 | | 1B5N02316 | 12/11/2007 | Cancelled | a |

| | Type | Number | Number | | Date | Status |
|---|---|---|---|---|---|---|
| 📄 ○ | RW | RW200712110200 | | 1B5N02316 | 12/19/2007 | Processed |
| 📄 ○ | RW | RW200712110249 | | PN7N00208 | 12/11/2007 | Processed |
| 📄 ○ | RW | RW200712140187 | | PN7N03139 | 12/18/2007 | Processed |
| 📄 ○ | RW | RW200712180035 | | 1B09300895 | 12/18/2007 | Processed |
| 📄 ○ | RW | RW200712190181 | | PJ8N00053 | 12/19/2007 | Processed |
| 📄 ○ | RW | RW200712190205 | | 1B8N00025 | 12/19/2007 | Processed |
| 📄 ○ | RW | RW200712200031 | | PJ6NA3385 | 12/20/2007 | Processed |
| 📄 ○ | RW | RW200712200240 | | 1B8N00331 | 12/20/2007 | Processed |
| 📄 ○ | PJ | PJ8N00428 | | PJ8N00428 | 12/27/2007 | Processed |
| 📄 ○ | RW | RW200712270056 | | 1B4N01797 | 12/27/2007 | Processed |

| | Type | Number | Number | | Date | Status | |
|---|---|---|---|---|---|---|---|
| 📄 ○ | RW | RW200712280028 | | PJ8N00332 | 12/28/2007 | Processed | a |
| 📄 ○ | RW | RW200712280030 | | PJ8N00332 | 12/28/2007 | Processed | a |
| 📄 ○ | RW | RW200712280159 | | 1B6NA1967 | 12/28/2007 | Processed | a |



# Form/Document Selection

┌─ *Search Criteria* ─────────────────────────────────────────

| Subsystem: | ▼ |
|---|---|

┌─ *Document Status* ─────┐

**Document Type:**

**Processed:** ☑ **Rejected:** ☑
**Cancelled:** ☑ **Archived:** ☐
**Scheduled:** ☑ **Pending Approval:** ☑
**Held:** ☑

**Document Number:**

**Amendment Number:**

**User ID:** abdulaiconteh

**Document Category:** ▼

**Title:**

**From Accounting Period:**

**To Accounting Period:**

**From Date:** 12/05/2007

**To Date:** 12/05/2007

┌─ *Vendor* ─────────────────────────
| Code: | | |

| Search | Clear |
|---|---|

─── **Additional Criteria** ───────────────────────────────────────

─── **Accounting** ────────────────────────────────────────────────

| Correct | View | Delete | Cancel | Reference Query | Amend | Route |
|---|---|---|---|---|---|---|

| Document Document | Amendment Title | Document Document L |
|---|---|---|

| Type | Number | Number | Date | Status |
|------|--------|--------|------|--------|
| ▤ ⌐ RW | RW200712050037 | PJ7N03451 | 12/05/2007 | Processed | a |



# Form/Document Selection

## Search Criteria

| | |
|---|---|
| Subsystem: | [ ▼ ] |
| Document Type: | [ ] [ ] |
| Document Number: | [ ] |
| Amendment Number: | [ ] |
| Document Category: | [ ▼ ] |
| From Accounting Period: | [ ] |
| To Accounting Period: | [ ] |
| From Date: | 12/11/2007 |
| To Date: | 12/11/2007 |

### Document Status

| | | | |
|---|---|---|---|
| Processed: | ☑ | Rejected: | ☑ |
| Cancelled: | ☑ | Archived: | ☐ |
| Scheduled: | ☑ | Pending Approval: | ☑ |
| Held: | ☑ | | |

User ID: abdulaiconteh

Title: [ ]

### Vendor

Code: [ ] [ ]

[ Search ] [ Clear ]

## Additional Criteria

## Accounting

[ Correct ] [ View ] [ Delete ] [ Cancel ] [ Reference Query ] [ Amend ] [ Route ]

Items 1-2 of 2 🔲

| Document | Document | Amendment | Title | Document | Document |

| | Type | Number | Number | | Date | Status | |
|---|---|---|---|---|---|---|---|
| ▤ ⌐ | RW | RW200712110163 | | 1B5N02316 | 12/11/2007 | Cancelled | a |
| ▤ ⌐ | RW | RW200712110249 | | PN7N00208 | 12/11/2007 | Processed | a |



ⓘ    No Items To Display

# Form/Document Selection

**Search Criteria**

| Subsystem: | ▼ |
|---|---|

Document Type:

Document Number:

Amendment Number:

Document Category: ▼

From Accounting Period:

To Accounting Period:

From Date: 12/15/2007

To Date: 12/15/2007

**Document Status**

Processed: ☑  Rejected: ☑
Cancelled: ☑  Archived: ☐
Scheduled: ☑  Pending
Held: ☑  Approval: ☑

User ID: abdulaiconteh

Title:

**Vendor**

Code:

[ Search ] [ Clear ]

**Additional Criteria**

**Accounting**

[ Correct ] [ View ] [ Delete ] [ Cancel ] [ Reference Query ] [ Amend ] [ Route ]

| Document Type | Document Number | Amendment Number | Title | Document Date | Document Status | Logon ID |
|---|---|---|---|---|---|---|

**- NO ITEMS TO DISPLAY -**



GSA PEGASYS

**Header** | Office Addresses | Header Accounting Lines | Itemized Lines | Approval Routing | Memos |

References... | Workflow Status | Approval History

View in Fund Currency | Attachments | Add Shortcut | Print | Route

Expand All | Collapse All

General

| Document Type: | RW | Receipt7 |
| Status: | PROCESSED |
| Document Number: | RW200712200240 |
| Title: | 1B8N00331 |
| Received By: | CYNTHIA BROWN |

| Number of Accounting Lines: | 1 | Closed Accounting Lines: | 1 |
| Number of Itemized Lines: | 0 | Closed Itemized Lines: | 0 |

| Created by: | abdulaiconteh |
| Last Modified by: | abdulaiconteh |

| Orig Date Received: | 12/20/2007 |
| Last Date Received: | 12/20/2007 |
| Accounting Period: | 03/2008 |
| Reporting Accounting Period: | 03/2008 |
| Document Classification: | |
| Security Org: | GSA |
| Fast Pay: | |
| Suppress Printing: | |

Reversal Options
| Automatic Reversal: | |

https://pbdc.gsa.gov/MOMEX/Controller

Page 1 of 4

7/29/2008

Invoice #:

Disbursing
Office: [AU7]

Delivery Date: [12/05/2007]

Period of Performance
Start Date: [          ]    End Date: [          ]

Vendor Info

Vendor
Code: [52206394] [00006]    [More]
Name: [INTEGRITY NATIONAL]

Reorganized Vendor: [

Customer Account: [

Amounts

Net Amount:            $3,280.36
Net Cost Amount:           $0.00
Holdback Amount:           $0.00

[More]

Remit To Address

Remit To Address: [          ]    [More]

Receiving Location

Reversed:
Reversal Accounting
Period:
Reverese After
Period:

Header

Page 3 of 4

## Edit AddressInfo

### Contracts Information

Contracts Number: GS-11P-08-YE-C-0020    Date Signed: ___    Expiration Date: ___

Delivery Order Number: GS11P07YEC0209    Type of Action: ___

Blanket Agreement #: ___    Order Type: ___

Contract Specialist: ___    Priority: ___

Priority Rating: ___

### Shipping Info

Freight On Board: ___

Additional Markings: ___

Government Bill of Lading: ___

### Description

Description: -daytime cleaning services for the period, 11/1/2007-10/31/2008, RWA# N0277370

Extended Description: ___

https://phdc.gsa.gov/MOMEX/Controller

Header



Start Date:      End Date:

## Vendor Info

**Vendor**

Code: 522063943   00006    More

Name: INTEGRITY NATIONAL

Reorganized Vendor: ☐

Customer Account:

## Amounts

Net Amount:      $3,280.36

Net Cost Amount:      $0.00

Holdback Amount:      $0.00

More

## Remit To Address

Remit To Address:    More

## Receiving Location

Edit AddressInfo

## Contracts Information

Contracts Number: GS-11P-08-YE-C-0020   Date Signed:    Expiration Date:

Delivery Order Number: GS11P07YEC0209   Type of Action:

Blanket Agreement #:    Order Type:

Contract Specialist:    Priority:

Priority Rating:

## Shipping Info

Freight On Board:

Additional Markings:

Government Bill of Lading:

**Description**

Description:

-daytime cleaning services for the period, 11/1/2007-
10/31/2008, RWA# N0277370

Extended Description:

# GSA PEGASYS

Current | Site Map | Close
Window | Help | About

| View in Fund Currency | Attachments | Add Shortcut | Print | Rou |

Header | Office Addresses | Header Accounting Lines | Itemized Lines | Approval Routing |
**Memos**

Display [10 ▼] Items    View as CSV

| | Created By | Date Time | Subject | Memo |
|---|---|---|---|---|
| 📄 ○ | abdulaiconteh | 12/20/2007 15:59:39 | Invoice #4658A | 1B8N00331 dated 12/3/2007 |

Memo Number:

Date Time:

Created By:

Subject:

Message Text:



*RW2007122003 40*

# SUCCESSFULLY PROCESSED
## RECURRING RECEIPT

**RA NUMBER** _RA200712170013_

**1B DOCUMENT NUMBER** _1B8N00331_

**INVOICE NUMBER** _4658 A_

**PERIOD OF PERFORMANCE** _11/1/07_ **TO** _11/30/07_

**VENDOR** _Integrity National Corp_

**INVOICE AMOUNT** _$3,280.36_

**RWA NUMBER** _AC277370_

**PROCESSED BY** _A. Conteh_
**DATE** _12/20/2007_

# WPD-CONTRACTS-FY08- _____

# GIVE COPY TO _____

  

# RECEIVING REPORT

**IMPORTANT:**

* This form must be received in the payment office within 5 workdays of acceptance.

* Acceptance must take place within 7 calendar days of delivery or completion of work unless a different inspection/acceptance period is stated in the contract.  Explain in block 8 if acceptance is longer than stated in the contract.

* Invoices received must be time stamped to indicate the date of receipt.

## SECTION 1 - CONTRACT IDENTIFICATION

**1. NAME OF CONTRACTOR**

*Integrity Nat'l*

| 2. PEGASYS DOCUMENT NUMBER | 3. CONTRACT/PURCHASE ORDER NO. |
|---|---|
| IB8N00331 | GS11P08YEC0020 |

## SECTION 2 - DESCRIPTION OF GOODS AND/OR SERVICES

| 4A. ITEM NO. | 4B. DESCRIPTION (For services, also give dates of service) | 4C. QUANTITY |
|---|---|---|
| | *Daytime Cleaning for the month of November 2007* | |

| | | | | 8. REMARKS |
|---|---|---|---|---|
| 5. | MAXIMUM PAYMENT AMOUNT | 3280 | 36 | *Inv #4658A* |
| 6. | LESS DEDUCTION(S) FOR NONPERFORMANCE, ETC. *(Explain in Item 8,* | | | *Rc3207121700137* |
| 7. | MAXIMUM AMOUNT APPROVED FOR PAY- MENT *(Item 5 less Item 6)* | 3280 | 36 | |

## SECTION 3 - CERTIFICATION(S)

**9. TYPE OF DELIVERY** (Mark "X" in appropriate box)

☐ A. FULL        ☒ B. PARTIAL        ☐ C. FINAL PARTIAL

| 10. CERTIFICATION | 11. SECOND CERTIFICATION (Optional) |
|---|---|
| I CERTIFY THAT THE ABOVE GOODS AND/OR SERVICES HAVE BEEN RECEIVED ON _12/3/07_ AND ACCEPTED ON _12/3/07_ *(Date)* | THIS IS TO CERTIFY THAT THE GOODS AND/OR SERVICES DESCRIBED HAVE BEEN ACCEPTED. |
| A. NAME AND TITLE (Type, print or stamp) *Cynthia Brown Contract Spec* | A. NAME AND TITLE (Type, print or stamp) |
| B. CORRESPONDENCE SYMBOL *WPD* | C. TELEPHONE NUMBER *8023192094* | B. CORRESPONDENCE SYMBOL | C. TELEPHONE NUMBER |
| E. SIGNATURE *Cynthia Brown* | F. DATE SIGNED *12/19/07* | E. SIGNATURE | F. DATE SIGNED |

**GENERAL SERVICES ADMINISTRATION**
PREVIOUS EDITION NOT USABLE

GSA FORM 3025 (REV. 6/2005)

*CyNTHia*



**U.S. General Services Administration**
**Office of the Chief Financial Officer**

INVOICE SEARCH > SEARCH > LIST > INVOICE

JACKIE HAYES - (PBS)

| | | | |
|---|---|---|---|
| Paid Date | | Invoice Amount | $3,280.36 |
| Invoice # | 4658A | Vendor Name | INTEGRITY NATIONAL CORPORATION |
| ACT | B8N00331 | Org Code | P1126001 |
| PO DocNum | RO200712170012 | Invoice No | M7E200712180224 |
| Matched RR | | Daily Interest | $0.00 |
| Fin. Receipt Date | 12/18/2007 11:50:29 AM | Cumulative Interest | $0.00 |
| Status | Exception needs to be worked. See explanation. | Exception | NO RR IN PEGASYS |
| Service Period | 11/01/2007 - 11/30/2007 | | |

Reason not yet paid: **NO RR IN PEGASYS - INVOICE 4658A/$3280.36**

[ View History ]   [ View Details ]   [ Reject Invoice ]

You must have a multi-page TIF viewer to view the image of the invoice. Contact your local LAN personnel to get viewer software installed if the "View Image" option does not work. For security reason, Internet Explorer prompts you 2 times before you open a TIF image file.
Don't print a copy of the invoice image and send it to Finance. We already have it.



**U.S. General Services Administration**
Office of the Chief Financial Officer

INVOICE SEARCH > SEARCH > LIST > INVOICE

JACKIE HAYES - (PBS)

### Invoice Detail for M7E200712180224

INTEGRITY NATIONAL CORPORATION
P.O. BOX 1927
FREDERICK, MD 21702-1927

**Invoice Date:** 12/18/2007
**Invoice #:** 4658A
**Bill To:**
General Services Administration
Account Payable Branch (7BCP)
P.O. Box 17181
Fort Worth, TX 76102-0181
**Invoice Amt:** $3,280.36
**Ship Amt:** $0.00
Discount % 0
**Disc. Days:** 0

GSA ACT #: B8N00331
PO #: GS11P07YEC0209
Contract: GS-11P-08-YE-C-0020
Vendor Code: 522063943
Address Code: 00006

| Qty | Unit | Unit Cost | Total Amt | Item No | Desc | Ship Date | Begin Date | End Date |
|-----|------|-----------|-----------|---------|------|-----------|------------|----------|
| 1 | EA | 3280.36 | 3280.36 | | Services rendered during the month of November,2007 | | 11/01/2007 | 11/30/2007 |

# Invoice

Integrity National Corporation
P.O. Box 1927
Frederick, MD  21702
US

Invoice Number:
4658

Invoice Date:
Dec 3, 2007

Voice:    301-846-4021
Fax:      301-846-7783

Page:
1

Sold To:
  GSA
  GSA Finance Div. (7BCP)
  P.O. Box 17181
  Fortworth, TX  76102-0181

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 110 | Act #1B8N00331 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Airborne | | 1/2/08 |

| Description | Amount |
|---|---|
| Contract #GS-11P08YEC0020 | |
| Services rendered during the month of November 2007 | 3,280.36 |

| | |
|---|---|
| Subtotal | 3,280.36 |
| Sales Tax | |
| Total Invoice Amount | 3,280.36 |
| Payment/Credit Applied | |
| **TOTAL** | 3,280.36 |

Check/Credit Memo No:

| PUBLIC BUILDINGS SERVICE **INSPECTION REPORT ON WORK UNDER CONTRACT** | | 1. D&C WORK ORDER NO. 168N00331 |
|---|---|---|

| 2. LOCATION *(Street, city, and State)* 16050 Industrial Drive Gaithersburg, MD 20877-1464 | | | 3. BUILDING MD0271ZZ | |
|---|---|---|---|---|

| 4. CONTRACTOR'S NAME AND ADDRESS Intergrity National Corporation P. O. Box 957 Greenbelt, MD 20768-0957 | | 5. TYPE OF WORK Daytime Cleaning | 6. CONTRACT FOR ☐ ALTERATIONS ☐ NEW CONSTRUCTION |
|---|---|---|---|

| 7. PROJECT NO. | 8. CONTRACT NO. GS11P08YEC0020 | 9. DATE OF RECEIPT OF NOTICE TO PROCEED 11/01/07 | 10. ORIGINAL CONTRACT PRICE $ 39,364.32 | 11. CUM. CHANGE ORDERS a. NO b. AMOUNT $ | 12. CONTRACT PRICE TO DATE $ 39,364.32 |
|---|---|---|---|---|---|

| 13. LIQUIDATED DAMAGES PER DAY $ | 14. COMPLETION DATE | | | | 15. PERCENTAGE OF COMPLETION | |
|---|---|---|---|---|---|---|
| | a. CONTRACT | b. REVISED | c. ESTIMATED | d. ACTUAL | a. ACTUAL | b. NORMAL |

16. A-E FIRM

| 17. CONSTRUCTION ENGINEER | 18. GSA ENGINEER MAKING INSPECTION |
|---|---|

| 19. TYPE OF INSPECTION ☒ PROGRESS ☐ FINAL ☐ POST FINAL | 20. DATE OF LAST INSPECTION 11/30/07 | 21. DATE OF THIS INSPECTION 11/30/07 | 22. ADDITIONAL INSPECTIONS RECOMMENDED ☒ YES ☐ NO | 23. PAYMENT RECOMMENDED OR $ 3,280.36 % |
|---|---|---|---|---|

24. STATE BELOW GENERAL CONDITION OF THE WORK; SUFFICIENCY OF LABOR FORCE; DELAYS, CORRECTIVE ACTION TAKEN; AND RECOMMENDATIONS. *(Proposals should be forwarded under separate cover.)* *LIST CHANGE ORDERS FOR $50,000 AND OVER AUTHORIZED DURING REPORTING PERIOD, INDICATING AMOUNT AND BRIEF DESCRIPTION OF WORK.

Contractor provided custodial services for Gaithersburg Industrial Center for the month of November 2007. All work was satisfactory completed.

| 25. INSPECTED BY | SIGNATURE *K. Walker* | DATE OF REPORT 12/18/07 |
|---|---|---|

| 26. PAYMENT REQUEST *(For repair contracts under $100,000)* | | | |
|---|---|---|---|
| DIRECTOR OF REGIONAL DATA AND FINANCIAL MANAGEMENT APPROVED FOR PAYMENT | $ OR % | CONTRACTING OFFICER *(Signature)* | DATE |

GENERAL SERVICES ADMINISTRATION    *(See reverse for instructions concerning final payment)*    GSA FORM 220 (1-66)

Header

GSA PEGASYS

Page 1 of 4

| View in Fund Currency | Attachments | Add Shortcut | Print | Route |

**Header** | Office Addresses | Header Accounting Lines | Itemized Lines | Approval Routing | Memos |

References.... | Workflow Status | Approval History

Expand All | Collapse All

General

| | | |
|---|---|---|
| Document Type: | RW | Receipt7 |
| Status: | PROCESSED | |
| Document Number: | RW2007121190181 | |
| Title: | PJ8N00053 | |
| Received By: | Mariol Vargas-Busch | |
| Number of Accounting Lines: | 7 | Closed Accounting Lines: 7 |
| Number of Itemized Lines: | 0 | Closed Itemized Lines: 0 |
| Created by: | abdulaiconteh | |
| Last Modified by: | abdulaiconteh | |

| | |
|---|---|
| Orig Date Received: | 12/19/2007 |
| Last Date Received: | 12/19/2007 |
| Accounting Period: | 03/2008 |
| Reporting Accounting Period: | 03/2008 |
| Document Classification: | |
| Security Org: | GSA |
| Fast Pay: | |
| Suppress Printing: | |

Reversal Options
| | |
|---|---|
| Automatic Reversal: | |

Invoice #: [                    ]

Disbursing
Office: [ AU7 ]

Delivery Date: [ 12/01/2007 ]

*Period of Performance*

Start Date: [                    ]    End Date: [                    ]

Reversed: [        ]
Reversal Accounting
Period: [        ]
Reverese After
Period: [        ]

*Vendor Info*

*Vendor*

Code: [ 52191058 ] [ 00003 ]

Name: [ PROJECT SUPPORT SE ]    [ More ]

Reorganized Vendor: [        ]

Customer Account: [                    ]

Amounts

Net Amount: [        ] $11,178.00

Net Cost Amount: [        ] $0.00

Holdback Amount: [        ] $0.00

[ More ]

Remit To Address

Remit To Address: [ 00003 ]    [ More ]

Receiving Location

Header

https://phdc.gsa.gov/MOMEX/Controller

## Edit AddressInfo

### Contracts Information

Contracts Number:        | GS-10F-0139N        | Date Signed:              | Expiration Date:

Delivery Order Number:   | GS-P-11-08-YE-0029  | Type of Action:

Blanket Agreement # :    | Order Type:

Contract Specialist:     | Priority:

Government Bill of Lading:     Priority Rating:

### Shipping Info

Additional Markings:

Freight On Board:

### Description

Description:    Provide CQM Contract Support/Program Analyst in support of the Metropolitan Service Center.

