UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ABDULAI CONTEH** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No.1:07-cv-00786 (RWR/JMF) |
| **U.S. GENERAL SERVICES ADMINISTRATION,** | ) |
| **Defendant** | ) |

**MOTION TO ENLARGE TIME TO OPPOSE PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTION**

The United States General Services Administration ("Defendant"), through the undersigned, hereby moves to enlarge time to file an opposition to Plaintiff's Motion for a Preliminary Injunction until September 8, 2008.  Currently, Defendant's opposition is due on August 18, 2008.  Good cause exists to grant this motion.

1.  Plaintiff filed this action alleging various claims of discrimination and harassment under Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e et seq.

2.  Defendant has noticed Plaintiff for removal from his position and, on August 3, 2008, Plaintiff filed a Motion for Preliminary Injunction to prevent Defendant from removing Plaintiff.

3.  This action has been on-going for a while and involved voluminous discovery.  In the same vein, Plaintiff's motion is quite voluminous and requires painstaking review and consultation with Agency Counsel.  The undersigned also requests this extension due to the press of business and a previously scheduled vacation.

4.      Accordingly, the undersigned is seeking this extension to ensure that Defendant's prepare a fully responsive opposition to Plaintiff's motion.

5.      Pursuant to Local Rule 7(m), undersigned sought opposing counsel's consent to this request telephonically and via e-mail but has not heard back yet. It is the undersigned's understanding that opposing counsel is overseas.

WHEREFORE, Defendant respectfully requests that this enlargement be granted. A minute order is respectfully requested.

Dated: August 14, 2008                Respectfully submitted,

_/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@justice.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August 2008, I caused the foregoing Motion to Enlarge Time to Oppose Plaintiff's Motion for a Preliminary Injunction to be served, on Plaintiff's attorney, Obinna Duruji, Esq., via the Court's Electronic Case Filing system.

\_\_/s/_____
KENNETH ADEBONOJO