UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULAI CONTEH, <br><br> Plaintiff, <br><br> v. <br><br> U.S. GENERAL SERVICES ADMINISTRATION, <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) Civil Action No.1:07-cv-00786 (RWR/JMF) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S RESPONSE TO THE COURT'S MINUTE ORDER REGARDING DEFENDANT'S MOTION TO ENLARGE TIME TO OPPOSE PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

The United States General Services Administration ("Defendant"), through the undersigned, hereby submits the following in response to the Court's minute Order issued today regarding Defendant's Motion to Extend Time to Oppose Plaintiff's Motion for Preliminary Injunction. In support thereof, Defendant states the following:

1. On or about November 28, 2007, Plaintiff was placed on a Performance Improvement Plan ("PIP"). The PIP afforded Plaintiff a sixty (60) day period during which he was required to improve his performance in certain enumerated critical areas. Because Plaintiff did not comply, Defendant issued a Notice of Proposed Removal pursuant to 5 C.F.R. §432.105. Under 5 U.S.C. §4303, the removal of an employee may only be based on unacceptable performance that occurred within one year of the Notice of Proposed Removal. Defendant issued the Notice of Proposed Removal essentially to toll the running of the one year period keeping in

mind that the thirty (30) day period from the issuance of the Notice of Removal could be extended. Defendant is willing to extend the time until September 22, 2008.

2. Moreover, Defendant's case for Plaintiff's removal is strong in light of well-documented instances of unacceptable performance dating back to mid 2005 and several opportunities afforded Plaintiff to improve his performance.

3. With respect to the Court's concerns about preserving the status quo pending Plaintiff's motion, admittedly, the undersigned did not reference willingness to do so in Defendant's motion to enlarge but the undersigned notified Plaintiff of Defendant's willingness to do so in an email seeking Plaintiff's consent to the enlargement.

4. Despite knowing the requirements of LCvR 65.1(c), the undersigned inadvertently and mistakenly calendered opposition to Plaintiff's Motion for Preliminary Injunction for August 18, instead of August 8, 2008. The undersigned regrets the error. Accordingly, the undersigned respectfully requests that the Court accept Defendant's Motion to Enlarge pursuant to Fed. R. Civ. P. 6(b)(1)(B).

5. Given the Court's concerns, Defendant respectfully revises the request for an extension of time to respond to Plaintiff's motion substantively until September 2, 2008, instead of September 8, 2008, as originally requested. The undersigned will be out of the office next week.

WHEREFORE, Defendant respectfully requests that this enlargement be granted. A minute order is respectfully requested.

Dated: August 15, 2008                          Respectfully submitted,

                                                                              _/s/_____
                                                          JEFFREY A. TAYLOR, D.C. Bar No. 498610
                                                          United States Attorney

                                                          _/s/_____
                                                          RUDOLPH CONTRERAS, D.C. BAR #434122
                                                          Assistant United States Attorney

                                                          _/s/_____
                                                          KENNETH ADEBONOJO
                                                          Assistant United States Attorney
                                                          555 Fourth Street, N.W.
                                                          Washington, D.C.  20530
                                                          (202) 514-7157
                                                          kenneth.adebonojo@justice.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August 2008, I caused the foregoing Response to the Court's Minute Order to be served, on Plaintiff's attorney, Obinna Duruji, Esq., via the Court's Electronic Case Filing system.

__/s/_____
KENNETH ADEBONOJO