UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABDULAI CONTEH | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.1:07-cv-00786 (RWR/JMF) |
| U.S. GENERAL SERVICES ADMINISTRATION, | ) ) ) ) ) | |
| Defendant | ) ) | |

**MOTION TO ENLARGE TIME TO OPPOSE PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTION**

The United States General Services Administration ("Defendant"), through the undersigned, hereby moves to enlarge time to file an opposition to Plaintiff's Motion for a Preliminary Injunction until September 4, 2008.  Good cause exists to grant this motion.

1. Currently, Defendant's opposition is due on September 2, 2008.

2. Defendant's Opposition to Plaintiff's Motion is substantially complete.  However, the undersigned is seeking this brief extension in order to confer with Agency Counsel about a few wrinkles that should be ironed out.  In addition, the undersigned suspects that Agency Counsel might in turn need to consult with Plaintiff's supervisors one of whom the undersigned believes will not be in the office until Wednesday.

3. Defendant reiterates that the status quo will be maintained pending resolution of Plaintiff's motion.

4. Accordingly, the undersigned is seeking this brief extension to ensure that Defendant's prepare a fully responsive opposition to Plaintiff's motion.

5.     Pursuant to Local Rule 7(m), undersigned sought opposing counsel's consent to this request via e-mail but has not heard back yet.

WHEREFORE, Defendant respectfully requests that this enlargement be granted. A minute order is respectfully requested.

Dated: September 1, 2008                    Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September 2008, I caused the foregoing Motion to Enlarge Time to Oppose Plaintiff's Motion for a Preliminary Injunction to be served, on Plaintiff's attorney, Obinna Duruji, Esq., via the Court's Electronic Case Filing system.

\_\_/s/_____
KENNETH ADEBONOJO