UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABDULAI CONTEH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.1:07-cv-00786 (RWR/JMF) |
| | ) | |
| U.S. GENERAL SERVICES ADMINISTRATION, | ) | |
| | ) | |
| Defendant | ) | |

## MOTION TO ENLARGE TIME TO OPPOSE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

The United States General Services Administration ("Defendant"), through the undersigned, hereby moves to enlarge time to file an opposition to Plaintiff's Motion for a Preliminary Injunction until midday on September 5, 2008. In support, the undersigned states the following.

1. Currently, Defendant's opposition is due on September 4, 2008.

2. Defendant's Opposition is 99 % complete. However, the undersigned seeks this very brief extension to prepare approximately fifty exhibits for filing.

3. Pursuant to Local Rule 7(m), undersigned just sent opposing counsel an email notifying him of Defendant's intension to seek this brief extension. The undersigned does not expect to hear back from opposing counsel prior to filing. Had the undersigned known he would not complete filing by the end of the day, he would have contacted opposing counsel earlier.

4. Defendant reiterates that the status quo will be maintained pending resolution of Plaintiff's motion.

WHEREFORE, Defendant respectfully requests that this enlargement be granted. A minute order is respectfully requested.

Dated: September 4, 2008                    Respectfully submitted,

                                                                                      _/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

                 _/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

                 _/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September 2008, I caused the foregoing Motion to Enlarge Time to Oppose Plaintiff's Motion for a Preliminary Injunction to be served, on Plaintiff's attorney, Obinna Duruji, Esq., via the Court's Electronic Case Filing system.

\_\_/s/_____
KENNETH ADEBONOJO