Extended Description:

https://phdc.gsa.gov/MOMEX/Controller

Header



7/29/2008

| | Type | Number | Number | | Date | Status | |
|---|------|--------|--------|---|------|--------|---|
| 📄 ○ | PJ | PJ8N00104 | | PJ8N00104 | 12/19/2007 | Processed | a |
| 📄 ○ | RW | RW200712110023 | | 1B7N01171 | 12/19/2007 | Processed | a |
| 📄 ○ | RW | RW200712110200 | | 1B5N02316 | 12/19/2007 | Processed | a |
| 📄 ◉ | RW | RW200712190181 | | PJ8N00053 | 12/19/2007 | Processed | a |
| 📄 ○ | RW | RW200712190205 | | 1B8N00025 | 12/19/2007 | Processed | a |

Form/Document Selection

GSA PEGASYS

# Form/Document Selection

**Search Criteria**

Subsystem:

Document Type: [▼]

Document Number:

Amendment Number:

Document Category: [▼]

From Accounting Period:

To Accounting Period:

From Date: 12/27/2007

To Date: 12/27/2007

**Vendor**

Code:

[Search] [Clear]

**Document Status**

Processed: ☑   Rejected: ☑

Cancelled: ☑   Archived: ☑

Scheduled: ☑   Pending Approval: ☑

Held: ☑

User ID: abdulaiconteh

Title:

Additional Criteria

https://phdc.gsa.gov/MOMEX/Controller

7/29/2008

Accounting

| Correct | View | Delete | Cancel | Reference Query | Amend | Route |

Display 10 ▼ Items

View as CSV ⊕

Items 1-4 of 4 ⊕

| Document Type | Document Number | Amendment Number | Title | Document Date | Document Status | Logon ID |
|---|---|---|---|---|---|---|
| ⊞ ◌ RO | RO2007110050367 | | 1B4N01797 | 12/27/2007 | Processed | abdulaiconteh |
| ⊞ ◌ RA | RA200711050367 | | 1B4N01797 | 12/27/2007 | Processed | abdulaiconteh |
| ⊞ ◌ PJ | PJ8N00428 | | PJ8N00428 | 12/27/2007 | Processed | abdulaiconteh |
| ⊞ ◌ RW | RW200712270056 | | 1B4N01797 | 12/27/2007 | Processed | abdulaiconteh |





# Form/Document Selection

## Search Criteria

Subsystem: [                    ▼]

Document Type: [      ] [                  ]

Document Number: [                        ]

Amendment Number: [          ]

Document Category: [                          ▼]

From Accounting Period: [          ]

To Accounting Period: [          ]

From Date: [01/01/2008]

To Date: [01/31/2008]

### Document Status

Processed: ☑  Rejected: ☑
Cancelled: ☑  Archived: ☐
Scheduled: ☑  Pending Approval: ☑
Held: ☑

User ID: [abdulaiconteh]

Title: [                    ]

### Vendor

Code: [            ] [                    ]

[ Search ]  [ Clear ]

## Additional Criteria

## Accounting

[ Correct ] [ View ] [ Delete ] [ Cancel ] [ Reference Query ] [ Amend ] [ Route ]

Item Page: **1** 2 3                              Items 1-10 of 23

| Document Document | Amendment Title | Document  Document |
|---|---|---|

| | Type | Number | Number | | Date | Status | |
|---|---|---|---|---|---|---|---|
| 📄 ○ | PJ | PJ5N04077 | PA01 | PJ5N04077 | 01/29/2008 | Processed | |
| 📄 ○ | RO | RO200712050184 | | 1B3N03452 | 01/03/2008 | Processed | |
| 📄 ○ | RO | RO200712050354 | | 1B4N00436 | 01/03/2008 | Processed | |
| 📄 ○ | RA | RA200712050185 | | 1B3N03452 | 01/03/2008 | Processed | |
| 📄 ○ | RW | RW200801030134 | | PJ7N02036 | 01/03/2008 | Processed | |
| 📄 ○ | RA | RA200712050355 | | 1B4N00436 | 01/03/2008 | Processed | |
| 📄 ○ | RA | RA200712050855 | | 1B6NA3571 | 01/25/2008 | Processed | |
| 📄 ○ | RW | RW200801030224 | | 1B400436 | 01/03/2008 | Processed | |
| 📄 ○ | RW | RW200801030236 | | 1B3N03452 | 01/03/2008 | Processed | |
| 📄 ○ | PJ | PJ8N00668 | | PJ8N00668 | 01/07/2008 | Processed | |

Form/Document Selection



Page 1 of 2

GSA PEGASYS

Home | Logout | Help | About

No Items To Display

# Form/Document Selection



**Search Criteria**

Subsystem:

Document Type:

Document Number:

Amendment Number:

Document Category:

From Accounting Period:

To Accounting Period:

From Date: 01/16/2008

To Date: 01/16/2008

**Vendor**

Code:

Search   Clear

**Document Status**

Processed: ☑   Rejected: ☑

Cancelled: ☑   Archived: ☑

Scheduled: ☑   Pending Approval: ☑

Held: ☑

User ID: abdulaiconteh

Title:



Additional Criteria

Accounting

| Correct | View | Delete | Cancel | Reference Query | Amend | Route | Display 10 ▼ Items | View as CSV |

| Document Type | Document Number | Amendment Number | Title Document Date | Document Status | Logon ID |
|---|---|---|---|---|---|

- NO ITEMS TO DISPLAY -



Form/Document Selection

GSA PEGASYS

No Items To Display

Page 1 of 2

# Form/Document Selection

## Search Criteria

Subsystem:

Document Type:

Document Number:

Amendment Number:

Document Category:

From Accounting Period:

To Accounting Period:

From Date: 01/22/2008

To Date: 01/22/2008

### Vendor

Code:

Search | Clear

## Document Status

Processed: ☑ Rejected: ☑

Cancelled: ☑ Archived: ☑

Scheduled: ☑ Pending Approval: ☑

Held: ☑

User ID: abdulaiconteh

Title:

https://phdc.gsa.gov/MOMEX/Controller

Form/Document Selection

Page 2 of 2



Additional Criteria

Accounting

| Correct | View | Delete | Cancel | Reference Query | Amend | Route | Display 10 ▾ Items | View as CSV |

| Document Type | Document Number | Amendment Number | Title Document Date | Document Status | Logon ID |
|---|---|---|---|---|---|

- NO ITEMS TO DISPLAY -

23

Form/Document Selection

Page 1 of 2

GSA PEGASYS

Pegasys Home | Site Map | Logout | Help | About

# Form/Document Selection

*Search Criteria*

Subsystem:

Document Type: ◄

Document Number:

Amendment Number:

Document Category:

From Accounting Period: ◄

To Accounting Period:

From Date: 01/25/2008

To Date: 01/25/2008

*Vendor*

Code:

Search  Clear

Additional Criteria

*Document Status*

Processed: ☑  Rejected: ☑

Cancelled: ☑  Archived: ☑

Scheduled: ☑  Pending Approval: ☑

Held: ☑

User ID: abdulaiconteh

Title:

Form/Document Selection

https://phdc.gsa.gov/MOMEX/Controller

7/29/2008

Accounting

| Correct | View | Delete | Cancel | Reference Query | Amend | Route | Display Items 10 ▼ | View as CSV |

Items 1-5 of 5

| Document Type | Document Number | Amendment Number | Title | Document Date | Document Status | Logon ID |
|---|---|---|---|---|---|---|
| RA | RA200712050855 | | 1B6NA3571 | 01/25/2008 | Processed | abdulaiconteh |
| RW | RW200801250028 | | PJ7N03817 | 01/25/2008 | Processed | abdulaiconteh |
| RW | RW200801250032 | | PJ8N00053 | 01/25/2008 | Processed | abdulaiconteh |
| RW | RW200801250188 | | PJ7N03722 | 01/25/2008 | Processed | abdulaiconteh |
| RW | RW200801250196 | | PJ7N02636 | 01/25/2008 | Processed | abdulaiconteh |



**Robert A.**
**O'Brycki/WPJ/RW/GSA/GOV**
03/11/2008 02:33 PM

To  Abdulai Conteh/WPD/RW/GSA/GOV@GSA
cc
bcc
Subject  Fw: Draft Settlement Agreement

History:          ↘ This message has been forwarded.

fyi
----- Forwarded by Robert A. O'Brycki/WPJ/RW/GSA/GOV on 03/11/2008 02:33 PM -----



"Ella M. Butler"
<e.butler@worldnet.att.net>
03/10/2008 01:45 PM

To  robert.o'brycki@GSA.gov
cc
Subject  Draft Settlement Agreement

Mr. O'Brycki:

Attached is the drafted above subject.  Please review the Agreement.  Mr. Conteh's requested relief are noted under the  "Agency Agrees" paragraph.  Please feel free to modify the requested relief, in you deem necessary.

After you have approved the draft, return it to me.  I will  send it to Karen Smith for her review.  Once she approves it, I will send it to EEO for forwarding to Legal.

If you have any questions, please contact me at 301.977.2161.

Thank you for your assistance with this matter.

Ella M. Butler

EEO Counselor  Conteh 2008 11 WPD Mar08 settlement agreement.doc

GENERAL SETTLEMENT AGREEMENT
IN THE MATTER OF THE DISCRIMINATION COMPLAINT
OF ABDULAI CONTEH, INFORMAL COMPLAINT 2008-NCR-WP-AC-11

This General Settlement Agreement is entered into between Abdulai Conteh
(Complainant), and the General Services Administration (GSA), hereafter collectively referred
to as "the Parties," for the purpose of resolving the discrimination complaint (Informal Case
Number 2008-NCR-WP-AC-11) that complainant initiated on February 14, 2008. For purposes
of this agreement, the term "complaint" shall include all the allegations identified in the informal
complaint file.

In the interest of promoting its Equal Employment Opportunity Program and to avoid protracted
litigation, the General Services Administration (GSA) agrees to settle the above captioned
informal complaint on the basis shown below.

In said complaint, Mr. Conteh alleged the following claim(s):

> That he was discriminated against based on his national origin (African) sex (Male), and
> religion (Muslim), when management issued him a Record of Infraction on February 7,
> 2008.

By entering this settlement, the GSA does not admit that it has violated Title VII of the Civil
Rights Act of 1964, as amended, the Rehabilitation Act of 1973, as amended, or the Age
Discrimination in Employment Act, as amended, or any other Federal or State statute or
regulation.

Nothing in this agreement shall be considered as evidence or an admission by GSA that any of
its officers or officials has engaged in any form of discrimination, reprisal or any other unlawful
or illegal acts against the complainant.

NOW, THEREFORE, in order to resolve the complaint and to avoid any further administrative
or judicial proceedings with respect to any of the allegations of the complaint, the parties agree
that:

AGENCY AGREES:

1.  To rescind the Record of Infraction (225) in its entirety and remove from Aggrieved's
    Official Personnel File (OPF) and any other inter-office personnel files within 30 days of
    the execution of this Agreement.

2.  That the rescinded Record of Infraction (225) will not be used in the future, as a basis
    for progressive disciplinary action.

The parties agree not to discuss, disclose or provide information about the resolution of this matter to any other person, except as may be required by law. If asked about the matter the parties agree that they will state that it has been resolved to the satisfaction of both parties.

Upon execution of this agreement, Complainant agrees to withdraw said complaint (2008-NCR-WP-AC-11), and any related grievances to these matters. The Complainant understands that in withdrawing this complaint, further administrative processing will cease. The complainant's execution of the agreement will fully satisfy and bar all possible claims, (actual, potential, or otherwise) or causes of action for money or other reliefs, which were or could, have been raised in this complaint. If the Complainant believes that the GSA has failed to comply with the terms of the settlement agreement, the Complainant shall notify the Associate Administrator for the Office of Civil Rights, General Services Administration, 18th and F Streets, NW, Room 5123, Washington, DC 20405, in writing, of the alleged noncompliance, within 30 calendar days of when the complainant knew, or should have known, of the alleged noncompliance.

The decision to implement the specific terms of the settlement agreement, to reinstate the complaint for further processing from the point processing ceased, or to deny the request, will be rendered, in writing, within 30 calendar days by the Associate Administrator. If after 30 calendar days from the date of GSA's receipt of the complainant's written allegation of noncompliance with the settlement, the Associate Administrator has not responded to the complaint in writing, or if the complainant is not satisfied with GSA's attempt to resolve the matter, the complainant may appeal to the EEOC for a determination as to whether the agency has complied with the terms of the settlement agreement. The complainant may file such an appeal 35 days after serving GSA with the allegations of noncompliance, but must file an appeal within 30 days of receipt of the agency's determination on the issue of noncompliance.

GSA assures the complainant that he shall be free from any restraints, interference, coercion, discrimination or reprisal for having filed a complaint or having participated in the processing of a complaint. The parties to this agreement have had adequate time to reflect upon, consider and seek legal counsel concerning the terms of this agreement and have executed this agreement knowingly, voluntarily and free from improper influence or duress.

In accordance with Equal Employment Opportunity Commission (EEOC) Regulations in 29 CFR, Part 1614.504(a), this agreement shall be binding on both parties. This agreement is effective upon signing by all parties.

THE UNITED STATES OF AMERICA
ACTING BY AND THROUGH THE
ADMINISTRATOR, GENERAL
SERVICES ADMINISTRATION

2

BY: _____      BY: _____
    KAREN SMITH                          ABDULAI CONTEH
    CHIEF,                                      COMPLAINANT
    METROPOLITAN SERVICE CENTER, PBS


DATE: _____      DATE: _____



BY: _____      BY: _____
    AVIS B. JOHNSON                     ROBERT O'BRYCKI
    DIRECTOR                             COMPLAINANT'S REP
    EQUAL EMPLOYMENT OPPORTUNITY


DATE: _____      DATE: _____

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*********************************
ABDULAI CONTEH                    *
    Plaintiff               *
                            *
    V.                      *          C. A. NO. 1:07-CV-00786 (RWR/JMF)
                            *
LURITA A. DOAN,                   *
ADMINISTRATOR, GSA                *
    Defendant               *
*********************************

## CERTIFICATION UNDER LOCAL RULE 7(m)

Pursuant to Local Rule 7(m), I certify that I contacted opposing counsel to attempt to resolve or narrow the raises raised in Plaintiff's Motion for Preliminary Injunction. He stated that he would respond as necessary but did not respond further.

Respectfully submitted

Abdulai Conteh

By his attorneys

/s/ Obinna Duruji, Esq._____
Obinna Duruji, Esq. DC #435048
Duruji Law Firm, PC
7600 Georgia Ave. NW, Suite 217
Washington, DC 20012
Tel: 202 722-0961/Fax: 815 642-8070

**CERTIFICATE OF SERVICE**

I, Obinna Duruji, Esq., hereby certify that on August 4, 2008, a copy of the forgoing Certification was served on Kenneth A. Adebonojo, Esq., Defendant's counsel via his ECF registered email: Kenneth. Kenneth.Adebonojo@usdoj.gov.

/s/Obinna Duruji, Esq.
Obinna Duruji, Esq.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**ABDULAI CONTEH**           \*
    **Plaintiff**          \*
                  \*
**V.**                       \*     **C.A. NO. 1:07-cv-00786 (RWR/JMF)**
                  \*
**LURITA A. DOAN,**          \*
**ADMINISTRATOR, GSA**       \*
    **Defendant**          \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

Upon consideration of Plaintiff's Motion for Preliminary Injunction, and any opposition

thereto, it is this _____ of _____, 2008:

ORDERED that the Motion is hereby GRANTED;

OTHER: _____.


                          _____
                          JUDGE RICHARD W. ROBERTS

Routing Information:

| Originator | Supervisor | Time Keeper |
|---|---|---|
| Bobbie J. Smith | Barbara A. Sisco | |

## APPLICATION FOR LEAVE

**INSTRUCTIONS:** Please complete the following.

| Name (Print or Type -- Last, First, M.I.): | | Supervisor: | |
|---|---|---|---|
| **Bobbie J. Smith** | | **Barbara A. Sisco** | |
| I hereby request (if more than one box is checked, explain in the Remarks section): | Start Date: | Hour: | Total Number of Hours: |
| | 01/18/2007 | 06:30 AM | |
| .... Annual Leave | End Date: | Hour: | |
| .... Sick Leave | 01/18/2007 | 08:30 AM | 2.0 |
| .... Leave Without Pay | Remarks: | | |
| .... Compensatory Time | ▇▇▇▇▇ | | |
| .... Family Friendly Sick Leave | | | |
| .... Other (Specify) | | | |
| Signature: | | Date: | |
| .... Signed | | 01/17/2007 04:25 PM | |

*Bobbie J. Smith*

| OFFICIAL ACTION ON APPLICATION | |
|---|---|
| If disapproved, give reason. If annual leave, initiate ation to reschedule. | Date: |
| ● Approved    .... Disapproved    .... Review Required | 02/05/2007 07:52:39 AM |
| Reason for denial (if applicable): | |
| Signature: | Date: |
| .... Signed | 01/17/2007 04:25 PM |

*Barbara A Sisco*

### PRIVACY ACT STATEMENT

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Where the employee identification number is your Social Security Number, collection of this information is authorized by Executive Order 9397. Furnishing the information on this form, including your Social Security Number, is voluntary, but failure to do so may result in disapproval of this request.

If your agency uses the information furnished on this form for purposes other than indicated above, it may provide you with an additional statement reflecting those purposes.

#7

METR 'POLITAN SERVICE CENTER

Date: May 14, 2007

Response to request for documents in the formal complaint of
of Abdulai Conteh GSA Case No: 07-NCR-WP-AC-05

Item #3  List of individuals issued Performance Appraisals:

| NAMES | TITLE | GRADE | RATINGS | EEO ACTIVITY |
|---|---|---|---|---|
| **FY2004** | | | | |
| Iola Smalls | Budget Analyst | GS-560-13 | SUCCESSFUL | NO |
| Queen Nevils | Lead Program Analyst | GS-560-13 | SUCCESSFUL | NO |
| Roland Caton | Lead Program Analyst | GS-560-13 | SUCCESSFUL | NO |
| Jacqueline Smith | Lead Budget Analyst | GS-560-13 | SUCCESSFUL | NO |
| Carol Vance | Lead Budget Analyst | GS-560-13 | SUCCESSFUL | NO |
| Rhonna Kinslow | Reimburseable Team Leader | GS-1101-13 | SUCCESSFUL | NO |
| Robert Huber | Budget Analyst | GS-560-13 | SUCCESSFUL | NO |
| Evelyn Smith | Program Analyst | GS-343-12 | SUCCESSFUL | NO |
| Jennifer Jenkins | Program Analyst | GS-343-12 | SUCCESSFUL | NO |
| Jamie Johnson | Program Analyst | GS-343-12 | SUCCESSFUL | NO |
| Cynthia Cary | Program Analyst | GS-343-12 | SUCCESSFUL | NO |
| Bobbie Smith | Program Analyst | GS-343-12 | SUCCESSFUL | NO |
| Anthony Marable | Program Analyst | GS-343-12 | SUCCESSFUL | NO |
| Abdulai Conteh | Program Analyst | GS-343-09 | SUCCESSFUL | YES |
| Doris Teele | Program Analyst | GS-343-12 | SUCCESSFUL | NO |
| Kimberleigh Luter | Program Analyst | GS-343-12 | UNSUCCESSFUL | NO |
| Arlena Windle-Dillard | Program Analyst | GS-343-12 | SUCCESSFUL | NO |
| Tracey Jacobs | Program Analyst | GS-343-09 | SUCCESSFUL | NO |
| Patrick Donovan | Program Analyst | GS-343-12 | SUCCESSFUL | NO |
| Gail Murray | Administrative Aide | GS-303-06 | SUCCESSFUL | NO |
| | | | | |
| **FY2005** | | | | |

1

5/16/2007 2:35 PM

Exhibit F-6
Page 1 of 4

METROPOLITAN SERVICE CENTER

Date: May 14, 2007

Response to request for documents in the normal complaint of Abdulai Conteh GSA Case No: 07-NCR-WP-AC-05

Item #3 List of individuals issued Performance Appraisals:

| NAMES | TITLE | GRADE | RATINGS | EEO ACTIVITY |
|---|---|---|---|---|
| Queen Nevils | Senior Budget Analyst | GS-560-13 | 3 | NO |
| Roland Caton | Lead Budget Analyst | GS-560-13 | 3 | NO |
| Jacqueline Smith | Lead Budget Analyst | GS-560-13 | 3 | NO |
| Carol Vance | Lead Budget Analyst | GS-560-13 | 5 | NO |
| Evelyn Smith | Program Analyst | GS-343-12 | 3 | NO |
| Jennifer Jenkins | Program Analyst | GS-343-12 | 3 | NO |
| Jamie Johnson | Budget Analyst | GS-560-12 | 3 | NO |
| Cynthia Cary | Budget Analyst | GS-560-12 | 5 | NO |
| Bobbie Smith | Budget Analyst | GS-560-12 | 3 | NO |
| Anthony Marable | Budget Analyst | GS-560-12 | 4 | NO |
| Abdulai Conteh | Budget Analyst | GS-560-11 | 2 | YES |
| Mentwab Mekonnen | Budget Analyst | GS-560-09 | 3 | NO |
| Patrick Donovan | Program Analyst | GS-343-12 | 4 | NO |
| Gail Murray | Administrative Aide | GS-303-06 | 2 | NO |
| Joan Westmass | Administrative Officer | GS303-09 | 4 | NO |

2

Exhibit F-6
Page 2 of 4

METROPOLITAN SERVICE CENTER

Date:  May 14, 2007

Response to request for documents in the formal complaint of
of Abdulai Conteh GSA Case No: 07-NCR-WP-AC-05

Item #3  List of individuals issued Performance Appraisals:

| FY2006 | | | |
|---|---|---|---|
| NAMES | | | |
| NAMES | TITLE | GRADE | RATINGS | EEO ACTIVITY |
| Queen Nevils | Senior Budget | GS-560-13 | 3 | NO |
| Roland Caton | Senior Budget | GS-560-13 | 5 | NO |
| Jacqueline Smith | Senior Budget | GS-560-13 | 3 | NO |
| Carol Vance | Senior Budget | GS-560-13 | 5 | NO |
| Evelyn Smith | Program Analyst | GS-343-12 | 3 | NO |
| Jennifer Jenkins | Program Analyst | GS-343-12 | 3 | NO |
| Jamie Johnson | Budget Analyst | GS-560-12 | 4 | NO |
| Cynthia Cary | Budget Analyst | GS-560-12 | 5 | NO |
| Bobbie Smith | Budget Analyst | GS-560-12 | 3 | NO |
| Anthony Marable | Budget Analyst | GS-560-12 | 4 | NO |
| Abdulai Conteh | Budget Analyst | GS-560-11 | 2 | YES |
| Mentwab Mekonnen | Budget Analyst | GS-560-11 | 3 | NO |
| Patrick Donovan | Program Analyst | GS-343-12 | 4 | NO |
| Gail Murray | Administrative Aide | GS-303-06 | 2 | NO |
| Thelma Davis | Budget Analyst | GS-560-09 | 4 | NO |
| Joan Westmass | Budget Analyst | GS-560-09 | 5 | NO |

3

5/15/2007 12:35 PM

Exhibit _F-16_
Page _3_ of _4_

MET' POLITAN SERVICE CENTER

Date: May 14, 2007

## Response to request for documents in the formal complaint of of Abdulai Conteh GSA Case No: 07-NCR-WP-AC-05

**Item #3 List of individuals issued Performance Appraisals:**

"I certify that the data retrieved are a true reflection of WPD program records

for FY2004, FY2005 and FY2006. The official documents are maintained on file in the Human

Resources Division of WPD Human Resources Branch".

Barbara A. Sisco
Deputy Director, Assets
14-May-07

EEO ACTIVITY:

Abdulai Conteh, Formal Complaint, Case No: 05-NCR-WP-AC-10, Basis: Race (Black), Sex (Male), Nat Origin: African, Religion (Muslim) and Reprisal; Issue: Evaluation and Harassment (Non-Sexual); Pending EEOC Hearing as of Nov 06.

Abdulai Conteh, Formal Complaint, Case No. 07-NCR-WP-AC-5, Basis: Reprisal, Issue: Performance Evaluation, Performance Improvement Notice, Disrespectful; Pending Investigation as of February 07.

I certify that the EEO activity identified above has been retrieved from the Icomplaints Tracking System, maintained in the EEO Office.

Barbara V. Stewart
EEO Specialist, EEO Office
15-May-07

Exhibit F-6
Page 4 of 4

4

5/15/2007 12:35 PM

 **Abdulai**
**Conteh/WPD/RW/GSA/GOV**
07/08/2005 08:58 AM

To   Barbara A. Sisco/WPD/RW/GSA/GOV@GSA
cc
bcc
Subject   Re: Promotion

Barbara:

Sorry for the miscommunication, I thought you said to wait for Jamie's returned, I stand corrected. I was flabbergasted when I thought her name was mention.
Tuesday is fine,  thanks for the gratitude and hope to meet with you.

Abdulai Conteh
Budget Analyst
Metropolitan Service center
Fax(202) 219-3338
Efax(202) 692-3305
Barbara A. Sisco/WPD/RW/GSA/GOV

 **Barbara A.**
**Sisco/WPD/RW/GSA/GOV**
07/08/2005 08:40 AM

To   Abdulai Conteh/WPD/RW/GSA/GOV@GSA
cc
Subject   Re: Promotion

Good Morning Abdulai.

Abdulai Conteh/WPD/RW/GSA/GOV

 **Abdulai**
**Conteh/WPD/RW/GSA/GOV**
07/07/2005 04:27 PM

To   Barbara A. Sisco/WPD/RW/GSA/GOV@GSA
cc
Subject   Promotion

Barbara:

This is a reminder based on our conversation this morning. As I reminded you based on our conversation in May that You might process my promotion base on my performance as you are going to be giving me assignments .

As of this date every assignment you and Jackie gave me has done and I received good comments from Jackie and no comment from you. This morning per our conversation , you said for me to wait until Monday because Jamie is out sick .

Please make our meeting possible Monday, I'll like to know the decision on my promotion.

Abdulai Conteh
Budget Analyst
Metropolitan Service center
Phone (202) 219-3338
Efax   (202) 692-3305

 Barbara A.
Sisco/WPD/RW/GSA/GOV
12/12/2005 12:01 PM

To carol.vance@gsa.gov

cc

bcc

Subject assignment for Abdulai

i would like to give Abdulai the following assignment with a due date of January 18th.

n conjuction with updating his assigned lease caseload by updating his lease abstracts. I would like him to also prepare an analysis of the gross margin and discuss in writing the assumptions regarding the gross margin. (ie. look at revenue associated with the lease versus payments and discuss). This should be prepared in an excel spreadsheet format. Your concurrence is requested....

Barbara Sisco
Metropolitan Service Center (WPD)
Financial Management Branch Manager
202 219 1779 - Desk 202 219 2317

fEDdesk - Metaframe Presentation Server Client
Contains Privacy Data PL93-579 Privacy Act - Reports

# ELECTRONIC TIME AND ATTENDANCE MANAGEMENT SYSTEM

GSA
Version 5.00
RW/WF

Contains Privacy Data PL93-579 Privacy Act
Individual  Exception Code Report
FOR OFFICIAL USE ONLY

3/6/0
13:51:4
Page 1 of

Starting on: 01/02/2005     Ending on: 03/06/2007

Name: ABDULAI CONTEH     Area / Team: 05/01     AWS: Y

| PP | Date | Sun Type | Sun Hour | Mon Type | Mon Hour | Tue Type | Tue Hour | Wed Type | Wed Hour | Thu Type | Thu Hour | Fri Type | Fri Hour | Sat Type | Sat Hour |
|----|------|----------|----------|----------|----------|----------|----------|----------|----------|----------|----------|----------|----------|----------|----------|
| 01 | 01/02/2005 | | | | | 50 | 9.0 | | | | | | | | |
| 02 | 01/09/2005 | | | | | | | | | | | | | | |
|    | 01/16/2005 | | | | | | | 84 | 3.5 | 84 | 9.0 | | | | |
| 03 | 01/23/2005 | | | | | | | | | | | | | | |
|    | 01/30/2005 | | | | | | | | | | | 50 | 9.0 | | |
| 04 | 02/06/2005 | | | | | | | | | | | | | | |
|    | 02/13/2005 | | | | | | | | | | | | | | |
| 05 | 02/20/2005 | | | 02 | 9.0 | | | | | | | | | | |
|    | 02/27/2005 | | | | | | | | | 40 | 9.0 | 40 | 9.0 | | |
| 06 | 03/06/2005 | | | 40 | 9.0 | 40 | 9.0 | 40 | 9.0 | 40 | 9.0 | 40 | 8.0 | | |
|    | 03/13/2005 | | | | | 40 | 9.0 | 40 | 9.0 | 40 | 9.0 | 40 | 9.0 | | |
| 07 | 03/20/2005 | | | 40 | 9.0 | 40 | 9.0 | 40 | 9.0 | 40 | 9.0 | | | | |
|    | 03/27/2005 | | | | | | | | | | | | | | |
| 08 | 04/03/2005 | | | | | | | | | | | | | | |
|    | 04/10/2005 | | | | | | | | | | | | | | |
| 09 | 04/17/2005 | | | | | | | | | | | | | | |
|    | 04/24/2005 | | | | | | | 50 | 2.0 | | | | | | |
| 10 | 05/01/2005 | | | 50 | 4.0 | | | | | | | | | | |
|    | 05/08/2005 | | | | | | | | | | | | | | |

FOR OFFICIAL USE ONLY

Zoom In     Zoom Out     Printer Setup     Print     Export     Close

FEDdesk - MetaFrame Presentation Server Client

Contains Privacy Data PL93-579 Privacy Act - Reports

## ELECTRONIC TIME AND ATTENDANCE MANAGEMENT SYSTEM

GSA
Version 5.00
RW/WF

Contains Privacy Data PL93-579 Privacy Act
Individual Exception Code Report
FOR OFFICIAL USE ONLY

3/6/0
13:52:3
Page 2 of

Starting on: 01/02/2005     Ending on: 03/06/2007
Name: ABDULAI CONTEH          Area / Team: 05/01          AWS: Y

| PP | Pay Period/Beginning Date | Sun | | Mon | | Tue | | Wed | | Thu | | Fri | | Sat | |
|----|---------------------------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| | Date | Type | Hour | Type | Hour | Type | Hour | Type | Hour | Type | Hour | Type | Hour | Type | Hour |
| 11 | 05/15/2005 | | | 50 | 7.0 | | | | | | | 40 | 6.0 | | |
| | 05/22/2005 | | | | | 50 | 9.0 | | | | | | | | |
| 12 | 05/29/2005 | | | 02 | 9.0 | | | | | 50 | 9.0 | | | | |
| | 06/05/2005 | | | | | | | | | | | | | | |
| 13 | 06/12/2005 | | | | | 40 | 9.0 | 40 | 9.0 | | | | | | |
| | 06/19/2005 | | | | | | | | | | | | | | |
| 14 | 06/26/2005 | | | | | | | | | | | | | | |
| | 07/03/2005 | | | | | | | | | | | | | | |
| 15 | 07/10/2005 | | | | | | | | | | | | | | |
| | 07/17/2005 | | | | | | | | | | | | | | |
| 16 | 07/24/2005 | | | 10 | 1.0 | 10 | 1.0 | 10 | 1.0 | 10 | 1.0 | | | | |
| | 07/31/2005 | 10 | 3.0 | | | | | 50 | 8.0 | | | | | | |
| 17 | 08/07/2005 | | | 50 | 8.0 | | | | | | | | | | |
| | 08/14/2005 | | | | | | | 50 | 8.0 | | | | | | |
| 18 | 08/21/2005 | | | | | | | | | | | | | | |
| | 08/28/2005 | | | | | 50 | 8.0 | | | | | | | | |
| 19 | 09/04/2005 | | | 02 | 9.0 | 40 | 8.0 | | | | | | | | |
| | 09/11/2005 | | | | | | | | | 50 | 1.0 | | | | |
| 20 | 09/18/2005 | | | | | | | | | | | | | | |

FOR OFFICIAL USE ONLY

Zoom In   Zoom Out   Printer Setup   Print   Export   Close

FEDdesk - MetaFrame Presentation Server Client
Contains Privacy Data PL93-579 Privacy Act - Reports

# ELECTRONIC TIME AND ATTENDANCE MANAGEMENT SYSTEM

GSA
Version 5.00
RW/WF

Contains Privacy Data PL93-579 Privacy Act
Individual Exception Code Report
FOR OFFICIAL USE ONLY

3/6/C
13:53:3
Page 3 of

Starting on: 01/02/2005    Ending on: 03/06/2007
Name: ABDULAI CONTEH    Area / Team: 05/01    AWS: Y

| PP | Date | Sun Type | Sun Hour | Mon Type | Mon Hour | Tue Type | Tue Hour | Wed Type | Wed Hour | Thu Type | Thu Hour | Fri Type | Fri Hour | Sat Type | Sat Hour |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 10/02/2005 | | | 40 | 9.0 | 40 | 9.0 | 40 | 9.0 | 40 | 9.0 | 40 | 8.0 | | |
| | 10/09/2005 | | | | | | | 40 | 9.0 | 40 | 9.0 | | | | |
| 22 | 10/16/2005 | | | | | 50 | 3.5 | | | | | | | | |
| | 10/23/2005 | | | | | | | | | | | | | | |
| 23 | 10/30/2005 | | | | | | | | | | | | | | |
| | 11/06/2005 | | | | | | | | | | | 02 | 9.0 | | |
| 24 | 11/13/2005 | | | | | | | | | | | | | | |
| | 11/20/2005 | | | | | | | | | 02 | 9.0 | | | | |
| 25 | 11/27/2005 | | | | | | | | | | | | | | |
| | 12/04/2005 | | | | | | | | | | | | | | |
| 26 | 12/11/2005 | | | | | | | | | | | | | | |
| | 12/18/2005 | | | 40 | 9.0 | 40 | 9.0 | 40 | 9.0 | 40 | 9.0 | | | | |
| 01 | 12/25/2005 | | | 02 | 9.0 | 40 | 9.0 | 40 | 9.0 | 40 | 3.0 | | | | |
| | | | | | | | | | | 50 | 5.0 | 50 | 8.0 | | |
| | 01/01/2006 | | | | | | | 50 | 9.0 | 50 | 9.0 | 50 | 9.0 | | |
| 02 | 01/08/2006 | | | 40 | 9.0 | 50 | 3.0 | | | | | | | | |
| | | | | | | 60 | 6.0 | 60 | 9.0 | 60 | 9.0 | 60 | 8.0 | | |
| | 01/15/2006 | | | | | | | | | | | | | | |
| 03 | 01/22/2006 | | | | | | | | | | | 40 | 1.0 | | |

FOR OFFICIAL USE ONLY

Zoom In    Zoom Out    Printer Setup    Print    Export    Close



Carol A. Vance/WPD/RW/GSA/GOV
04/18/2006 08:02 AM

To  Abdulai Conteh/WPD/RW/GSA/GOV@GSA

cc

bcc  Barbara A. Sisco/WPD/RW/GSA/GOV@GSA

Subject

Abdulai: See list below. There are several CPI due between November to March that have not been finalized as of today.  Please follow up and have all outstanding CPIs completed by April 30, 2006.  Let's meet on April 25, 2006 to discuss status.

Thanks!

| | Lease Number | Location Code | Location Name | Building State | Building Zip | CPI Done? | | Lease Eff Date |
|---|---|---|---|---|---|---|---|---|
| 1 | LDC01481 | DC1105 | 1222 22ND ST NW | DC | 20037-1202 | Expired | 1 | 1-Jan-02 |
| 2 | LDC01823 | DC0343 | 370 L'ENFANT PROMENADE | DC | 20024-2169 | no | 1 | 1-Jan-05 |
| 3 | LDC70201 | DC0421 | WORLD TRADE CENTER | DC | 20024-2730 | pending | 2 | 7-Feb-97 |
| 4 | LDC70311 | DC1147 | 1291 TAYLOR ST NW | DC | 20011-0000 | Expired | 2 | 1-Feb-01 |
| 5 | LDC01739 | DC0713 | FORT LINCOLN SENIOR VILLAGE | DC | 20018-4340 | no | 3 | 25-Mar-04 |
| 6 | LDC70211 | DC0512 | SHEPHERD PARK PLAZA | DC | 20012-1303 | no | 3 | 10-Mar-98 |
| 7 | LDC01275 | DC0571 | 122 C STREET, NW | DC | 20001-2109 | due by 4/30 | 4 | 5-Apr-01 |
| 8 | LDC01509 | DC1178 | NATIONAL PRESS | DC | 20045-1000 | | 5 | 1-May-02 |
| 9 | LDC01824 | DC0373 | UNION CTR PLZ 2 | DC | 20002-4243 | | 5 | 17-May-05 |
| 10 | LDC90306 | DC0011 | POSTAL SQUARE | DC | 20001-0000 | | 5 | 15-May-92 |
| 11 | LDC51065 | DC0373 | UNION CTR PLZ 2 | DC | 20002-4243 | Expired | 6 | 5-Jun-96 |
| 12 | LDC01536 | DC0343 | 370 L'ENFANT PROMENADE | DC | 20024-2169 | Expired | 7 | 15-Jul-02 |
| 13 | LDC01636 | DC1222 | 2100 M ST NW | DC | 20037-1207 | | 7 | 1-Jul-03 |
| 14 | LDC01479 | DC0366 | TECHWORLD PLAZA I | DC | 20001-8000 | Expired | 8 | 2-Aug-01 |
| 15 | LDC01600 | DC0406 | 800 N CAPITOL ST NW | DC | 20002-4244 | | 8 | 1-Aug-03 |
| 16 | LDC60283 | DC0467 | ANACOSTIA PROF BUILDING | DC | 20020-7024 | | 8 | 15-Aug-97 |
| 17 | LDC70304 | DC0331 | 500 E STREET SW | DC | 20024-2760 | | 8 | 11-Aug-97 |
| 18 | LDC80656 | DC0011 | POSTAL SQUARE | DC | 20001-0000 | | 8 | 1-Aug-99 |
| 19 | LDC00199 | DC0436 | POSTAL PLZ SHOP CTR | DC | 20018-1014 | | 9 | 1-Sep-00 |
| 20 | LDC01490 | DC0398 | ONE MASS AVE | DC | 20001-0000 | | 9 | 19-Sep-02 |
| 21 | LDC01744 | DC0811 | COLORADO BUILDING | DC | 20005-3105 | | 9 | 15-Sep-04 |
| 22 | LDC01747 | DC0811 | COLORADO BUILDING | DC | 20005-3105 | | 9 | 15-Sep-04 |
| 23 | LDC01512 | DC1178 | NATIONAL PRESS | DC | 20045-1000 | no | 11 | 26-Nov-02 |
| 24 | LDC01513 | DC0813 | 1220 L STREET, NW | DC | 20005-4018 | no | 11 | 12-Nov-02 |
| 25 | LDC01562 | DC0406 | 800 N CAPITOL ST NW | DC | 20002-4244 | no | 11 | 1-Nov-02 |

Carol A. Vance
Metropolitan Services Division
1099 14th Street, NW, Suite 200W
Washington, DC 20005
202 219 1937 - Desk / 202 208 6019 or 202 692 3343 - Fax
Have a Blessed day!!

CREATING A SUCCESSFUL FUTURE AT GSA
by living our values everyday and working together to achieve our goals!



| | Jacqueline D. Smith/WPD/RW/GSA/GOV 05/26/2005 08:15 AM | To | Abdulai Conteh/WPD/RW/GSA/GOV@GSA, Cynthia S. Cary/WPD/RW/GSA/GOV@GSA, Vicky L. Taylor/CONTRACTOR/WPD/RW/GSA/GOV@GSA, Jamie E. |
|---|---|---|---|
| | | cc | Barbara A. Sisco/WPD/RW/GSA/GOV@GSA, Carol A. Vance/WPD/RW/GSA/GOV@GSA |
| | | bcc | |
| | | Subject | Fw: DC caseload [correction] |

After a brief discussion with Barbara this morning, effective June 1st, Abdulai will assume full responsibility of the DC caseload.

Effective July 1st, in addition to the delegated leases, Jamie will assume full responsibility of the MD caseload.

If you have any questions, please let me know.

thanks

Jacqueline D. Smith
Lead Budget Analyst, Metropolitan Service Center
Phone No: (202) 219-3233/Fax No: (202) 219-2378
Efax No:    (202) 692-3344
Never let a bleak past overshadow a bright future.
----- Forwarded by Jacqueline D. Smith/WPD/RW/GSA/GOV on 05/26/2005 07:58 AM -----



| | Jacqueline D. Smith/WPD/RW/GSA/GOV 05/20/2005 01:15 PM | To | jamie johnson |
|---|---|---|---|
| | | cc | Barbara A. Sisco/WPD/RW/GSA/GOV@GSA, Cynthia S. Cary/WPD/RW/GSA/GOV@GSA, Vicky L. Taylor/CONTRACTOR/WPD/RW/GSA/GOV@GSA, Abdulai Conteh/WPD/RW/GSA/GOV@GSA, Carol A. Vance/WPD/RW/GSA/GOV@GSA |
| | | Subject | DC caseload |

In addition to the delegated leases, effective May 23, 2005, you will assume full responsibility of the DC caseload.

Let me know if you have any questions.

thanks

Jacqueline D. Smith
Lead Budget Analyst, Metropolitan Service Center
Phone No: (202) 219-3233/Fax No: (202) 219-2378
Efax No:    (202) 692-3344
Never let a bleak past overshadow a bright future.



**Abdulai
Conteh/WPD/RW/GSA/GOV**
08/10/2005 01:39 PM

To  Barbara A. Sisco/WPD/RW/GSA/GOV@GSA
cc
bcc
Subject  Fw: July CPIs

Carol :

I misunderstood the CPI in question. The July's CPI is complete and R620 sent to Finance.
Below is the status of the July CPI.

LVA 80651 R620 sent to finance on 7/29/2005
LVA 80568 R 620 sent to finance on 7/29/2005
LVA 80557 R 620 Sent to finance on 7/27/2005
LVA 60779 R 620 sent to finance on 7/27/2005
LVA 01269 R 620 Sent to finance on 7/27/2005

Abdulai Conteh
Budget  Analyst
Metropolitan Service center
Phone (202) 219-3338
Efax (202) 692-3305
Carol A. Vance/WPD/RW/GSA/GOV



**Carol A.
Vance/WPD/RW/GSA/GOV**
08/10/2005 12:56 PM

To  Abdulai Conteh/WPD/RW/GSA/GOV@GSA
cc  Barbara A. Sisco/WPD/RW/GSA/GOV@GSA
Subject  Re: July CPIs

Hey, Abdulai:

The July index should be used for August CPIs.

The July CPIs use the June index and should already be complete or pending in BRB.  Can I get a lease
by lease status of each cpi (ie: has the r620 been signed? etc.)?

Thanks much!

Carol A. Vance
Metropolitan Services Division
1099 14th Street, NW, Suite 200W
Washington, DC  20005
202 219 1937 - Desk  /  202 208 6019 or 202 692 3343 - Fax
Have a Blessed day!!

CREATING A SUCCESSFUL FUTURE AT GSA
by living our values everyday and working together to achieve our goals!
Abdulai Conteh/WPD/RW/GSA/GOV



**Abdulai
Conteh/WPD/RW/GSA/GOV**

08/10/2005 12:42 PM

To  Carol A. Vance/WPD/RW/GSA/GOV@GSA

cc  Barbara A. Sisco/WPD/RW/GSA/GOV@GSA

Subject  Re: July CPIs

Carol:

As I indicated to you the morning , I am working on the reconciliation report, however, I am  waiting on the July index
to complete the CPI's for July.

Abdulai Conteh
Budget  Analyst
Metropolitan Service center
Phone (202) 219-3338
Efax(202) 692-3305
Carol A. Vance/WPD/RW/GSA/GOV



**Carol A.
Vance/WPD/RW/GSA/GOV**

08/10/2005 10:51 AM

To  Abdulai Conteh/WPD/RW/GSA/GOV@GSA

cc  Barbara A. Sisco/WPD/RW/GSA/GOV@GSA

Subject  July CPIs

Abdulai, please provide a summary of the July CPIs.

Thanks!

Carol A. Vance
Metropolitan Services Division
1099 14th Street, NW, Suite 200W
Washington, DC  20005
202 219 1937 - Desk  /  202 208 6019 or 202 692 3343 - Fax
Have a Blessed day!!

CREATING A SUCCESSFUL FUTURE AT GSA
by living our values everyday and working together to achieve our goals!



**Abdulai
Conteh/WPD/RW/GSA/GOV**
07/08/2005 12:19 PM

To  Barbara A. Sisco/WPD/RW/GSA/GOV@GSA

cc  Jacqueline D. Smith/WPD/RW/GSA/GOV@GSA

bcc

Subject  Re: May Recon

Barbara:

According to the financial aspect of the delegated leases, DOD makes payment, and we enter the information into STAR only for record keeping purposes. The r620 is then generated and send to DOD only. The r620,s aren't forwarded to, nor tracked by finance. Therefore delegated leases will always have variances, because there will be no posting in finance with which to compare.
As I indicated to you regarding some of the variances the report reflects that the variance cleared itself upon close out, which is the 15th of the month

You also mention 2004 CPI reflected in STAR, however, you did not specify the lease number. Please let me know which lease is in question, and I will be able to identify where the problem is.
    Evelyn Cash in finance indicated to me of not have r620 for some of the CPI's and I faxed copies to her which should reflect the change.


Abdulai Conteh
Budget Analyst
Metropolitan Service center
Phone (202) 219-3338
Efax (202) 692-3305
Barbara A. Sisco/WPD/RW/GSA/GOV



**Barbara A.
Sisco/WPD/RW/GSA/GOV**
07/08/2005 10:43 AM

To  Abdulai Conteh/WPD/RW/GSA/GOV@GSA

cc  Jacqueline D. Smith/WPD/RW/GSA/GOV@GSA

Subject  Re: May Recon

Abdulai,
Please take another look at the variance report. There a several delegated leases with variance +/-10K that have not been addressed.
For example, I still have the following questions regarding the 1st 4 responses. Again, please review your responses and update accordingly.

1. Shouldnt the December 2004 CPI be reflected in STAR? What needs to be accomplished to eliminate the variance?
2. Same question.
3. What were the lump sum payment amounts and when were they processed?
4. Is the fact that it is a delegated lease causing the variance?


Barbara Sisco
Metropolitan Service Center (WPD)
Financial Management Branch Manager
202 219 1779 - Desk 202 219 2317

Abdulai Conteh/WPD/RW/GSA/GOV



**Abdulai
Conteh/WPD/RW/GSA/GOV**

07/01/2005 09:51 AM

To  Barbara A. Sisco/WPD/RW/GSA/GOV@GSA

cc

Subject  May Recon

Barbara:

Attach is the May reconciliation report , as you can see  some of the April leases reconciled are off the
May report. This is going be a consistence pattern as stipulated by accounting principals.
 It was also told to me by finance, because of the interim transactions within the month and the cut off
date is the fifteen, it is always going to be variances that are going to rectify  the following month.



Recon - Mayl 05xls.xls

Abdulai Conteh
Budget  Analyst
Metropolitan Service center
Phone (202) 219-3338
Fax    (202) 692-3305



**Carol A.
Vance/WPD/RW/GSA/GOV**
12/06/2005 04:56 PM

To   Abdulai Conteh/WPD/RW/GSA/GOV@GSA

cc

bcc   Barbara A. Sisco/WPD/RW/GSA/GOV

Subject   RENT ESTIMATE 2008: Project Review

**Abdulai:** I need your assistance with the RentEst 2008. We need to prepare for the upcoming rent estimate review. To begin we need to verify the validity of the active projects in STAR. I want to begin with the active projects in DC, and then continue with Maryland and finish with Virginia.

I need you to review and research the validity of the active projects for DC. I've attached a electronic spreadsheet listing every active project in STAR. The spreadsheet has been filtered to list just the projects for DC. Talk with the RGA as indicated on the spreadsheet and verify if the project is still valid. If the RGA confirms the project is valid, annotate the spreadsheet in column "M" as follows:

      a. for valid projects, mark column "M" as **"VALID"**
      b. for projects that are no longer valid, mark column "M" as indicated by the RGA
            (for example:  if the RGA states that the project is closed, mark column "M" as **"CLOSED"**
                       if the project is cancelled, mark column "M" as **"CANCELLED"**
                       if the project belongs to another team, indicate in column M the appropriate
team, etc.)

As you speak with the specialist, mention to them that they should make sure the contents of the project is accurate by reviewing STAR and making request through BRB as necessary. As you complete each state, I will have you begin with the next state. The DC portion of this project should be completed by **December 14, 2005**. Once the DC portion is complete, forward the updated spreadsheet (see attached) back to me via email and I will advise you on how to proceed with Maryland, then Virginia.



20051118_activeProjectsCONTEH.xls

Thanks much!


Carol A. Vance
Metropolitan Services Division
1099 14th Street, NW, Suite 200W
Washington, DC  20005
202 219 1937 - Desk  /  202 208 6019 or 202 692 3343 - Fax
Have a Blessed day!!

CREATING A SUCCESSFUL FUTURE AT GSA
by living our values everyday and working together to achieve our goals!



Carol A.
Vance/WPD/RW/GSA/GOV
12/06/2005 04:34 PM

To    Barbara A. Sisco/WPD/RW/GSA/GOV@GSA
cc
bcc
Subject    Re: Fw: New Leave Request From Abdulai Conteh for
12/27/2005

Hey Barbara: Looks like Abdulai will be off through January 7??

Carol A. Vance
Metropolitan Services Division
1099 14th Street, NW, Suite 200W
Washington, DC 20005
202 219 1937 - Desk / 202 208 6019 or 202 692 3343 - Fax
Have a Blessed day!!

CREATING A SUCCESSFUL FUTURE AT GSA
by living our values everyday and working together to achieve our goals!
Barbara A. Sisco/WPD/RW/GSA/GOV



Barbara A.
Sisco/WPD/RW/GSA/GOV
12/02/2005 11:04 AM

To    carol.vance@gsa.gov
cc
Subject    Fw: New Leave Request From Abdulai Conteh for
12/27/2005

Additional request for leave from12/27 to1/3
----- Forwarded by Barbara A. Sisco/WPD/RW/GSA/GOV on 12/02/2005 11:04 AM -----



Abdulai
Conteh/WPD/RW/GSA/GOV
12/02/2005 10:35 AM

To    Barbara A. Sisco/WPD/RW/GSA/GOV@GSA
cc
Subject    New Leave Request From Abdulai Conteh for 12/27/2005

Abdulai Conteh has entered a new Leave Request for 12/27/2005. You may click on the DocLink below to review the request.



**Barbara A. Sisco/WPD/RW/GSA/GOV**
02/02/2006 12:59 PM

To    Abdulai Conteh/WPD/RW/GSA/GOV@GSA

cc    Carol A. Vance/WPD/RW/GSA/GOV@GSA

bcc

Subject   Re: Gross Margin report

Where is your analysis?
Abdulai Conteh/WPD/RW/GSA/GOV



**Abdulai Conteh/WPD/RW/GSA/GOV**
02/02/2006 09:59 AM

To    Barbara A. Sisco/WPD/RW/GSA/GOV@GSA

cc    Carol A. Vance/WPD/RW/GSA/GOV@GSA

Subject   Gross Margin report

Barbara:

Attached is the gross margin report.


Gross margin report.xls

Abdulai Conteh
Program Analyst
Metropolitan Service center
(202) 219-3338
(202) 692-3305

| LEASE | NAME | City | TEAM CODE | EFFECTIVE DATE | END DATE | RSF | Total Billable sf | Total YTD Rent Revenue | Total YTD Rent Revenue collected | Gross Margin | Mark Up Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LDC01275 | 122 C STREET, NW | WASHINGTON | 6001 | 05-Apr-01 | 04-Apr-11 | 22,552 | 22,552 | $263,864 | $244,315 | $19,549 | 8.00% |
| LDC01479 | TECHWORLD PLAZA I | WASHINGTON | 6001 | 02-Aug-01 | 01-Aug-06 | 39,282 | 39,281 | $554,884 | $482,517 | $72,367 | 15.00% |
| LDC01481 | 1222 22ND ST NW | WASHINGTON | 6001 | 01-Jan-02 | 31-Jan-06 | 49,560 | 49,560 | $265,367 | $228,000 | $37,367 | 16.39% |
| LDC01490 | ONE MASS AVE | WASHINGTON | 6001 | 19-Sep-02 | 18-Sep-12 | 45,614 | 45,614 | $561,158 | $520,043 | $41,115 | 7.91% |
| LDC01509 | NATIONAL PRESS | WASHINGTON | 6001 | 01-May-02 | 30-Apr-12 | 2,731 | 2,731 | $29,480 | $27,296 | $2,184 | 8.00% |
| LDC01512 | NATIONAL PRESS | WASHINGTON | 6001 | 26-Nov-02 | 25-Nov-12 | 16,581 | 16,581 | $128,460 | $118,944 | $9,516 | 8.00% |
| LDC01513 | 1220 L STREET, NW | WASHINGTON | 6001 | 12-Nov-02 | 11-Nov-07 | 12,191 | 12,191 | $145,268 | $134,538 | $10,730 | 7.98% |
| LDC01536 | 370 L'ENFANT PROMENADE | WASHINGTON | 6001 | 15-Jul-02 | 31-Jan-06 | 13,588 | 13,588 | $166,104 | $153,798 | $12,306 | 8.00% |
| LDC01562 | 800 N CAPITOL ST NW | WASHINGTON | 6001 | 01-Nov-02 | 31-Oct-12 | 59,776 | 60,200 | $844,044 | $774,751 | $69,293 | 8.94% |
| LDC01600 | 800 N CAPITOL ST NW | WASHINGTON | 6001 | 01-Aug-03 | 31-Jul-13 | 29,520 | 30,305 | $428,540 | $399,214 | $29,326 | 7.35% |
| LDC01636 | 2100 M ST NW | WASHINGTON | 6001 | 01-Jul-03 | 30-Jun-13 | 16,468 | 16,468 | $226,852 | $210,048 | $16,804 | 8.00% |
| LDC01744 | COLORADO BUILDING | WASHINGTON | 6001 | 15-Sep-04 | 14-Sep-09 | 7,472 | 7,472 | ($50,066) | $83,918 | ($133,984) | -159.66% |
| LDC01747 | COLORADO BUILDING | WASHINGTON | 6001 | 15-Sep-04 | 14-Sep-09 | 2,822 | 2,822 | $37,592 | $35,085 | $2,507 | 7.14% |
| LDC01824 | UNION CTR PLZ 2 | WASHINGTON | 6001 | 17-May-05 | 16-May-10 | 8,818 | 8,818 | $69,104 | $51,764 | $17,340 | 33.50% |
| LDC51065 | UNION CTR PLZ 2 | WASHINGTON | 6001 | 05-Jun-96 | 04-Jun-06 | 23,520 | 23,520 | $237,397 | $220,051 | $17,346 | 7.88% |
| LDC80283 | ANACOSTIA PROF BUILDING | WASHINGTON | 6001 | 15-Aug-97 | 14-Aug-07 | 8,697 | 8,697 | $61,616 | $57,490 | $4,126 | 7.18% |
| LDC70201 | WORLD TRADE CENTER | WASHINGTON | 6001 | 07-Feb-97 | 06-Feb-07 | 24,503 | 24,502 | $336,104 | $290,634 | $45,470 | 15.65% |
| LDC70211 | SHEPHERD PARK PLAZA | WASHINGTON | 6001 | 10-Mar-98 | 09-Mar-08 | 6,654 | 6,654 | $49,444 | $45,782 | $3,662 | 8.00% |
| LDC70304 | 500 E STREET SW | WASHINGTON | 6001 | 11-Aug-97 | 10-Aug-07 | 52,087 | 52,087 | $632,740 | $583,936 | $48,804 | 8.36% |
| LDC70311 | 1291 TAYLOR ST NW | WASHINGTON | 6001 | 01-Feb-01 | 31-Jan-06 | 88,629 | 88,629 | $265,880 | $246,187 | $19,693 | 8.00% |
| LDC80656 | POSTAL SQUARE | WASHINGTON | 6001 | 01-Aug-99 | 31-Jul-09 | 12,684 | 13,041 | $139,160 | $105,700 | $33,460 | 31.66% |
| LDC90306 | POSTAL SQUARE | WASHINGTON | 6001 | 15-May-92 | 14-May-22 | 990,611 | 874,721 | $9,312,002 | $8,731,811 | $580,191 | 6.64% |



**Barbara A.
Sisco/WPD/RW/GSA/GOV**
02/02/2006 09:40 PM

To  Abdulai Conteh/WPD/RW/GSA/GOV@GSA

cc  carol.vance@gsa.gov

bcc

Subject  Re: Gross Margin report

Abdulai,
As discussed on several occassions and in our meeting today, the data for the gross margin should be pulled from the financial system and validated with the source documents.  Please rework the spreadsheet and provide an analysis of the data.

  Barbara Sisco
Metropolitan Service Center (WPD)
Financial Management Branch Manager
202 219 1779 - Desk 202 219 2317


Abdulai Conteh/WPD/RW/GSA/GOV



**Abdulai
Conteh/WPD/RW/GSA/GOV**
02/02/2006 02:59 PM

To  Barbara A. Sisco/WPD/RW/GSA/GOV@GSA

cc

Subject  Re: Gross Margin report


I was planning to explain to you when we meet. The YTD Rent Revenue is from the OA and the rent revenue collected is from the SF2
and the Finance page.
 The Gross Margin divided by Rent  Revenue give you the Mark up fee percent.

Abdulai Conteh
Program Analyst
Metropolitan Service center
(202) 219-3338
(202) 692-3305
Barbara A. Sisco/WPD/RW/GSA/GOV



**Barbara A.
Sisco/WPD/RW/GSA/GOV**
02/02/2006 12:59 PM

To  Abdulai Conteh/WPD/RW/GSA/GOV@GSA

cc  Carol A. Vance/WPD/RW/GSA/GOV@GSA

Subject  Re: Gross Margin report


 Where is your analysis?
Abdulai Conteh/WPD/RW/GSA/GOV



**Abdulai
Conteh/WPD/RW/GSA/GOV**

To  Barbara A. Sisco/WPD/RW/GSA/GOV@GSA

cc  Carol A. Vance/WPD/RW/GSA/GOV@GSA

 02/02/2006 09:59 AM

Subject   Gross Margin report

Barbara:

Attached is the gross margin report.

Gross margin report.xls

Abdulai Conteh
Program Analyst
Metropolitan Service center
(202) 219-3338
(202) 692-3305



**Abdulai
Conteh/WPD/RW/GSA/GOV**

02/23/2006 08:55 AM

To  Mary L. Hewson/WPD/RW/GSA/GOV@GSA

cc  Barbara A. Sisco/WPD/RW/GSA/GOV@GSA, Carol A.
    Vance/WPD/RW/GSA/GOV@GSA, peter.arend@gsa.gov

bcc

Subject  Re: CBR's

Mary :

The spread sheet I gave you is just for you to have  an Idea of what the excess entails. I had review all of the CBr's I gave you
I just want you to Initial and agreed or disagreed with the CBR's.
My focus  is 2006 and 2008  square footage and  rates  should match the OA, if there is a variance or lease
expiration within  the period ( 2008) in question I need to know if there is a superseding project.
If there is a termination, I need to know if  the termination is a  move  to another  GSA office space or a true termination

Abdulai Conteh
Budget  Analyst
Metropolitan Service center
(202) 219-3338
(202) 692-3305
Mary L. Hewson/WPD/RW/GSA/GOV



**Mary L.
Hewson/WPD/RW/GSA/GOV**

02/23/2006 07:53 AM

To  Abdulai Conteh/WPD/RW/GSA/GOV@GSA

cc  Barbara A. Sisco/WPD/RW/GSA/GOV@GSA, Carol A.
    Vance/WPD/RW/GSA/GOV@GSA, peter.arend@gsa.gov

Subject  Re: CBR's

Abdul,

This spreadsheet is not accurate.  I took the entire package you gave me yesterday to my all-day meeting. I was able to review each one in detail.

The spreadsheet you gave me showed I only had 26 CBR's to review.    The attached spreadsheet shows I have 28 CBR's to review.  (I don't know where the difference is.)  It turns out, the package  you gave me actually contains 74 CBR's for review.  In that entire package, you only provided me with one copy of an OA.

Yesterday I was able to complete the review on 10 of the CBR's because I do not need a copy of the OA to complete the review because the lease has terminated, is terminating, or some other reason.  I have spelled out the reasons on each sheet.  I will have these brought over to you this morning.

I am working on the rest but they all require that I print out OA's or SLA's for your Rentest.

I will submit them to you as I complete them.

Mary L. Hewson, RPA, FMA, CCIM
Contracting Officer/Senior Realty Specialist
Metropolitan Service Center (WPD)

General Services Administration
1099 14th Street, NW, Suite 200W
Washington, DC 20005
202/219-2497
202/438-8732 (Cell)
202/219-2371 FAX

"WE CANNOT CONTROL THE STIMULI, ONLY OUR RESPONSE TO IT."

Creating a successful future at GSA by living our values everyday and working together to achieve our goals.

Abdulai Conteh/WPD/RW/GSA/GOV



| Abdulai Conteh/WPD/RW/GSA/GOV | | |
|---|---|---|
| 02/22/2006 09:33 AM | To | Mary L. Hewson/WPD/RW/GSA/GOV@GSA |
| | cc | Carol A. Vance/WPD/RW/GSA/GOV@GSA, Barbara A. Sisco/WPD/RW/GSA/GOV@GSA |
| | Subject | CBR's |

Mary:

Per our discussion, attach is an excel spread sheet I created. I'll like you
to agreed to my finding regarding the discrepancy on the CBR's and the OA.
Please just pencil your comments and I'll update my sheet, this is due
to time constraints.
If you have any comments and concerns let me know.



Mary Hewson CBr's.xls

Abdulai Conteh
Budget Analyst
Metropolitan Service center
Phone (202) 219-3338
Efax (202) 692-3305

**RENT ESTIMATE 2008**
**Metropolitan Service Center CBRs**

| | Lease # | CBR Number | Building Name | Agency | Sq Ft. (RSF)2006 | Sq Ft. (RSF) 2008 | Shell Rate 2006 | Shell Rate 2008 | Annual Rent 200 | Annual Rent 200 | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LMD01200 | MO0004613 | The Tower Building | HHS | 25,030 | 25,030 | $20.63 | $20.63 | $797,846.48 | $964,492.00 | |
| 2 | LMD01504 | MO0010503 | The Tower Building | HHS | 64,423 | 64,423 | $21.07 | $21.07 | $2,155,178.56 | $2,156,178.00 | |
| 3 | LMD01694 | MO0072439 | Twinbrook metro Plaza | HHS | 24,410 | 24,410 | $18.36 | $18.68 | $726,172.56 | $748,035.00 | |
| 4 | LMD01504 | MO0077940 | The Tower Building | HHS | 30,519 | 30,520 | $21.58 | $21.58 | $1,028,940.60 | $1,077,067.00 | |
| 5 | LMD01872 | MO0081166 | 370 Tech Center | HHS | 115,383 | 115,383 | $12.24 | $12.24 | $1,794,897.19 | $1,983,117.00 | |
| 6 | LDC01513 | DC0074335 | 1220 L Street, NW | HHS | 222,851 | 281,499 | $18.28 | $22.00 | $435,810.00 | $471,885.00 | |
| 7 | LMD00327 | MO0018969 | Woodmont Office Ctr | HHS | 91,662 | 91,662 | $16.73 | $18.66 | $2,376,493.44 | $2,612,488.00 | |
| 8 | LMD00327 | MO0019019 | Calverton Off Park 7 | HHS | 12,765 | 12,765 | $18.28 | $17.09 | $228,145.05 | $320,222.00 | |
| 9 | LMD06532 | MO0019039 | E Church St | HHS | 10,005 | 10,005 | $14.44 | $23.67 | $482,563.05 | $491,970.00 | |
| 10 | | MO0019040 | MO011 | HHS | 82,100 | 82,100 | $34.19 | $7.78 | $2,806,669.32 | $2,091,067.00 | |
| 11 | | MO0019041 | B1- Animal caretakers | HHS | 3,348 | 3,348 | $34.19 | $7.78 | $114,468.12 | $36,128.00 | |
| 12 | | MO0019042 | B2-Research FAC Dogs | HHS | 8,355 | 8,355 | $34.19 | $7.78 | $285,657.45 | $90,155.00 | |
| 13 | | MO0019043 | B3-Research Fac Lamb | HHS | 5,189 | 5,189 | $34.19 | $7.78 | $177,411.96 | $55,992.00 | |
| 14 | | MO0019044 | B4-Research FAC Swin | HHS | 5,189 | 5,189 | $34.19 | $7.78 | $177,411.96 | $55,992.00 | |
| 15 | | MO0019045 | C1Animal Caretakers | HHS | 5,021 | 5,021 | $34.19 | $7.78 | $171,668.04 | $54,179.00 | |
| 16 | | MO0019046 | 8501 G Murkirk Rd | HHS | 5,197 | 5,197 | $34.19 | 7.78 | $177,685.44 | $56,079.00 | |
| 17 | | MO0019047 | C3 Research FAC Cows | HHS | 6,828 | 6,828 | $34.19 | $7.78 | $233,380.92 | $73,656.00 | |
| 18 | | MO0019048 | C4-Research FAC/SHEE | HHS | 4,730 | 4,730 | $34.19 | $7.78 | $161,718.72 | $51,039.00 | |
| 19 | | MO0019049 | C5-Research FAC-CATT | HHS | 5,571 | 5,571 | $34.19 | $7.78 | $190,472.52 | $60,114.00 | |
| 20 | | MO0019050 | 8501 Lmaurkirk RD | HHS | 12,299 | 12,299 | $34.19 | $8.31 | $420,502.92 | $65,308.00 | |
| 21 | | MO0019051 | D2-Feed Mix | HHS | 9,157 | 9,157 | $34.19 | $7.78 | $313,077.84 | $88,809.00 | |
| 22 | | MO0019052 | E1-Research FAC-POUL | HHS | 11,334 | 11,334 | $34.19 | $7.78 | $387,509.52 | $122,301.00 | |
| 23 | | MO0019053 | F1-Quarantine | HHS | 6,520 | 6,520 | $34.19 | $7.78 | $222,918.94 | $70,355.00 | |
| 24 | | MO0019054 | H-Aquaculture | HHS | 13,528 | 13,528 | $34.19 | $7.78 | $462,522.36 | $145,970.00 | |
| 25 | | MO0019055 | I-Hay Storage | HHS | | 2,828 | | 2.87 | | $9,040.00 | |
| 26 | | MO0019056 | M-Animal Loafing | HHS | 0.00 | 980 | $0.00 | $5.65 | $0.00 | $6,490.00 | |
| 27 | | MO0019057 | 8501 T Murkirk Rd | HHS | | | | | | | |
| 28 | | MO0019058 | N-Pump Equipment | HHS | 0 | 0 | 0 | 5.65 | 0 | 992 | |



**Barbara A.
Sisco/WPD/RW/GSA/GOV**
03/16/2006 11:19 PM

To   Abdulai Conteh/WPD/RW/GSA/GOV@GSA

cc   Carol A. Vance/WPD/RW/GSA/GOV@GSA

bcc

Subject   Re: Rent est 75% submission 

Abdulai,
Please forward the listing or copies of CBR's that are ready for approval. Have you followed up with Mars to determine whether all of the High Profile CBR's received concurrence from the RGA's? Once you have reviewed and receive concurrences they can be submitted for approval. We have a lot to accomplish over the next two weeks.

Barbara Sisco
Metropolitan Service Center (WPD)
Financial Management Branch Manager
202 219 1779 - Desk 202 219 2317

Abdulai Conteh/WPD/RW/GSA/GOV

**Abdulai
Conteh/WPD/RW/GSA/GOV**
03/16/2006 05:18 PM

To   Barbara A. Sisco/WPD/RW/GSA/GOV@GSA

cc   Carol A. Vance/WPD/RW/GSA/GOV@GSA

Subject   Rent est 75% submission

Barbara:

Attach is the Rent estimate page, justifying that we made our 75% submission

Abdulai Conteh
Budget Analyst
Metropolitan Service center
(202) 219-3338
(202) 692-3305
----- Forwarded by Abdulai Conteh/WPD/RW/GSA/GOV on 03/16/2006 06:15 PM -----

A 2 page(s) fax has been received from 2022192378.

For more information follow this document link to the inbound log entry. ->


Attach1.tif

# 2008 Rent Estimate
## View CBRs for Metropolitan Services Division

| Not Reviewed (97) | | | | | | | |
|---|---|---|---|---|---|---|---|
| DC0018403 | DC0018404 | DC0018656 | DC0018801 | DC0060760 | DC0063292 | DC0064326 | DC0064979 |
| DC0064963 | DC0066878 | DC0068332 | DC0068333 | DC0068334 | DC0068335 | DC0078028 | DC0079323 |
| DC0079482 | DC0080215 | DC0080268 | DC0080281 | DC0080283 | DC0080286 | DC0080287 | DC0080288 |
| DC0080290 | DC0080334 | MD0018876 | MD0018969 | MD0018974 | MD0018982 | MD0019019 | MD0019039 |
| MD0019052 | MD0019107 | MD0019111 | MD0050812 | MD0051573 | MD0052523 | MD0060488 | MD0061253 |
| MD0061500 | MD0062372 | MD0067321 | MD0068174 | MD0069065 | MD0069557 | MD0069985 | MD0071039 |
| MD0078009 | MD0079589 | MD0080411 | MD0080627 | MD0081611 | VA0019251 | VA0019338 | VA0019361 |
| VA0019448 | VA0052567 | VA0058344 | VA0060947 | VA0062747 | VA0064411 | VA0064891 | VA0065728 |
| VA0065734 | VA0066481 | VA0067255 | VA0067337 | VA0068930 | VA0069282 | VA0069361 | VA0069684 |
| VA0071980 | VA0073223 | VA0074216 | VA0074680 | VA0076316 | VA0076331 | VA0077271 | VA0078218 |
| VA0078293 | VA0079581 | VA0079632 | VA0079786 | VA0079821 | VA0079859 | VA0079891 | VA0079957 |
| VA0080330 | VA0081287 | VA0081313 | VA0081354 | VA0081408 | VA0081411 | VA0081429 | VA0081442 |
| VA0081609 | | | | | | | |

| Needs Research (26) | | | | | | | |
|---|---|---|---|---|---|---|---|
| DC0018189 | DC0018769 | DC0052978 | DC0057247 | DC0057730 | DC0075066 | MD0019034 | MD0019035 |
| MD0019090 | MD0053255 | MD0073211 | MD0074206 | MD0077457 | VA0019531 | VA0051625 | VA0060341 |
| VA0060343 | VA0060522 | VA0061427 | VA0061478 | VA0073103 | VA0074110 | VA0075959 | VA0076689 |
| VA0079853 | VA0080596 | | | | | | |

| Reviewed (292) | | | | | | | |
|---|---|---|---|---|---|---|---|
| DC0018188 | DC0018202 | DC0018205 | DC0018206 | DC0018304 | DC0018328 | DC0018329 | DC0018330 |
| DC0018383 | DC0018703 | DC0050308 | DC0051638 | DC0052428 | DC0055441 | DC0055689 | DC0055982 |
| DC0056695 | DC0058978 | DC0060996 | DC0061487 | DC0061972 | DC0065915 | DC0068192 | DC0068331 |
| DC0068437 | DC0069613 | DC0070177 | DC0071590 | DC0071664 | DC0071982 | DC0073210 | DC0074335 |
| DC0075056 | DC0079027 | DC0079086 | DC0079283 | DC0079612 | DC0079822 | DC0079866 | DC0080612 |
| MD0018875 | MD0018877 | MD0018878 | MD0018879 | MD0018880 | MD0018881 | MD0018894 | MD0018902 |
| MD0018909 | MD0018945 | MD0018965 | MD0018978 | MD0018998 | MD0019002 | MD0019018 | MD0019040 |
| MD0019041 | MD0019042 | MD0019043 | MD0019044 | MD0019045 | MD0019046 | MD0019047 | MD0019048 |
| MD0019049 | MD0019050 | MD0019051 | MD0019053 | MD0019054 | MD0019055 | MD0019056 | MD0019057 |
| MD0019058 | MD0019059 | MD0019060 | MD0019061 | MD0019099 | MD0019121 | MD0050495 | MD0051260 |
| MD0053954 | MD0054450 | MD0055109 | MD0055648 | MD0056866 | MD0058615 | MD0059635 | MD0060197 |
| MD0060215 | MD0061299 | MD0062264 | MD0062265 | MD0062266 | MD0064590 | MD0064813 | MD0065742 |
| MD0068933 | MD0068948 | MD0069047 | MD0069052 | MD0069631 | MD0069634 | MD0070292 | MD0070294 |
| MD0070373 | MD0070593 | MD0070603 | MD0070780 | MD0070915 | MD0071379 | MD0071637 | MD0072417 |
| MD0072439 | MD0072599 | MD0072733 | MD0073371 | MD0073505 | MD0073523 | MD0073542 | MD0073894 |
| MD0075662 | MD0075679 | MD0075690 | MD0076553 | MD0076591 | MD0076655 | MD0077140 | MD0077173 |
| MD0077253 | MD0077254 | MD0077358 | MD0077430 | MD0077825 | MD0077940 | MD0078017 | MD0078194 |
| MD0078474 | MD0079696 | MD0079704 | MD0079978 | MD0080071 | MD0080120 | MD0081166 | MD0081168 |
| MD0081447 | VA0019147 | VA0019180 | VA0019184 | VA0019313 | VA0019317 | VA0019363 | VA0019364 |
| VA0019369 | VA0019382 | VA0019402 | VA0019404 | VA0019421 | VA0019426 | VA0019433 | VA0019436 |
| VA0019499 | VA0019545 | VA0019571 | VA0050660 | VA0051221 | VA0051274 | VA0051320 | VA0052007 |
| VA0052016 | VA0052047 | VA0052510 | VA0052408 | VA0052409 | VA0052464 | VA0052554 | VA0053123 |
| VA0053147 | VA0053552 | VA0054129 | VA0054465 | VA0054589 | VA0054672 | VA0055070 | VA0055111 |
| VA0055347 | VA0055453 | VA0055935 | VA0056479 | VA0056745 | VA0057116 | VA0057161 | VA0057202 |
| VA0057723 | VA0057912 | VA0058158 | VA0058218 | VA0058330 | VA0058345 | VA0058350 | VA0058441 |
| VA0058553 | VA0058569 | VA0058583 | VA0058630 | VA0058700 | VA0059574 | VA0059988 | VA0060258 |
| VA0060336 | VA0060359 | VA0060514 | VA0060634 | VA0061694 | VA0061711 | VA0062298 | VA0062374 |
| VA0062380 | VA0062832 | VA0063990 | VA0063991 | VA0064257 | VA0064723 | VA0065488 | VA0065496 |
| VA0066752 | VA0067350 | VA0067884 | VA0068004 | VA0068126 | VA0068569 | VA0068572 | VA0069340 |
| VA0069654 | VA0070566 | VA0070987 | VA0071335 | VA0072243 | VA0073007 | VA0073344 | VA0073429 |

| VA0073564 | VA0074109 | VA0074385 | VA0074437 | VA0074459 | VA0074719 | VA0074825 | VA0075028 |
|-----------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|
| VA0075053 | VA0075175 | VA0075399 | VA0075530 | VA0075703 | VA0076000 | VA0076026 | VA0076318 |
| VA0076377 | VA0077270 | VA0077916 | VA0077944 | VA0077945 | VA0077982 | VA0077983 | VA0078182 |
| VA0078442 | VA0078928 | VA0079001 | VA0079187 | VA0079301 | VA0079414 | VA0079415 | VA0079510 |
| VA0079618 | VA0079784 | VA0079808 | VA0079833 | VA0079842 | VA0079843 | VA0079844 | VA0079846 |
| VA0079847 | VA0079850 | VA0079870 | VA0079958 | VA0080336 | VA0080386 | VA0080387 | VA0080586 |
| VA0080701 | VA0080871 | VA0081266 | VA0081839 | | | | |

# Main

Show All CBRs    Show Owned CBRs    Show Leased CBRs
Show Priority CBRs    Priority Owned CBRs    Priority Leased CBRs

Business Resources Primer Site

Page Load Time: 0.42 seconds.
Function Call Time: 0.23 seconds.
Last Modified: 03/16/2006 18:10:22



Roland H.
Caton/WPD/RW/GSA/GOV
12/13/2006 09:10 AM

To   Barbara A. Sisco/WPD/RW/GSA/GOV@GSA
cc
bcc
Subject   Notes on AC



Here you go.  FYI.  RC


BA61 Team leader notes on A Conteh .doc

BA61 Team
Team Leader Notes
On
Abdulai Conteh


Abdulai Conteh became a member of the Metropolitan Services Center BA61 Team at the end of May, 2006.

I began meeting with him on 05-31-06, at which time I described his duties and responsibilities. I sent him email confirming this meeting.

In the first weeks of June 06, I gave him formal one-on-one training on how to prepare the fund status analysis, understanding the findings, do research, annotate findings, and take corrective action when/where necessary.   I followed up these meetings with emails which contained electronic copies of all training documents we had reviewed together, as well as templates of the various fund status analysis documents he would need to create the monthly fund status analysis by function and building.

He was assigned the A10 Cleaning and A40 O&M functions. By mid July, we had finished all training. We agreed that he would perform his first fund status analysis during calendar month July on book month June data.

The team reports out the last Tuesday of every month. Each team member reports on their program/ functional area. To ensure the best analysis possible, and to make corrections where possible before the end of the book month; team members prepare and forward drafts of their work to me, at least one draft per function, per week.

Calendar July for June Data
Abdulai's first drafts for both A10 and A40 contained numerous errors (see email dated 07-13, 9:58 am) in format, formulae, income, adjustments, AND did not contain any remarks/corrective action. I sent him emails with detailed explanations and corrections. His second draft showed improvement in formatting but no annotated corrective action/remarks.

In a 07-19; 9:45 AM email, I restated that he was responsible for downloading, formatting and analysis on his own. He was supposed to report out on the last Tuesday, but instead took MCI training. He emailed another member of the BA61 team and told her to report out for him. I spoke to the associate and told her I would report out.

Each analyst must account for any variances above/below $100K. For the June A10 fund status by building, according to Abdulai's document, there were 8 buildings with variances above/below the $100K threshold. Abdulai remarked/noted actions for 3 of these buildings. All 3 action/remarks were given to him by me; they were not based on his own research. The other 5 buildings received no annotations from Abdulai.

1

For the June A40 fund status by building, according to Abdulai's document, there were 13 buildings with variances above/below the $100K threshold. Abdulai remarked/noted actions for 7 of these buildings. Of the 7, 2 action/remarks came directly from me, and the other 5 were vague and needed further explanation. The remaining 6 buildings received no remarks/corrective action.

At a minimum, a budget analysis must be proficient in doing research, and taking corrective action. Abdulai did not show such proficiency.

Note: As budget team leader, my job is to encourage and train. My forte is positive reinforcement and motivation. I see progress in his format mechanics skills (being able to format cells and download data); however I see no progress in his comprehension skills. Once he gets a number, he does not know what it means, or how to research or resolve issues.

Calendar August for July Data
Abdulai was on sick leave and did not prepare reports for this book month.

Calendar September for August Data
Since Abdulai did not return until mid September, and since he was needed by the Pegasys team for end of year processing of documents, I decided to give him a pass on preparing fund status analysis for this month. I reported out on A10 and A40 August data.

Calendar October for September Data
I advised Abdulai to prepare the A10 and A40 fund status analysis by building for the end of the fiscal year. In an email dated 10-26-06, I reminded him that from now on he had to work solo, do his own work. I reiterated this because several members of the BA61 team had told me confidentially that he continued to ask for one on one training from them.

In an email dated 11-01-06 09:15 AM; I again gave him a detailed list of format errors. In an email dated 11-06-06, I reviewed his final numbers for end of year. And I told him that the numbers were correct.

Note; September is the easiest fund status to prepare – in terms of number crunching – because there are no adjustments for anticipated income, anticipated obligations, or lump sum actions.

Further review of his analysis; showed that he did not address any variances above or below $100K. He did not insert a remarks/corrective action column.

Calendar November for October Data
Review of Abdulai's fund status analysis by building for A10 and A40 for book month October showed that the bottom-line numbers did tie to the overall fund status analysis numbers for A10 and A40.

As to the remarks/actions column, he did place remarks in the column for most of the positive numbers, but again did not address the negative variances over $100K. I am still uncertain that he understands the concept. Many of the remarks need further clarification and research. Some of the remarks do NOT address the issue or could be the cause.

In A10, 12 buildings required remarks/corrective action, but only 6 were addressed. Of the 6 buildings annotated with remarks, none addressed the issue and some remarks were simply incorrect. In A40, 14 buildings required remarks/corrective action, and 11 were addressed. Of the 11 buildings annotated with remarks, 3 remarks were given to Abdulai by me; 2 remarks were incorrect and the other 6 required further research.

Conclusions
The associate has been given numerous training sessions, both one on one with me, and with other members of the BA61 team. While the associate has rudimentary skills in downloading of data and excel software format mechanics; still, he does NOT grasp nor understand the research and corrective action skills necessary to be a proficient GS-11 budget analyst.

3



Carol A.
Vance/WPD/RW/GSA/GOV
02/10/2006 03:20 PM

To  Abdulai Conteh/WPD/RW/GSA/GOV@GSA

cc  Barbara A. Sisco/WPD/RW/GSA/GOV@GSA

bcc

Subject  Fw: Rent Est

Abdulai:

One more thing.  Think about how you want to approach the review of the remaining CBRs.  We have 385 more CBRs to review.  Let me know your thoughts on Monday.

Thanks!

Carol A. Vance
Metropolitan Services Division
1099 14th Street, NW, Suite 200W
Washington, DC  20005
202 219 1937 - Desk  /  202 208 6019 or 202 692 3343 - Fax
Have a Blessed day!!

CREATING A SUCCESSFUL FUTURE AT GSA
by living our values everyday and working together to achieve our goals!
----- Forwarded by Carol A. Vance/WPD/RW/GSA/GOV on 02/10/2006 03:16 PM -----



Carol A.
Vance/WPD/RW/GSA/GOV
02/10/2006 03:13 PM

To  Abdulai Conteh/WPD/RW/GSA/GOV

cc  Barbara A. Sisco/WPD/RW/GSA/GOV@GSA

Subject  Fw: Rent Est

Thanks Abdulai for reviewing and moving the High Profile CBRs to the appropriate categories.

1.)  Please finalize, before you leave today, the High Profile spreadsheet by updating the comments, ensuring the data is entered correctly and ensuring that all CBRs are accounted for.

2.)  Please prepare a coversheet for the RGAs to concur on the High Profile CBRs.  The coversheet should include (not necessarily in this order):

    CBR number
    Building name
    2006 annual cost and rate compared to the 2008 annual cost and rent
    Project number (if applicable)
    - annual cost and rate
    RGA
    Lease number
    OA number that supports the rate

Thanks again!


Carol A. Vance
Metropolitan Services Division

1099 14th Street, NW, Suite 200W
Washington, DC 20005
202 219 1937 - Desk / 202 208 6019 or 202 692 3343 - Fax
Have a Blessed day!!

CREATING A SUCCESSFUL FUTURE AT GSA
by living our values everyday and working together to achieve our goals!
----- Forwarded by Carol A. Vance/WPD/RW/GSA/GOV on 02/10/2006 03:03 PM -----



Carol A.
Vance/WPD/RW/GSA/GOV

02/09/2006 03:30 PM

To  Barbara A. Sisco/WPD/RW/GSA/GOV

cc  Abdulai Conteh/WPD/RW/GSA/GOV@GSA

Subject  Rent Est


Barbara:

We will need to reschedule the 4:00pm review meeting to 9:30 tomorrow morning. Currently we have 4 CBRs for possible approval. The balance still needs to be reviewed. Suzette has given us an extension until 12:00n tomorrow. This is the final extension, the BRB has to prepare a report for upper management on Monday.

Abdulai:

Please be prepared for tomorrow morning's meeting.

We need to begin moving the CBRs. Currently all CBRs are in the "not reviewed" bucket. All high profile CBRs **must** be moved from "not reviewed" by 12:00n tomorrow.   Once you've finished your review, begin moving the CBRs to the appropriate buckets as follows.

        For CBRs that require intense review or discussion with the RGA, move the CBR to the  "needs research" bucket
        For CBRs where the RGA has verbally concurred, move to the "review" bucket; once the RGA signs and concurs, move to the "approved" bucket.

If you have questions, let me know.

Thanks much!


Carol A. Vance
Metropolitan Services Division
1099 14th Street, NW, Suite 200W
Washington, DC 20005
202 219 1937 - Desk / 202 208 6019 or 202 692 3343 - Fax
Have a Blessed day!!

CREATING A SUCCESSFUL FUTURE AT GSA
by living our values everyday and working together to achieve our goals!



**Barbara A.**
**Sisco/WPD/RW/GSA/GOV**
02/09/2006 07:12 PM

To   Carol A. Vance/WPD/RW/GSA/GOV@GSA

cc   sharon.banks@gsa.gov

bcc

Subject   Re: Workload

Carol,

Please do not distribute the delegated caseload between Jamie and Abdulai.  Abdulai is unable to effectively manage his existing caseload of 25 DC leases.  Jamie will need to manage all of the delegated leases.  Thanks.

Barbara Sisco
Metropolitan Service Center (WPD)
Financial Management Branch Manager
202 219 1779 - Desk 202 219 2317


Carol A. Vance/WPD/RW/GSA/GOV



**Carol A.**
**Vance/WPD/RW/GSA/GOV**
02/09/2006 01:42 PM

To   Barbara A. Sisco/WPD/RW/GSA/GOV@GSA

cc

Subject   Workload


Here's the workload assignment.  Cynthia has 123 Virginia lease; Jamie has 90 Maryland leases; Abdulai has 25 DC Leases.  I'm going to redistribute the delegated caseload and split it between Jamie and Abdulai.    Doing this will balance out the caseload between Cynthia and Jamie.

Cynthia will be responsible for **45%** of the Metropolitan lease workload (123 Virginia leases)
 - In addition,  to Data Accuracy

Jamie will be responsible **40%** of the Metropolitan lease workload (90 MD leases and 19 Delegated leases)
 - In addition to FFO

Abdulai will be responsible for **15%** of the Metropolitan lease workload (25 DC lease and 18 Delegated Leases)
 - In addition to the 2008 Rent Est, and Federal Assignments as needed.




Metro Lease as of Feb 2006.xls


Carol A. Vance
Metropolitan Services Division
1099 14th Street, NW, Suite 200W

Washington, DC  20005
202 219 1937 - Desk  /  202 208 6019 or 202 692 3343 - Fax
Have a Blessed day!!

CREATING A SUCCESSFUL FUTURE AT GSA
by living our values everyday and working together to achieve our goals!



Carol A.
Vance/WPD/RW/GSA/GOV
04/27/2006 08:09 AM

To   Barbara A. Sisco/WPD/RW/GSA/GOV@GSA
cc
bcc
Subject   SLA Error

Barbara: Here's an example of an CPI SLA from Abdulai that was calculated incorrectly even after we had discussion about how to interpret the SFO.

Carol A. Vance
Metropolitan Services Division
1099 14th Street, NW, Suite 200W
Washington, DC  20005
202 219 1937 - Desk  /  202 208 6019 or 202 692 3343 - Fax
Have a Blessed day!!

CREATING A SUCCESSFUL FUTURE AT GSA
by living our values everyday and working together to achieve our goals!
----- Forwarded by Carol A. Vance/WPD/RW/GSA/GOV on 04/27/2006 08:08 AM -----



**2022192378**
04/27/2006 08:09 AM

Please respond to
2022192378@FAX

To   Carol A. Vance/WPD/RW/GSA/GOV
cc
Subject   Fax Received: 2022192378 [3343] 1 page(s)


A 1 page(s) fax has been received from 2022192378.

For more information follow this document link to the inbound log entry. ->


Attach1.tif

| GENERAL SERVICES ADMINISTRATION | SUPPLEMENTAL AGREEMENT | | DATE |
|---|---|---|---|
| PUBLIC BUILDINGS SERVICE | | No. 12 | |
| SUPPLEMENTAL LEASE AGREEMENT | TO LEASE NO. | GS-11B-01275 | |
| ADDRESS OF PREMISES | 122 C Street, NW | | |
| | Washington, DC 20001 | | |

THIS AGREEMENT, made and entered into this date by and between ZG 122 C Street, LLC

whose address is:

C/O Zuckerman Gravely Development, Inc
Chevy Chase, MD 20815

Hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WHEREAS, the parties hereto desire to amend the above Lease.

NOW THEREFORE, these parties for the considerations hereinafter covenant and agree that the said lease is hereby amended effective    March 1,2006    as follows:

Issued to reflect the annual ·    ············ ·········ided for in the basic lease agreement.

| | |
|---|---|
| Base (CPI-W-U.S. City | 181.90 |
| Corresponding Index | 194.20 |
| Base Operating Cost F | $180,416.00 |
| % Increase in CPI-W | 0.067619571 |
| Annual Increase in Op | $12,199.65 |
| Less Previous Escala | $5,355.95 |
| Annual Increase in Op | $6,843.70 |

*Please reread the
SPO Clause. Inc
SLA is not calculated
properly.*

Effective    March 1,2006
The new  annual rent is    ····    per month.

All other terms and condition

IN WITNESS WHEREOF, t
LESSOR:    ZG 122 C Street,

BY_____
(Signature)

IN THE PRESENCE OF

_____
(Signature)

(Title)

(Address)

UNITED STATES OF AJ

BY _____
(Signature)

'.Metro metropolitan services Division
(Official Title)

GSA FORM 276



**Notice of proposed Removal of Mr. Conteh in the Middle of Litigation**      Thursday, July 24, 2008 5:45 PM

From: "obinna duruji" <oduruji@yahoo.com>
To: "Kenneth Adebonojo" <kenneth.adebonojo@usdoj.gov>
Cc: oduruji@yahoo.com
Bcc: "Abdul Conteh" <aconteh21@yahoo.com>

Mr. Adebonojo:

On 7/23/08, Karen E. Smith, (Supervisory Program Analyst, Metropolitan Service Center (WPD) who reports directly to Ms. Sisco) issued a 9 page Notice of Proposed Removal to Mr. Conteh recanting baseless or concocted allegations dating back to December 4, 2006 to the present and gave him 15 days to show cause why he should not be terminated.

Now, you know and should know that this is continuing retaliatory harassment especially considering that most of these allegations had been addressed previously and proven to be false in the presence of Union reps. This rekindled intimidation aggravates existing hostile work environment and compounds Plaintiff's case against GSA for discrimination, retaliation and hostile work environment.

Please withdraw or cause this Notice of Proposed Removal to be withdrawn, rescinded or quashed on or before 7/3/08. If it's not rescinded by 7/30/08, Plaintiff will file apprpriate motions in Court to enjoin GSA and/or to quash the Removal Notice and seek costs, attorney's fees and sanctions against both you and your client. I hope that you will not allow the situation to get to that point.

Please call me if you have any questions or wish to discuss this matter further.


Thank you.




Obinna Duruji, Esq.  DURUJI LAW FIRM, PC  Attorneys & Counselors at Law  7600 Georgia Avenue, NW, Suite 217  Washington, DC 20012  Toll Free: 1-800-659-8059  Local Tel: 202-722-0961  Facsimile: 815-642-8070  www.durujilaw.com  Email: obi@durujilaw.com

**Conteh's Rebuttal to Allegations in Notice of Proposed Removal**
**And Request that the Notice be Rescinded**

1.      Paragraphs 1, 2 and 3 refers. On 11/28/07, Karen Smith who I had only worked with for approximately 2 months issued me a PIP while on 09/28/2007, the same Ms. Smith, (before she was briefed to get rid of me by Ms. Cisco), gave me an award for my outstanding work. See Attachment 1 which contradicts her allegations in the PIP of 11/28/07.

2.      On page one paragraph 3of the Notice, Ms. Smith indicated that I failed critical elements 3 and 4. This is strange because I had only worked for her barely 2 months and this allegation contradicts her assessment of me on 09/28/07 when she gave me an award for my outstanding work. How could I have gone from outstanding work on 09/28/07 to failure of critical elements 3 and 4 on 11/28/07?

On 12/4/2007, my union Representative Mr. O' brycki requested a meeting regarding the false allegations in the 11/28/07 PIP. See Attachment 2.

Ms. Smith cancelled most of the meetings scheduled to discuss her allegations in the PIP. See Attachments 3, 4 and 5.

On 01/30 / 2008, Mr. O'brycki sent an email proposing to meet with Ms. Smith and told her how anxious I was to demonstrate my skills and to prove that the PIP allegations are false. On the same day, Ms. Smith cancelled the meeting proposed for 02/05/2008. See Attachment 6.

On 02/05/2008, we met at GSA's conference room. The attendees from GSA Managentment were Karen Smith, Anthony Marble and Roland Caton. I was represented by Latoya Bell and Robert O'brycki from the Union.

Ms. Smith indicated to my union representatives that she want me to process pegasys documents in the presence of all there, to show the union my weaknesses in questions. I processed all the documents that she assigned to me and also corrected documents that were processed by my colleagues without any error and to their utter amazement. She stated that I did very well. Anthony Marable, my team leader also confirmed the accuracy of my work.

Since that 02/05/08, I was not given any training as mandated by the MOU with the Union Agreement for any one who is on a PIP. Since that performance meeting, Ms. Karen Smith didn't schedule anymore meeting. Ms. Smith and Mr. Marable's affirmation of my work as accurate negated the PIP. Their failure to provide the mandatory training for any person on a PIP underscored the fact that the PIP lacked merit.

Surprisingly, on July 23, 2008, the same Ms. Smith issued me a Notice of Proposed Removal based on false information and allegations.

Page 2 Critical Element 3.

The numbers I used for the Fund Status were based on the Federal Management Information system (FMIS). The 2.2 M WPD received was not communicated to me by Roland Caton. Metropolitan Service Delivery Team does not have a budget. The Federal Government as a whole was on a 'continued resolution' since we closed our books in September 30, 2007.

For the record, BA 61 Team did not prepare Fund Status in the month of December because the FMIS do not usually have accurate numbers in December because the income section is sometimes zero due to closure of books on September 30 of each year. See Attachment 7.

Page 4 January 2008 Exhibit 8.
   (a.) Roland Caton apologized for his mistake in thinking that I should have used 217. I used 262, which Mr. Caton later confirmed to be correct and apologized in presence of my Union Representatives Ms. Bell and Mr. O'brycki. See Attachment 7.

(b) The anticipated income figure had not given to me by Mr. Caton at the time of my initial report. So, my report was based on FMIS numbers. My recollection is that I received the anticipated obligation on 01/09/2008 and not income. See Attachment 7.

(c) See response to (b) above. See Attachment 7.

(d) This was the information given to me by the Contracting Officer, (CO), Joe Deniero. He is the CO and I had no reason to doubt his numbers. So I used the information that he provided.

(e) Per conversation with the CO, I did not post the $1.9 million because the option year had not started as confirmed by Mr. Caton's email on 01/23 /2008 which cautioned to "double check with CO: has the option year started?" There are several buildings at FDA viz: White Oak MD0334ZZ, MD0709ZZ, MD0765ZZ, MD0804ZZ to name a few. See Attachment 8.

(f) See response to e above. See Attachment 8.

(g) My lump action amount is the same $14,679.00 which Mr. Caton affirmed to be correct. So, his remark is unclear and merely calculated to cast aspersion which is the target of the entire notice allegations.

(h) My remarks are accurate per the CO, Mr. Deniero. The option year at the time of my report had not been posted which caused the variance. See Attachment 8.

PAGE 5

3. February 20 2008

On 02/07/2008, Mr. Caton sent us a friendly reminder asking us to prepare our Fund Status by 02/19/08. See Attachment 9.

On numerous times I asked for the anticipated obligation and Caton promised to send it to us. Caton told us to use estimates of the previous formula as he had earlier advised. I did not know that it was a set up against me.

On 2/20 /2008 I sent my Fund Status to Caton, Marable and Smith. I verbally told Mr Caton that I had sent my draft Fund Status to him in the morning of that day. Mr. Caton immediately sent me the numbers after that conversation and apologized for delaying the numbers. See Attachments 10 and 11.

However, Caton indicated that my numbers are close to his numbers even though I used FMIS and a routine formula that had been used in the past. The purpose of Fund Status is to track allocated fund and expenditure. So, being close is good enough because it is a daily activity.   See Attachment 12.


Page 6: CRITICAL ELEMENT 6 PEGASYS SUPPORT.

(1) The allegation is untrue. I signed for 23 and processed 23 documents.  See Attachment 13.

(b) On 12/05/2007, I processed only one document (PJN03451). I did not process PJ8N00105. See Attachment 13.

(c) This is a false statement. See Attachment 14. I processed only one document on 12/05/2007 (PJ7N03451).

(d) d, e, and f are all false. I processed only two documents on 12/11/2007. I cancelled one 1B5N02316 and PN7N00208.  See Attachment 15.

(g) On 12/15/2007, I did not process any document. See Attachment 16.

This invoice was paid on the same day I processed it without any qualms by the accounting department. Further, the receiving report documents were provided to me by the CO, Cynthia Brown with the invoice # (4658 A). Ms Brown signed the receiving report on 12/5/2007 indicating the invoice number to be 4658A. The signed report was a more dependable basis for processing and has more probative value over an unsigned invoice.

This kind of petty allegation, distinction without a difference, shows how desperate Defendants and its agents are to get me by all means. See Attachment 17.

3

(h) and (i) are the same allegation. This invoice was paid by accounting department without raising any issue and Defendant did not suffer any harm.  See Attachment 18.

(j)  Same as h and I above. I processed this document on 12/27/2007. The document was not rejected, and was paid promptly on 12/27/2007. See Attachment 19.

2. January 2008 statement is untrue. I signed for 23 documents and processed all 23 and not 13. See Attachment 20.

(a) On January 16, 2008, I did not process any pegasys document. See Attachment 21.

(b)  Same as (a). I did not process any document on 01/22/2008. See Attachment 22.

(c) On January 25, 2008, I processed five documents and they were paid by the accounting department without any objection. See Attachment 23.

(d) Same as (c). See Attachment 23.

In conclusion, Defendants is blatantly discriminating and retaliating against as well as subjecting me to worse hostile environment than existed before I filed my suit.

I was verbally abused by one of the supervisors, Ms. Cynthia Brown and intimidated all in effort to find excuse to terminate me. Bobbie Smith said she can attest to the abused I received from Cynthia Brown.

On 02/07/08, The Branch Chief who took over from Ms. Sisco and who is acting her script, Ms. Karen Smith, issued me a Disciplinary Form 225 based on false allegation. Bobbie Smith, Anthony Marable and Janet Grisby questioned her issuance of the Form to me. Defendant, through the EEO office, issued settlement agreement to rescind the Form 225 and to take it out of my record.

The Union Representative, Mr. O'Brycki requested the Defendant transfer me to a different Service Delivery Team because of hostile work environment. Defendant dismissed my complaint about the Form 225 without response to the Union Rep's request. See Attachment 24.

Against this back ground, I request that the notice of proposed removal be rescinded because the allegations therein are baseless as attachments 1-24 have clearly shown.

Sincerely,

/s/ Abdulai Conteh
Abdulai Conteh
Budget Analyst

Cc:    Robert O' Brycki

4

☉005/019

**Metropolitan Service Center**
**FY 07 Financial Certification Program**

| Name | Job Title | Financial Certification (Yes/No) | Currently Enrolled in the Certification Program (Yes/No) | Vendor | Date Completed | Anticipated Completion Date |
|---|---|---|---|---|---|---|
| Carol Vance | Lead Program Analyst | No | Yes | MCI | | Spring 2008 |
| Cynthia Cary | Budget Analyst | No | Yes | South MD | | 2009 |
| Patrick Donovan | Budget Analyst | No | Yes | MCI | | 2007 |
| Roland Caton | Budget Team Leader | No | Yes | MCI | | 2007 |
| Jamie Johnson | Budget Analyst | No | | UMUC | | 2009 |
| Abdulai Conteh | Budget Analyst | No | No | | | |
| Mentwab Mekonnen | Budget Analyst | No | Yes | MCI | | 2008 |
| Anthony Marable | Budget Analyst | Yes | | MCI | 2004 | |
| Denisha Quarles | Budget Analyst | No | | | | |
| Angela Watson | Budget Analyst | No | | UMUC | | 2008 |
| Tracey Jacobs | Budget Analyst | No | Yes | USDA | | Spring 2008 |
| Ventrice Westmass | Budget Analyst | No | Yes | MCI | | 2008 |
| Bobbie Smith | Budget Analyst | Yes | | USDA | 2008 | |
| Thelma Davis | Budget Analyst | No | Yes | South MD | | Jan. 2008 |
| Jacqueline Smith | Lead Budget Analyst | No | Yes | MCI | | 2008 |
| Robert Huber | Lead Budget Analyst | Yes | | MCI | 2004 | |
| Jamie Johnson* | Budget Analyst | No | | UMUC | | 2009 |
| Angela Watson* | Budget Analyst | No | | UMUC | | 2008 |

*Note:

Angela Watson and Jamie Johnson are pursuing a Bachelors degree in Business Administration at UMUC.





06/26/2007 17:29 FAX

 

 Barbara A.
Sisco/WPD/RW/GSA/GOV
03/16/2006 10:19 PM

To  Abdulai Conteh/WPD/RW/GSA/GOV@GSA
cc  Carol A. Vance/WPD/RW/GSA/GOV@GSA
bcc
Subject  Re: Rent est 75% submission

Abdulai,
Please forward the listing or copies of CBR's that are ready for approval. Have you followed up with Mars to determine whether all of the High Profile CBR's received concurrence from the RGA's? Once you have reviewed and receive concurrences they can be submitted for ~                    ~ accomplish over the next two weeks.

Barbara Sisco
Metropolitan Service Cen
Financial Management Br.
202 219 1779 - Desk 202 :

Note:
Di L NOT
reach 75%
Reviewed by
3/16.

Abdulai Conteh/WPD/RW/G

 Abdulai
Conteh/WPD/RW
03/16/2006 05:18

Barbara:

Attach is the Rent estimate pa

Abdulai Conteh
Budget Analyst
Metropolitan Service center
(202) 219-3338
(202) 692-3305
----- Forwarded by Abdulai Conteh/WPD/RW/GSA/GOV on 03/16/2006 06.15 PM -----

A 2 page(s) fax has been received from 2022192378.

For more information follow this document link to the inbound log entry. ->

C18

C18

EX 3 B

 Abdulai
Conteh/WPD/RW/GSA/GOV
07/08/2005 08:58 AM

To   Barbara A. Sisco/WPD/RW/GSA/GOV@GSA
cc
bcc
Subject  Re: Promotion

Barbara:

Sorry for the miscommunication, I thought you said to wait for Jamie's returned, I stand corrected. I was flabbergasted when I thought her name was mention.
Tuesday is fine, thanks for the gratitude and hope to meet with you.

Abdulai Conteh
Budget Analyst
Metropolitan Service center
Fax(202) 219-3338
Efax(202) 692-3305
Barbara A. Sisco/WPD/RW/GSA/GOV

 Barbara A.
Sisco/WPD/RW/GSA/GOV
07/08/2005 08:40 AM

To   Abdulai Conteh/WPD/RW/GSA/GOV@GSA
cc
Subject  Re: Promotion

Good Morning Abdulai.

Abdulai Conteh/WPD/RW/GSA/GOV

 Abdulai
Conteh/WPD/RW/GSA/GOV
07/07/2005 04:27 PM

To   Barbara A. Sisco/WPD/RW/GSA/GOV@GSA
cc
Subject  Promotion

Barbara:

Note: altered version/
copy of EX 3 C



 Abdulai
Conteh/WPD/RW/GSA/GOV
07/08/2005 08:58 AM

To   Barbara A. Sisco/WPD/RW/GSA/GOV@GSA
cc
bcc
Subject  Re: Promotion

Barbara:

Sorry for the miscommunication, I thought you said to wait for Jamie's returned, I stand corrected. I was flabbergasted when I thought her name was mention.
Tuesday is fine, thanks for the gratitude and hope to meet with you.

Abdulai Conteh
Budget Analyst
Metropolitan Service center
Fax(202) 219-3338
Efax(202) 692-3305
Barbara A. Sisco/WPD/RW/GSA/GOV

 Barbara A.
Sisco/WPD/RW/GSA/GOV
07/08/2005 08:40 AM

To   Abdulai Conteh/WPD/RW/GSA/GOV@GSA
cc
Subject  Re: Promotion

Good Morning Abdulai,

As discussed I will set up a meeting next week (looks like Tuesday afternoon would be good for me) to discuss my evalution of whether you are ready to be promoted to the next level. I continue to receive feedback from all of my team leaders (Carol and Jackie) regarding all of their subordinate associates so I am not sure where Jamie fits in since she is not a team leader. An invitation for our uncoming meeting will be forthcoming.

Barbara Sisco
Metropolitan Service Center (WPD)
Financial Management Branch Manager
202 219 1779 - Desk 202 219 2317

Abdulai Conteh/WPD/RW/GSA/GOV

 Abdulai
Conteh/WPD/RW/GSA/GOV
07/07/2005 04:27 PM

To   Barbara A. Sisco/WPD/RW/GSA/GOV@GSA
cc
Subject  Promotion

Barbara:

 

 **Barbara A. Sisco/WPD/RW/GSA/GOV**
03/16/2006 10:19 PM

To   Abdulai Conteh/WPD/RW/GSA/GOV@GSA
cc   Carol A. Vance/WPD/RW/GSA/GOV@GSA
bcc
Subject   Re: Rent est 75% submission 📄

Abdulai,
Please forward the listing or copies of CBR's that are ready for approval. Have you followed up with Mars to determine whether all of the High Profile CBR's received concurrence from the RGA's? Once you have reviewed and receive concurrences they can be submitted for approval. We have a lot to accomplish over the next two weeks.

Barbara Sisco
Metropolitan Service Center (WPD)
Financial Management Branch Manager
202 219 1779 - Desk 202 219 2317

Abdulai Conteh/WPD/RW/GSA/GOV

 **Abdulai Conteh/WPD/RW/GSA/GOV**
03/16/2006 05:18 PM

To   Barbara A. Sisco/WPD/RW/GSA/GOV@GSA
cc   Carol A. Vance/WPD/RW/GSA/GOV@GSA
Subject   Rent est 75% submission

Barbara:

Attach is the Rent estimate page, justifying that we made our 75% submission

Abdulai Conteh
Budget  Analyst
Metropolitan Service center
(202) 219-3338
(202) 692-3305
----- Forwarded by Abdulai Conteh/WPD/RW/GSA/GOV on 03/16/2006 06:15 PM -----

A 2 page(s) fax has been received from 2022192378.

For more information follow this document link to the inbound log entry. ->📄

## Return Receipt

| | |
|---|---|
| Your document: | Rent est 75% submission |
| was received by: | Barbara A. Sisco/WPD/RW/GSA/GOV |
| at: | 03/16/2006 09:12:14 PM CST |



**YAHOO!** MAIL
Classic

Print - Close Window

| | |
|---|---|
| **Date:** | Mon, 25 Feb 2008 09:25:39 -0800 (PST) |
| **From:** | "obinna duruji" <oduruji@yahoo.com> |
| **Subject:** | Plaintiff's Fourth and Final Third Request for Supplemental Responses to his Requests for Production |
| **To:** | "Adebonojo, Kenneth (USADC)" <Kenneth.Adebonojo@usdoj.gov> |
| **CC:** | oduruji@yahoo.com |



Mr. Adebonojo:

Please refer to my emails to you for the Defendant to
supplement its responses to Plaintiff's discovery
requests; especially its responses to Plaintiff's
Requests for Production of Documents dated 01/22/08,
02/04/08 and 02/07/08. To date you have not
supplemented as requested.

On 02/22/08, during Plaintiff's deposition, you
exhibited several documents that should have been
provided in Defendant's initial disclosures but were
not provided. Several of said documents were also not
provided in GSA's responses to Plaintiff's requests
for production and despite three subsequent requests
for supplementation were not provided until you used
them during Plaintiff's deposition.

It required a Court order before you obliged Plaintiff
and counsel the opportunity to review those you had
not exhibited.

Against this background, this if Plaintiff's 4Th and
final request for supplementation prior to filing a
motion to compel.

1. Under FRCP 26(a)(1)(B) GSA must disclose
electronically stored information as well as documents
that it may use to support its claims or defenses. GSA
must, without waiting for a discovery request, provide
to Plaintiff a copy of, or description by category and
location of, electronically stored information. GSA
failed to do so.

2. Under FRCP 26(e), GSA must mandatorily supplement
its initial disclosures as well as its responses to
other discovery requests. Accordingly, Plaintiff
hereby requests that GSA supplements it initial
disclosures as well as its responses to Plaintiff's
discovery requests in light of their deficiencies
which were elaborated in my email of 01/22/08. These
supplementation must reach Plaintiff's counsel on or
before 03/03/08, failing which Plaintiff will file a
motion to compel and seek for costs and attorney's
fees.

3. To avoid repetition and doubt, I am forwarding to
you my emails dated 01/22/08 and 02/04/08. These
emails contain specific requests for documents that
must be produced on or before 03/03/08.

4. Plaintiff believes that Ms. Sisco and her agents have altered his work products in the past. During her deposition on 01/31/08, she admitted under oath that Exhibits 6 & 7 attached to Plaintiff's Complaint were altered by her. During Plaintiff's deposition, he discovered that Exhibit C18 was an altered version of Exhibit 21(I) during Sisco's deposition.

5. Against this background, and pursuant to FRCP 34(a) and (b), Plaintiff wants to inspect, copy, test or sample electronically stored information, (emails) stored in any medium from which the under listed Exhibits that you tendered during Plaintiff's deposition on 02/22/08 were obtained:

Exhibits "C" for Conteh: C6, C9, C12, C13, C15, C16, C17, C18, C23, C25, C26, and C27.

6. Please contact me immediately to arrange for the date, time and place of the inspection, copying, testing or sampling of the aforesaid Exhibits. Due to the post discovery conference on 03/04/08, Plaintiff wants to do the inspection on or before 03/03/08. Plaintiff will be available to inspect, copy, test or sample them on 02/29/08 or 03/01/08 due to its urgency.

7. Notice of Intent to Seek Criminal Prosecution.

To date three vital Exhibits have been confirmed to have been willfully altered as part of an orchestrated pattern of intentional discrimination, retaliation and hostile work environment against the Plaintiff. You are hereby notified of Plaintiff's intention to refer these unlawful alterations by high level management personnel of GSA for investigation, criminal prosecution and appropriate penalties.

Please contact me if you have any questions or wish to discuss these matters further.

Thank you.


Obinna Duruji, Esq.
  DURUJI LAW FIRM, PC
  Attorneys & Counselors at Law
  7600 Georgia Avenue, NW, Suite 217
  Washington, DC 20012
  202 722 0961
  www.durujilaw.com
  Email: o.duruji@amheritageuniv.net

---

Looking for last minute shopping deals?
Find them fast with Yahoo! Search.
  http://tools.search.yahoo.com/newsearch/category.php?category=shopping

Yahoo! Mail - oduruji@yahoo.com     Page 1 of 2

Case 1:07-cv-00786-RWR    Document 24-9    Filed 08/04/2008    Page 9 of 18

 **MAIL** Classic

**Subject:** RE: Conteh

**Date:** Wed, 12 Mar 2008 10:59:50 -0400

**From:** "Adebonojo, Kenneth (USADC)" <Kenneth.Adebonojo@usdoj.gov>

**To:** "obinna duruji" <oduruji@yahoo.com>

You indicated to me yesterday that you were ready to proceed with your motion, which lead me to assume that all you needed to do is sign the motion and file it. As I indicated, I will be providing you full threads as requested. Since will be fully responses to your request from 3/4/08, you will not need to file a motion anyway so this is a moot
point. I indicated to you in my letters dated 3/3 and 3/7 that we will need time to get those email. The time it has taken to obtain them is not unreasonable. If you're saying you still need time beyond 3/14 we can talk further but I didn't think you'll need more time if I got you the email today.

Let talk if need be.

Kenneth

-----Original Message-----
From: obinna duruji [mailto:oduruji@yahoo.com]
Sent: Wednesday, March 12, 2008 10:47 AM
To: Adebonojo, Kenneth (USADC)
Subject: RE: Conteh

Mr. Adebonojo:

I am disappointed that you cannot keep your word.

The Court gave me 10 days to file a motion to compel. We reached an agreement that you will provide everything on 3/1/12. Today is 3/12/08, the 8th day and you still have not provided everything you ordered to provide.

Today is 3/12/08. You have as usual not kept your word or honored our agreement. Still you tell me that I will not need beyond 3/14/08 to file the motion.

By COB today, I will have barely 24 hours to do what the Court allowed me 14 days to do and you still can't figure that I will need additional time under the circumstances. If that's the case, I will take it up with the Court and fairness and reasonableness will prevail. I will seek appropriate costs.

As you are well aware, I have given the Court notice of my intent to file not only motion to compel but for sanctions against you. All these games you are playing will back fire. If you are in any doubt as to what that portends for you, see Zubulake v. UBS Warburg, LLC 229 FRD 422 (SDNY 2004).

Yahoo! Mail - oduruji@yahoo.com
Page 2 of 2

Case 1:07-cv-00786-RWR    Document 24-9    Filed 08/04/2008    Page 10 of 18

Thank you.

Obinna Duruji, Esq.


--- "Adebonojo, Kenneth (USADC)"
<Kenneth.Adebonojo@usdoj.gov> wrote:

> After our brief discussion yesterday regarding the
> only outstanding
> issue from our post-status meeting on 3/4/08, you
> indicated that I
> should expect an email from you but I have not
> received one yet.  The
> only outstanding issue is the full email threads.  I
> should have most,
> if not all, of those to you by the end of the day.
> Accordingly,
> although we discussed that you should have more time
> to determine
> whether a motion to compel is necessary, I don't
> think more time will be
> necessary if we provide the full thread by COB
> today.  Therefore, you
> should not need beyond 3/14 to determine whether to
> file the motion.
>
> Thanks!
>
> Kenneth
>

Obinna Duruji, Esq.
  DURUJI LAW FIRM, PC
  Attorneys & Counselors at Law
  7600 Georgia Avenue, NW, Suite 217
  Washington, DC 20012
  202 722 0961
  www.durujilaw.com
  Email: o.duruji@amheritageuniv.net


_____

Never miss a thing.  Make Yahoo your home page.
http://www.yahoo.com/r/hs





| Barbara A.<br>Sisco/WPD/RW/GSA/GOV<br>04/04/2006 07:59 AM | To | abdulai.conteh@gsa.gov |
|---|---|---|
| | cc | carol.vance@gsa.gov, sharon.banks@gsa.gov |
| | bcc | |
| | Subject | FY08 Rent Est Project |

Abdulai,

As of today, please stop all work related to the FY08 Rent Est. We did not make the target, nor were the
required reports submitted to the BRB for Central Office as requested from you. Too many of the CBR's
that you submitted for approval were not thoroughly researched. Please continue to review your DC
caseload and process all necessary actions associated with this caseload or any other assignments given
by your team leader.

Barbara Sisco
Metropolitan Service Center (WPD)
Financial Management Branch Manager
202 219 1779 - Desk 202 219 2317

Ex 7

Return Receipt

| | |
|---|---|
| Your document: | Re: Rent Est |
| was received by: | Barbara A. Sisco/WPD/RW/GSA/GOV |
| at: | 03/06/2008 10:10:13 AM |

Return Receipt

| Your document: | Re: Rent Est |
| was received by: | Barbara A. Sisco/WPD/RW/GSA/GOV |
| at: | 03/06/2008 10:13:27 AM |

 

**Notice of proposed Removal of Mr. Conteh in the Middle of Litigation**     Thursday, July 24, 2008 5:45 PM

From: "obinna duruji" <oduruji@yahoo.com>
To: "Kenneth Adebonojo" <kenneth.adebonojo@usdoj.gov>
Cc: oduruji@yahoo.com
Bcc: "Abdul Conteh" <aconteh21@yahoo.com>

Mr. Adebonojo:

On 7/23/08, Karen E. Smith, (Supervisory Program Analyst, Metropolitan Service Center (WPD) who reports directly to Ms. Sisco) issued a 9 page Notice of Proposed Removal to Mr. Conteh recanting baseless or concocted allegations dating back to December 4, 2006 to the present and gave him 15 days to show cause why he should not be terminated.

Now, you know and should know that this is continuing retaliatory harassment especially considering that most of these allegations had been addressed previously and proven to be false in the presence of Union reps. This rekindled intimidation aggravates existing hostile work environment and compounds Plaintiff's case against GSA for discrimination, retaliation and hostile work environment.

Please withdraw or cause this Notice of Proposed Removal to be withdrawn, rescinded or quashed on or before 7/3/08. If it's not rescinded by 7/30/08, Plaintiff will file apprpriate motions in Court to enjoin GSA and/or to quash the Removal Notice and seek costs, attorney's fees and sanctions against both you and your client. I hope that you will not allow the situation to get to that point.

Please call me if you have any questions or wish to discuss this matter further.


Thank you.



Obinna Duruji, Esq.  DURUJI LAW FIRM, PC  Attorneys & Counselors at Law  7600 Georgia Avenue, NW, Suite 217  Washington, DC 20012  Toll Free: 1-800-659-8059  Local Tel: 202-722-0961  Facsimile: 815-642-8070  www.durujilaw.com  Email: obi@durujilaw.com

*Exibit 1*

**EX 16**

## Job Performance Appraisal Evaluation for Abdulai Conteh

*Performed by: Cynthia Cary, "Acting" BA 53 Team Leader*
*Date: May 3, 2005*

During my current tenure as the "Acting" BA 53 Team Leader from December 27, 2004 to present, my overall performance evaluation for Mr. Abdulai Conteh exceeds the standards. Mr. Conteh is definitely a team player and participates with others to accomplish the task at hand. Not only do I find him pleasing to work with, I observed that he also demonstrates the same positive relationship with other colleagues and always helps out to achieve overall functions of the BA 53 program.

Mr. Conteh has assisted in completing Real Estate Taxes (RETs) and CPIs with little guidance. Whenever guidance is needed, he listens effectively and accepts constructive criticism positively. His commitment to self-improvement has grown and he can be counted on for consistent quality performance.

In my opinion, Mr. Conteh exceeds the standards and is definitely an asset to the BA 53 Team.

**Deliverable Products:**
- CPIs
- RETs

**Problems encountered:** N/A

**Weak points:**     Proof-reading material for grammatical errors

**Strong points:**     Great team player, Willingness to assist others

**Overall Performance:**     Exceeds the Standards

I

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| **Conteh, Abdulai NMN** | | | **05-30-2004** |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code **702** | 5-B. Nature of Action **Promotion** | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code **N6M** | 5-D. Legal Authority **Reg 335.102 Career Prom** | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| **Program Analyst** | **Program Analyst** |
| **WW29505 - 271** | **WW29702 - 45** |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0343 | 09 | 10 | $54,360.00 | PA | GS | 0343 | 11 | 05 | $57,338.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $47,422.00 | $6,938.00 | $54,360.00 | | $50,020.00 | $7,318.00 | $57,338.00 | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| **Public Buildings Service** **Metropolitan Service Center** | **Public Buildings Service** **Metropolitan Service Center** |

## EMPLOYEE DATA

| 23. Veterans Preference |
|---|
| **1** 1 - None  2 - 5-Point  3 - 10-Point/Disability  4 - 10-Point/Compensable  5 - 10-Point/Other  6 - 10-Point/Compensable/30% |

| 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|
| **2** 0 - None 1 - Permanent 2 - Conditional 3 - Indefinite | | YES  **X** NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| **C0** Basic only | **9** Not Applicable | **0** |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| **K** K - FERS and FICA | 03-05-2000 | **F** Full-Time | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| **1** 1 - Competitive Service 2 - Excepted Service 3 - SES General 4 - SES Career Reserved | **E** E - Exempt N - Nonexempt | 192.P1126001.61.11.000.001 | 0052 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA |

| 40. Agency Data **WPD** | 41. **W2500** | 42. **0000** | 43. **14.63** | 44. **Noncritical-Sensitive (NCS) National Security Risk** |
|---|---|---|---|---|

### 45. Remarks

**Full performance level of employee's position is GS-12.**

**CONGRATULATIONS ON YOUR PROMOTION!!.**

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| **General Services Administration** | **Electronically Signed by: Frances L. Stephens** |
| | **Director, Consolidated Processing Center** |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| **GS03** | **1909** | **06-04-2004** |

5-Part 50-316

TURN OVER FOR IMPORTANT INFORMATION

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

sisko-21M

8 G

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| Conteh, Abdulai NMN | | ████4 | ████8 | 05-28-2006 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| **5-A. Code** | **5-B. Nature of Action** | **6-A. Code** | **6-B. Nature of Action** |
| 893 | Reg WRI | | |
| **5-C. Code** | **5-D. Legal Authority** | **6-C. Code** | **6-D. Legal Authority** |
| Q7M | Reg 531.404 | | |
| **5-E. Code** | **5-F. Legal Authority** | **6-E. Code** | **6-F. Legal Authority** |

| 7. FROM: Position Title and Number | | | | | 15. TO: Position Title and Number | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Budget Analyst | | | | | Budget Analyst | | | | | |
| WW0M143 - 106 | | | | | WW0M143 - 106 | | | | | |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0560 | 11 | 05 | $61,510.00 | PA | GS | 0560 | 11 | 06 | $63,320.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $52,349.00 | $9,161.00 | $61,510.00 | | $53,889.00 | $9,431.00 | $63,320.00 | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| Public Buildings Service<br>Metropolitan Service Center | Public Buildings Service<br>Metropolitan Service Center |

## EMPLOYEE DATA

| 23. Veterans Preference | | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF | |
|---|---|---|---|---|---|---|---|
| 1 | 1 - None<br>2 - 5-Point | 3 - 10-Point/Disability<br>4 - 10-Point/Compensable | 5 - 10-Point/Other<br>6 - 10-Point/Compensable/30% | 1 | 0 - None    2 - Conditional<br>1 - Permanent  3 - Indefinite | | YES  X   NO |

| 27. FEGLI | | 28. Annuitant Indicator | | 29. Pay Rate Determinant |
|---|---|---|---|---|
| C0 | Basic only | 9 | Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|---|
| K | K - FERS and FICA | 03-05-2000 | F | Full-Time | |

## POSITION DATA

| 34. Position Occupied | | 35. FLSA Category | | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|---|---|
| 1 | 1 - Competitive Service  3 - SES General<br>2 - Excepted Service  4 - SES Career Reserved | E | E - Exempt<br>N - Nonexempt | 192.P1126001.61.11.000.001 | 0052 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| WPD | W2500 | 0000 | 17.5 | Nonsensitive (NS) National Security Risk |

**45. Remarks**

Work performance is at an acceptable level of competence.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| General Services Administration | Electronically Signed by:  Frances L. Stephens |
| **47. Agency Code**  GS03 | **48. Personnel Office ID**  1909 | **49. Approval Date**  05-25-2006 | Director, Consolidated Processing Center |

5-Part 50-316

Editions Prior to 7/91 Are Not Usable

TURN OVER FOR IMPORTANT INFORMATION

NSN 754

EXHIBIT

Sisco-35

1/31/08    KE

PENGAD 800-631-6989

$E \times 17$

**ABDULAI CONTEH**

**LOST WAGES AND INCOME ANALYSIS**

|  | 2005 | 2006 | 2007 | 2008 | Total |
|---|---|---|---|---|---|
| Salary | $ 59,464 | $ 61,510 | $ 63,135 | 28,295 | 212,404 |
| Salary If Promoted | 71,269 | 73,720 | 75,671 | 31,007 | 251,667 |
| Difference in Pay | 11,805 | 12,210 | 12,536 | 2,712 | -39,263 |
| Interest on the | | | | | |
| Under Payments 7% for 3years | 2,758 | 1,834.65 | 908.87 | 79.09 | -5,581 |
| Total Lost Wages and Interest | 14,563 | 14,045 | 13,445 | 2,791 | -44,843 |
| Leave Without Pay | 2,741 | 2,835.20 | 2,910.40 | - | -8,486 |
| Lost of income from Thrift savings | - | 25,846.40 | - | - | -25,846 |
| Performance Bonus Award | 300 | 300.00 | 300.00 | 300.00 | 1,200 |
| Total Lost Wages and Income | $ 17,604 | $ 43,026 | $ 16,655 | 3,091 | -80,376 |

\*\*\*\*\*\*\*

| Pay Rates | 2005 | 34.26/hr |
|---|---|---|
| | 2006 | 35.44/hr |
| | 2007 | 36.38/hr |
| | 2008 | |

Lost of Thrift saving plan
$17,000 Withdrawals due to lost of Income
$8846.40 Contribution interruption due to withdraws

2008 Wages From January to May (5 months)    .=    28,295.00
Salary if promoted for 2008 5 Months    31,006.67

Analysis and Compilation by

*Ofobuike N Okeh, CPA*

**O N OKEH & ASSOCIATES, PC**
**9208 Annapolis Rd**
**Lanham MD 20706**
**Ph: 301-918-0555**
**Fax: 301-918-0577**



GSA National Capital Region

July 23, 2008

MEMORANDUM FOR ABDULAI CONTEH
                            BUDGET ANALYST
                            METROPOLITAN SERVICE CENTER (WPD)

FROM:              KAREN E. SMITH
                            SUPERVISORY PROGRAM ANALYST
                            METROPOLITAN SERVICE CENTER (WPD)

SUBJECT:              Notice of Proposed Removal

This memorandum is to notify you that I propose to remove you from your position of Budget Analyst, GS-0560-11, Metropolitan Service Center (WPD), Public Buildings Service (PBS), General Services Administration (GSA) no sooner than thirty (30) calendar days from the date you receive this notice, because of unacceptable performance.

On December 4, 2006 you were issued an Associate Performance Planning Worksheet for Non-supervisory Associates which identified six (6) critical elements for your position; Developing and Monitoring Operating Budget, Customer Service, Budgetary/Financial Analysis, Internal Process Improvement, Learning and Growing, and Pegasys Support. At your mid-year review held on or about May 23, 2007 you were informed that your performance remained at an unacceptable level in Critical elements 3 (Budgetary/Financial Analyst) and 6 (Pegasys Support), and had declined to an unacceptable level in element 2 (Customer Service).

On November 28, 2007 you were given written notice that you were being placed on a Performance Improvement Plan (PIP). The notice communicated the performance standards for critical elements 3 and 4 and allowed 60 days in which to raise your level of performance from an unacceptable level and to demonstrate an acceptable performance level. The notice also informed you that meetings were to be held every Thursday morning starting at 10:00 a.m. with Roland Caton, Lead Budget Analyst; Anthony Marable, Budget Analyst (Team Leader) and myself.

U.S. General Services Administration
301 7th Street, SW
Washington, DC 20407-0001
www.gsa.gov

During the PIP period you participated in one (1) of the eight (8) PIP meetings held from December 6, 2007 through January 29, 2008. After the period of the PIP ended, you and your representative agreed to a meeting on February 5, 2008.

During the PIP period you performed at an unacceptable level in both Critical Elements 3 and 6.

Critical Element 3 –Budgetary/Financial Analyst<br>(See attachment for full description)

**In order to meet the performance expectations for this critical element you must generally assist in managing the implementation of new programs, policies and procedures. You must compile accurate routine and special reports and monthly tracking reports within established timeframes.** Monthly fund status reports must be accurate, complete and submitted within the established timeframes. Fund status reports must be submitted to the Team Leader within established timeframes and/or no more than 2 days prior to the 4th Tuesday business review meeting. Few, if any formatting errors will be contained in the fund status reports. Few, if any mathematical errors will be present on fund status reports submitted. Variances to Plan +/- $100K should be thoroughly researched and documented in the remarks column of the reports. Few, if any follow-up actions will remain to be resolved by the next reporting cycle or provide a target resolution date. Below are the specific instances in which you failed to meet the performance expectations for this critical element.

1. On December 20, 2007 you submitted a November 2007 Fund Status Analysis (FSA). You sent an e-mail message saying that attached was your first draft of the November fund status report. Attached were two files pertaining to Operations and Maintenance (PGA) 40 funds that appeared to be identical. Your Team Leader provided comments on your submission by e-mail message. Afterward, you sent a second e-mail message saying that you thought you had sent the spread sheet and with an attachment pertaining to PGA 10 funds. These attachments contained the following errors.

   a. In PGA 40 funds, for the Approved Operating Plan (AOP) for Fiscal Year 2008 you failed to include the additional $2.2M that Metropolitan Service Center received at the end of Fiscal Year 2007 as a supplemental. You should have added $1.1M to the AOP for building number DC0011ZZ and $1.1M to the AOP for building number DC0086ZZ as place holders.

   b. In PGA 40 funds you entered "($1,966,195.00)" as the anticipated income for building MD0804ZZ for fiscal year 2008. However, that figure was the anticipated obligation--the Operations and Maintenance portion of the

**U.S. General Services Administration**
301 7th Street, SW
Washington, DC 20407-0001
www.gsa.gov

contract which was estimated to be $1,966,195.00. You then projected this figure to the end of the fiscal year as a credit.

c.  In PGA 40 funds you used an incorrect projection formula. There are 262 total workdays in Fiscal Year 2008. You incorrectly identified the total number of workdays in Fiscal Year 2008 as 217. Anthony Marable had sent the staff (including you) an updated Fiscal Year 2008 schedule of workdays reflecting that the total number of days for fiscal year 2008 was 262.

d.  In PGA 40 funds for building MD0334ZZ you stated in the remarks area of the document that the reason for the variance was continuing resolution which was incorrect. The correct justification was that the variance was due to the fact that we had not yet collected the R-type RWA funding.

e.  In PGA 40 funds you entered remarks of "change in the contract multiply distribution lines" for buildings number VA0506AN and VA0507AN, where it should have said "multiple," and it is not clear what you meant by this. You should have explained how/why the multiple distribution lines caused the variance and what corrective action you were going to take to correct the variance.

f.  In PGA 10 funds your analysis was submitted late. The report is due to your team leader on the third Tuesday of each month, which was November 18th. Roland sent you an e-mail on December 20, 2007 informing you to send the analysis.

g.  In PGA 10 funds you failed to post the anticipated income for any of the buildings on the report. You are required to enter this information for the buildings on the FSA. By failing to enter the anticipated income, the anticipated obligations are overstated.

h.  In PGA 10 funds you used the wrong projection formula. You used 217 as the total number of workdays for Fiscal Year 2008. This was incorrect; Anthony Marable had sent the staff (including you) an updated Fiscal Year 2008 schedule of workdays reflecting that the total number of days for fiscal year 2008 was 262.

i.  In PGA 10 funds you entered in the remarks section for buildings DC0011ZZ "Commercial Facilities Management (CFM) contract not yet posted due to continuing resolution (CR), variance would be reduced when posted in Pegasys". For building MD0334ZZ you entered "new option year not yet posted in Pegasys due to CR". In both cases, the remarks were incorrect. In

**U.S. General Services Administration**
301 7th Street, SW
Washington, DC 20407-0001
www.gsa.gov

the case of DC001ZZ, a CFM contract was in place, but needed to be modified. In the case of MD0334ZZ, a CFM contract was in place, but the RWA R type income had not been collected.

j. In PGA 10 funds your remarks for buildings MD0331ZZ ("new option year not yet posted into Pegasys due to CR"), MD0765ZZ ("investigating, However, CR could also be a factor causing the variance"), , MD0804ZZ ("New option year not yet posted into Pegasys due to CR"), MD0811ZZ ("New option year not yet posted into Pegasys due to CR"), and MD0816ZZ ("New option year not yet posted into Pegasys due to CR") were incorrect. You did not include the multiple sources of the anticipated income (direct, reimbursable, or multiple contracts) which resulted in a larger variance.

k. In PGA 10 funds your remarks for building MD0709ZZ ("investigating, However, CR could also be a factor of the variance") were incorrect. You did not account for the anticipated income which resulted in a larger variance. This building is a White Oak building and it is completely reimbursable. The CR has no effect on this building.

2. In January 2008, you submitted the December 2007 Fund Status Report with the following errors.

a. You used the incorrect projection formula for PGA40. There are 262 total workdays in Fiscal Year 2008. You incorrectly identified the total number of workdays in Fiscal Year 2008 as 217. Anthony Marable had sent the staff (including you) an updated Fiscal Year 2008 schedule of workdays reflecting that the total number of days for fiscal year 2008 was 262.

b. You did not include the anticipated income for any of the PGA 40 funded buildings. The anticipated income should have been presented and prorated ($447,765.00) by building. The anticipated income was provided to you on January 9, 2008.

c. You did not enter credits in the fourth column under lump sum actions for PGA 40 funds as you should have. The lump sum actions were provided to you on January 9, 2008.

d. The remarks entered for buildings DC0086ZZ ("the anticipating budget requested is reduced"), MD0709ZZ ("investigating"), and MD0804ZZ ("Option year not yet posted") were incorrect. Any variance of $100K has to be explained in the remarks section of the Fund Status Analysis. The reason for

**U.S. General Services Administration**
301 7th Street, SW
Washington, DC 20407-0001
www.gsa.gov

the variance is that you did not put in the anticipated income. Yet your explanations indicate other reasons that have nothing to do with the variance.

    e.  You failed to include $1.9M in the anticipated obligations analysis for building MD0804ZZ.

    f.  You did not include an anticipated income for any buildings in the Fiscal Year 08 on the December 2007 PGA10 Fund Status Analysis when that should have been presented and prorated ($181,248.00) by building.

    g.  You incorrectly noted a debt of a lump sum action amount for building MD0334ZZ on the December 2007 FSA in the column marked "FY 08 ADJST BK DEC." This column is the FY 08 adjusted book month for December and is a subtotal of the first four columns. This amount should have been a credit of about $14,679.00 and should have been added back into the projection formula. As a result the end of year projected obligations were overstated.

    h.  In the remarks section for buildings MD0334ZZ, MD0709ZZ, MD0765ZZ, MD0804ZZ, MD0811ZZ, MD0816ZZ, and MD0818ZZ you entered incorrect explanations. In the remarks section of building MD0331ZZ you stated "New option year not yet posted." This was not correct. The contract was a multiple distribution line contract to other buildings on the FDA White Oak Campus.

3.  On around February 20, 2008 you submitted the January 2008 Fund Status Report with the following errors.

    a.  For PGA40 funds your beginning obligation numbers were incorrect. You did not include obligations and income for building number VA0882ZZ. After December the staff was told that they would have to get the anticipated income on their own as it would no longer be provide by Roland Caton. Anyone of the staff can download the income and obligations for their inventory off Financial Management Information System (FMIS). The correct anticipated obligation numbers were provided to the entire staff (including you) prior to your submission of the FSA to your team leader on February 20, 2008.

    b.  For PGA40 funds you failed to include an explanation in the remarks section for what you noted to be above a $100K variance on building VA0349ZZ. You are required to do so.

**U.S. General Services Administration**
301 7th Street, SW
Washington, DC 20407-0001
www.gsa.gov

   c. For PGA10 funds your beginning income and anticipated incomes were incorrect because your report was missing incomes that were posted in January for buildings VA0347ZZ, VA0839ZZ, VA1287ZZ, and VA1447ZZ. These omission of the incomes for these buildings meant that the income was understated resulting in overstating the obligations.

   d. For the PGA10 Fund Status Analysis for building VA0325ZZ you did not include the amount of $6,600 in the lump sum obligation reflected in the column, "FY 08 ADJST BK JAN." This resulted in overstating the obligations. This amount was reflected in the FY 07 BA61 Lump Sum Actions for that building, which was provided to you prior to your submission of the FSA on February 20, 2008.

Critical Element 6—Pegasys Support
(See Attachment for full description)

**In order to meet performance expectations for this critical element you must generally manage the Pegasys process for the Service Center. You must adhere to policies and procedures. You must compile accurate routine and special reports and monthly tracking reports within established timeframes**. Entries into Pegasys must be accurate, coded correctly and completed within 48 hours. All documents should be reviewed and rejected as needed in accordance with our internal control deadlines. Below are the specific instances in which you failed to meet the performance expectation of this critical element. .

Pegasys is the official financial system for GSA. It tracks obligations and expenses. Into this system all of GSA's financial data is entered. The quality control process for entries into Pegasys is as follows. Completed documents are placed in the quality control box and then reviewed for errors by our Quality Control Analyst. Documents containing errors are returned to the analyst who prepared them to correct the errors.

1. In December 2007 you only signed for twenty-one (21) documents to process into Pegasys. Of those 21 documents, you only processed seventeen (17) documents into Pegasys. Four (4) documents had to be reassigned to another analyst. As identified below, these documents contained numerous errors.

   a. On December 3, 2007 you failed to submit a payment in the amount of $7,500 for account number PN5N02351 and the information package did not include the necessary fax confirmation for that account.

**U.S. General Services Administration**
301 7th Street, SW
Washington, DC 20407-0001
www.gsa.gov

b.  On December 5, 2007 you entered the incorrect address for the vendors physical and remit to addresses on PJ8N00105.  You reversed the vendor's physical and remit addresses in Pegasys.

c.  On December 5, 2007 you did not input the office address in Pegasys as required for document number PJ8N00104.

d.  On December 11, 2007 you entered the incorrect invoice number in Pegasys for document number 1B7N01171.

e.  On December 11, 2007 you entered the incorrect period of performance into Pegasys for document number 1B5N02316.

f.  On December 11, 2007 you signed for document number PJ6NA3385-CCA INC for $87,932.00.  On December 12, 2007 you were instructed to enter information for document number PJ6NA3385 into Pegasys.  On December 20, 2007 an e-mail was received informing me that the document had not been processed in Pegasys.  You were asked to process the document but could not locate it.  A copy was given to you and processed in Pegasys on December 20, 2007 which was not incompliance with the 48-hour processing requirement.

g.  On December 15, 2007 you entered the incorrect date for document number 1B8N00025.  You entered a date of December 15, 2007 when the actual date of the invoice was December 12, 2007.  .

h.  On December 20, 2007 you entered the incorrect invoice number in Pegasys for account number 1B8N00331.  You entered invoice number 4658A instead of 4658.

i.  On December 19, 2007 you entered the incorrect date for account number PJ8N00053.  You entered a date of December 15, 2007 when the actual date of the invoice was December 12, 2007.

j.  On December 27, 2007 you entered the incorrect period of performance for document number 1B4N01797.  You entered 3.1.05 – 2.28.06 on accounting line 1, instead of 11.1.07-11.30.07.

2. In January 2008 you signed for twenty-two (22) documents to process into Pegasys. You only processed thirteen (13) of those documents.  In the thirteen (13) that you processed, you made the following errors that had to be corrected in Pegasys:

**U.S. General Services Administration**
301 7th Street, SW
Washington, DC 20407-0001
www.gsa.gov

    a.  On January 16, 2008 you entered the incorrect invoice number into Pegasys for document number PJ7N02973.  You entered invoice number 122007.101917.01 instead of 122007.10197.01.

    b.  On January 22, 2008 you entered the incorrect invoice number into Pegasys for document number 1B4N03720.  You entered invoice number 1113720 instead of 111378-21.

    c.  On January 25, 2008 you entered the incorrect invoice date into Pegasys for document number PJ7N02636.  You entered invoice date 12/05/2007 instead of 10/17/2007.

    d.  On January 25, 2008 you entered the incorrect invoice date into Pegasys for document number PJ8N00053.  You entered invoice date of 1/16/2008 instead of 1/14/2008.

The procedures governing this action, as well as the rights extended to you are set forth in 5 C. F. R. Part 432 (January 1, 2008) and Article 15 (Performance Appraisal Systems), Section 7 (Unacceptable Performance) in the Memorandum of Understanding (MOU) between the GSA and the National Federation of Federal Employees (NFFE) on the GSA Associate Performance Plan and Appraisal System (APPAS) signed in August 2004.

This is a proposal, not a decision.  Therefore, you have fifteen (15) calendar days from the date you receive this memorandum to reply.  Your answer may be made orally, in writing, or both.  You may also submit affidavits and other documentary evidence in support of your answer.  Any reply you make will be fully considered in making a decision.  Your written reply should be made to the following person, or to the official who may be acting in her capacity at the address below:

                Sharon J. Banks
                Director, Metropolitan Service Center
                Public Buildings Service
                National Capital Region
                General Services Administration
                1099 Fourteenth Street, N.W., Room 200W
                Washington, D.C.  20005

If you wish to make a personal reply, please contact Ms. Banks at (202) 219-3367 to schedule an appointment.

You have the right to be represented by any person of your choice, or you may represent yourself. You must designate your representative in writing, to Ms. Banks before he/she can represent you. A Designation of Representative form is provided in the event you wish to designate someone to represent you.

During this time you will remain in an active duty status. You are entitled to arrange with your supervisor for a reasonable amount of official time to prepare your reply, meet with a designated representative, secure affidavits or other documents, and review the material relied upon supporting the reasons for the proposed removal. If you do not reply within the fifteen (15) calendar day period allowed for your reply, Ms. Banks or her designee will make a decision based on the evidence then available. If you do reply to this notice, the decision will be based on careful consideration of the evidence of record, and any written and/or oral replies to this notice.

As soon as possible after your reply, or after fifteen (15) calendar days from receipt of this notice if you do not reply, a written notice of decision will be given to you that: 1) takes the proposed action; 2) does not take the proposed action; 3) reduces your grade; or 4) reassigns you to another position for which you are qualified. A final decision will be made within thirty (30) calendar days after expiration of the advance notice period.

If you have any questions regarding your rights or the procedures involved in proposing this action, or would like to review or obtain a copy of the material relied upon supporting the reason for the proposed removal, you may contact Beverly C. Howard, Human Resources Specialist, Employee and Labor Relations Branch, Human Resources Division at (202) 708-5321.


_____          _____

Abdulai Conteh                                                    Date

Your signature indicates you received the original of this memorandum.

Attachment:  Performance Plan
                     Designation of Representative Form

cc:    Employee/union copy (w/o attachment)
         Beverly C. Howard, HRD, WCPR (w/o attachment)
         Sharon J. Banks, WPD (w/o attachment)


**U.S. General Services Administration**
301 7th Street, SW
Washington, DC 20407-0001
www.gsa.gov

## Associate Performance Planning Worksheet – Non-supervisory Associates

Employee Name: Conteh, Abdulai                  Position: Budget Analyst, GS-0560-11                  Organization: WPD

Main Appraiser: Howard-Sisco, Barbara A          Date Developed: 29-NOV-2006                  Date Issued: 04-DEC-2006

| Derived From | General Measure | Specific Measure | Standards/Exception | | | | | Feedback Source For Monitoring |
| | | | Level 1 | Level 2 | Level3 | Level4 | Level5 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | and special projects prepared as needed. | | | | | | |

This worksheet is only intended to assist you in completing the OFFICIAL Associate Performance Plan and Appraisal documents as identified by GSA Order CPO P 9430.1

# Associate Performance Planning Worksheet – Non-supervisory Associates

**Employee Name:** Conteh, Abdulai

**Main Appraiser:** Howard-Sisco, Barbara A

**Position:** Budget Analyst, GS-0560-11

**Date Developed:** 28-NOV-2006

**Organization:** WPD

**Date Issued:** 04-DEC-2006

**Description:** Internal Process Improvement 5%

| Derived From | General Measure | Specific Measure | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | Feedback Source For Monitoring |
|---|---|---|---|---|---|---|---|---|
| PD,PBS Business Plan, GSA Goal "Operate efficiently and effectively" | Quality and Timeliness | Successful program and project management. Reports and analytics lead to savings or efficiencies | | Seldom manages projects and processes for best results. Identifies opportunities to improve resource utilization. Rarely ensures compliance with management controls or the use of best practices. | Generally manages projects and processes for best results. Identifies opportunities to improve resource utilization. Ensures compliance with management controls. Use of best practices. | Proactively manages projects and processes for best results. Identifies opportunities to improve resource utilization. Ensures compliance with management controls. Use of best practices. | | Customer Feedback Supervisor Observation |

## Critical Element: Learning and Growing 5%(5%)
**Description:** Learning and Growing 5%

| Derived From | General Measure | Specific Measure | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | Feedback Source For Monitoring |
|---|---|---|---|---|---|---|---|---|
| PBS Human Capital Strategy | Quality | Self Development | | Completes training assignments or activities as assigned. Plays a relatively passive role in the development of performance goals and individual development plans (IDPs). Frequently abuses opportunities for developmental assignments or other challenges offered by supervisors and managers. | Participates in the development of performance goals and individual development plans (IDPs). Plays an active role in the execution of the IDP by pursuing training and other opportunities or assignments for growth and development. | In partnership with supervisor, plays an active role in the career planning and development process. Takes the initiative in seeking and creating developmental opportunities. Actively pursues formal training and challenging work assignments. Embraces change as a catalyst for learning and growth. Collaborates with supervisor to develop performance standards that are connected to work unit goals and objectives. | | IDP and Supervisor Feedback |

## Critical Element: Pegasys Support 20%(20%)
**Description:** Pegasys Support 20%

| Derived From | General Measure | Specific Measure | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | Feedback Source For Monitoring |
|---|---|---|---|---|---|---|---|---|
| PD,PBS Financial Directives, GSA Goal "Financial Accountability" | Quality, Timeliness and Accuracy | Pegasys Support activities. Resolution of financial issues. Financial reports, special analysis | Does not meet performance expectations as defined in Level 2 | Seldom manages the Pegasys process for the Service Center. Policies and procedures are seldom adhered to. Seldom compiles accurate routine and special reports and monthly tracking reports within established timeframes. | Generally manages the Pegasys process for the Service Center. Policies and procedures are adhered to. Compilation of accurate routine and special reports and monthly tracking reports within established timeframes. Meets performance expectations. | Proactively manages the Pegasys process for the Service Center. Develops internal policies and procedures based on regional policy guidelines. Consistently provides accurate routine and special reports and monthly tracking reports within established timeframes. | Meets and consistently exceeds performance expectations as defined in Level 4 | Customer Feedback Supervisor Observation |

This worksheet is only intended to assist you in completing the OFFICIAL Associate Performance Plan and Appraisal documents as identified by GSA Order CPO P 9430.1

## Associate Performance Planning Worksheet – Non-supervisory Associates

**Employee Name:** Conteh, Abdulai

**Main Appraiser:** Howard-Sisco, Barbara A

**Position:** Budget Analyst, GS-0560-11

**Date Developed:** 29-NOV-2006

**Organization:** WPD

**Date Issued:** 04-DEC-2006

### Critical Element: Developing and Monitoring Operating Budget 20%(20%)
Description: Developing and Monitoring Operating Budget 20%

| Derived From | General Measure | Specific Measure | Level 1 | Level 2 | Level3 | Level4 | Level5 | Feedback Source For Monitoring |
|---|---|---|---|---|---|---|---|---|
| PD,PBS Financial Directives, GSA Goal "Financial Accountability | Timeliness, Accuracy | Action/products contributed to PBS attaining budgetary targets. Help resolve budgetary issues. | | Assists in the preparation and submission of the Annual Budget Call. Monitors spending against an element of the approved operating plans throughout the fiscal year. Seldom insures accurate and timely processing of assigned budgetary transactions. Budget reports are seldom timely and accurate. | Assists in the preparation and submission of the Annual Budget Call. Monitors spending against an element of the approved operating plans throughout the fiscal year. Generally insures accurate and timely processing of assigned budgetary transactions. Budget reports are generally timely and accurate. | Assists in the preparation and submission of the Annual Budget Call. Monitors spending against an element of the approved operating plans throughout the fiscal year. Insures accurate and timely processing of assigned budgetary transactions. Budget reports are consistently timely and accurate. | | Customer Feedback Supervisor Observation |

### Critical Element: Customer Service 30%(30%)
Description: Customer Service 30%

| Derived From | General Measure | Specific Measure | Level 1 | Level 2 | Level3 | Level4 | Level5 | Feedback Source For Monitoring |
|---|---|---|---|---|---|---|---|---|
| Business Plan and PBS Human Capital Strategy | Quality and Timeliness | Customer Service | | Usually reacts and responds effectively to customer requests or emergencies but is either not courteous, not proactive in addressing needs or does not adequately balance competing needs in call cases. | Responds to customer concerns and provides courteous, timely service; explains actions and decisions in a manner which instills confidence and cooperation from the customer; where necessary follows up to ensure customer needs are met. | In addition to responding to customer requests in a courteous and effective manner, associate is proactive in identifying and resolving/minimizing potential problems that may arise. | | Customer Feedback Supervisor Observation |

### Critical Element: Budgetary/Financial Analysis 20%(20%)
Description: Budgetary/Financial Analysis 20%

| Derived From | General Measure | Specific Measure | Level 1 | Level 2 | Level3 | Level4 | Level5 | Feedback Source For Monitoring |
|---|---|---|---|---|---|---|---|---|
| PD,PBS Financial Directives, GSA Goal "Financial Accountability | Quality, Timeliness and Accuracy | Resolution of financial issues. Financial reports, special analysis and special projects prepared as needed. | | Seldom assists in managing the implementation of new programs, policies and procedures. Seldom prepares accurate routine and special reports and monthly tracking reports within established timeframes. | Generally assists in managing the implementation of new programs, policies and procedures. Compilation of accurate routine and special reports and monthly tracking reports within established timeframes. | Proactively assists in managing the implementation of new programs, policies and procedures. Consistently compiles accurate routine and special reports and monthly tracking reports within established timeframes. | | Customer Feedback Supervisor Observation |

### Critical Element: Internal Process Improvement 5%(5%)

This worksheet is only intended to assist you in completing the OFFICIAL Associate Performance Plan and Appraisal documents as identified by GSA Order CPO P 9430.1

Signature of Authorized Union Official

for purposes of initiating a grievance under the negotiated grievance procedure in the collective bargaining agreement, you may be represented by a union-designated representative.